# EXHIBIT A

**Proof of plaintiff's academic and professional qualifications in environmental engineering and neutral fact finding in a court setting**

**Exhibit A-1** (below) – Copy of diploma confirming attainment of Master of Science in Environmental Engineering from the University of Lowell, MA Department of Civil Engineering in Mar 1982.

The Commonwealth of Massachusetts
The Trustees and the Faculty of
University of Lowell
hereby confer upon
Brian Thomas Kelleher
the degree of
Master of Science in Engineering
with all the rights and privileges thereunto appertaining. This evidence of attainment of suitable proficiency in the general and special studies required by the curriculum in
Environmental Studies
is given at Lowell, Massachusetts this 25th day of March
in the Year of Our Lord One Thousand Nine Hundred and eighty-two.

Chairman Board of Trustees

President

**Exhibit A-2** (below) – **Crisafi vs Sargen et al., CA Superior Court 1992** – First two pages of court pretrial order from presiding judge directing Kelleher to act as a neutral court consultant, etc.

Gordon E. McClintock
McCLINTOCK & QUADROS
Attorneys at Law
1400 Fashion Island Boulevard
Suite 800
San Mateo, California 94404
Telephone (415) 377-4300

Special Master

MASTER CALENDAR

(ENDORSED)
FILED
JUL 28 1992
WARREN SLOCUM, County Clerk
By MARIA SALAZAR
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

DOMINICK J. CRISAFI, PATTI C. CRISAFI, NORMAN HARRIS, et al.,

Plaintiffs,

v.

JAMES P. SARGEN, JOAN SARGEN, et al.,

Defendants.

Case No: 355462 (consolidated with 348195)

PRE-TRIAL ORDER NO. 3

A specially set Status Conference was held in this matter before the Special Master on July 13, 1992. A list of counsel and parties who attended the conference is attached as Exhibit "A". Good cause appearing,

IT IS HEREBY ORDERED:

1. Further Interim Status Conference. A Further Interim Status Conference will be held on August 13, 1992 at 8:00 a.m. at McClintock & Quadros, 1400 Fashion Island Boulevard, Suite 800, San Mateo, California.

2. Consultants. It is in the best interest of the Court

that a consultant be retained to assist the Court and the Special Master and to provide opinions for settlement purposes only. The expense of retaining such consultant shall be divided in a manner determined by the Special Master.

3. Retention of Brian Kelleher. The Special Master is authorized to retain Brian Kelleher as a consultant to the Court to investigate alternative proposals regarding testing at the site. Mr. Kelleher shall obtain input from the consultants of the parties and representatives of the County LUFT Agency and the Regional Water Quality Board, and shall advise the Special Master concerning methods recommended of testing and reasonableness of testing costs. Mr. Kelleher is to be provided with all reports and other data generated by John Rapp of Uriah, -Inc. and shall meet with Mr. Dermot Casey of the San Mateo LUFT Enforcement Program forthwith.

4. Reallocation of Consultant Fees. The allocation of consultant's fees by the Special Master may be subject to reallocation at a later date, depending upon liability factors.

5. Production of Documents.

(a) A document depository shall be established at Nagle, Krug & Winters, 345 Lorton Avenue, Suite 204, Burlingame, California.

(b) Within thirty (30) days of this order or the filing of a notice of appearance, whichever is later, each party shall produce all relevant, non-privileged documents in its possession and/or under its control pertaining in any way to the CRISAFI property project or otherwise relating to the claims made herein, to the document depository. Each production shall be accompanied

**Exhibit A-3** (below) – **Safeway v Sorci et al., CA Superior Court 1993 (below)** – First two pages of court pretrial order from presiding judge directing Kelleher to act as a neutral court consultant, etc.

JUN-15-1993 16:07 FROM TO 5929028 P.13

(ENDORSED) FILED

Jun 4 11 05 AM '93

STEPHEN V. LOVE COUNTY CLERK SANTA CLARA COUNTY BY ___ DEPUTY

WLN\4215
William L. Nagle, Esq.
NAGLE, KRUG & WINTERS
345 Lorton Avenue, Suite #204
Burlingame, CA 94010
579-1422

SPECIAL MASTER

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SANTA CLARA

SAFEWAY STORES, INCORPORATED a Delaware Corporation,

Plaintiff,

vs.

F&M SORCI LAND CO., INC. et al.,

Defendants

AND RELATED CROSS-ACTIONS

No. 690731

PRE-TRIAL ORDER #2 RE FINDINGS AND RECOMMENDATIONS OF THE SPECIAL MASTER AND ORDER THEREON

The Court having appointed William L. Nagle as Special Master in this matter, good cause appearing therefor, and based upon conferences with counsel held with the Special Master on May 12, 1993, the Special Master finds:

1. That Brian Kelleher is appointed Consultant to the Special Master and in that capacity shall review site reports and make recommendations for a scope of work.

2. That Brian Kelleher shall coordinate his efforts with the Santa Clara Valley Water District to obtain their approval for a scope of work and further site investigation, if necessary.

3. That Chris Tullock of the Santa Clara Valley Water District is requested to be present at the next Status Conference to work with all responsible parties and consultants toward approval of a scope of work for the site.

4. That the Case Management Conference originally scheduled in this action for June 8, 1993, is vacated.

LAW OFFICES NAGLE, KRUG & WINTERS 345 LORTON AVE. SUITE 204 BURLINGAME, CA 94010 (415) 579-1422

JUN 15 '93 15:59 PAGE.013



5. That a further Status Conference shall be held on Monday, June 7, 1993, at 3:00 p.m. at the law offices of MORGAN, RUBY, SCHOFIELD, FRANICH & FREDKIN, 99 Almaden Blvd., Suite #1000, San Jose, California.

6. That the sum of $10,000 be placed in a trust account to cover the cost of expenses incurred for preparation of a scope of work for the site and that the parties shall contribute as follows:

a. Mission Oil $3333.34

b. F&M Sorci $3333.33

c. Shell Oil $3333.33

Drafts shall be forwarded to Glenn D. Martin at BRANSON, FITZGERALD & HOWARD, 643 Bair Island Road, Suite #400, Redwood City, CA 94064, for deposit into his trust account no later than ____________________, 1993 payable as follows:

" Trust Account of Branson, Fitzgerald & Howard"

7. That the allocation of the Special Master may be subject to reallocation at a later time depending upon liability factors.

DATED: ________________, 1993

[signature]
William L. Nagle, Special Master

Good cause appearing therefor,

The Court adopts the findings of the Special Master and orders preparation of a scope of work and the allocation of expenses pursuant to said findings.

DATED: JUN - 4 1993, 1993

[signature]
Judge of the Superior Court

LAW OFFICES
AGLE, ... & WINTERS
349 LORTON AVE.
SUITE 204
BURLINGAME, CA 94010-4114
(415) 579-1422

**Exhibit A-4** (below) – **Salinas Redevelopment vs Shell et al., CA Federal District Court 1999** – First two pages of court order from presiding judge directing Kelleher to act as a neutral court consultant, etc.

William L. Nagle SBN 59788
SPECIAL MASTER\MEDIATOR
345 Lorton Avenue, Suite 204
Burlingame, CA 94010
(650) 579-0500
FAX (650) 579-0623

ORIGINAL
FILED

JUN 12 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

SALINAS REDEVELOPMENT AGENCY,

Plaintiff,

vs.

SHELL OIL COMPANY; STANDARD OIL COMPANY; STANDARD STATIONS, INC., ASSOCIATED OIL COMPANY; LAMAR BROTHERS TIRE SERVICE; LACEY AUTOMOTIVE PARTS CO., INC., VALLEY ENGINE REBUILDERS; AUTOMOTIVE DISTRIBUTORS CO., INC., BOB WILLS DODGE AUTO DEALERS, et al.,

Defendants.

**CASE NO. C-96 20628 SW**
**C-96 20939 SW**
**(consolidated)**

PRE-TRIAL ORDER NO. 2

William L. Nagle having been appointed Special Master in this matter and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Brian Kelleher shall be retained as Court Consultant to assist the Court and the Special Master. His billing rate shall be $75.00 per hour plus reimbursable expenses to include copy, postage and bank fees.

2. The Court Consultant shall establish a Trust Account entitled "Salinas Redevelopment Agency Cleanup Trust' at the Union Bank of California in San Jose, CA. Mr. Kelleher shall be designated the account's Trustee.

3. Mr. Kelleher's fees shall be apportioned among the parties as determined by the Special Master subject to Court approval.

4. The initial allocation of the Court Consultant's fees as stipulated by the parties were as follows: $2500 Shell, $2500 Chevron, $2500 Texaco and $2500 Salinas Redevelopment Agency.

5. The initial $10,000 allocation for the Court Consultant's time and material billing is intended to cover the following work items: input and assistance to the Special Master in technical aspects of the case; attendance at Status and Settlement Conferences, as necessary, preparation of the Underground Storage Tank Cleanup Fund (USTCF) claim application and reimbursement-request packages; coordination of Court administered Scoping Sessions attended by representatives of lead oversight agencies that are intended to fully satisfy the spirit and intent of Article II, Chapter 16, California Underground Storage Tank Regulations concerning site-specific corrective action plans for leaking underground fuel tank sites (LUFT sites; the preparation of Scoping Session minutes subject to multi-party review and input; the preparation of work scope documents and associated bid invitation packages subject to multi-party review and input; the preparation of bid evaluation summary sheets; regulatory liaison; the administration of the Cleanup Trust; and, any other work requested by the Special Master.

6. The Court Consultant shall prepare invoices on a monthly to quarterly basis covering his time and expense charges and submit them to the Special Master along with a letter summarizing cumulative billing on the case. Invoices and letters shall be sent to all parties. Mr. Kelleher shall be authorized to immediately satisfy his approved invoices by writing a check from the Trust Account. Within ninety (90) days of the date of invoice, any party may address any concerns with the invoice to the Special Master. If adjustments are warranted, the Court Consultant shall apply appropriate credits toward the amount due on future invoices. The Special Master is empowered to make binding findings in the event of a dispute.

7. The Court Consultant shall advise the Special Master of any additional apportionments needed to cover his projected billings.

**Exhibit A-5** (below) – **Three Sisters vs Laidlaw et al., CA Federal District Court 1999** – First two pages of court order from presiding judge directing Kelleher to act as a neutral court consultant, etc.

2-24-1999 12:35PM FROM 6505790623 P. 1

William L. Nagle SBN 59788
Special Master\Mediator
345 Lorton Avenue, Ste. 204
Burlingame, CA 94010
650.579.0500
FAX 650.579.0623

ORIGINAL FILED
FEB 11 1999
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THREE SISTERS RANCH ENTERPRISES, a General Partnership,

Plaintiff,

v.

LAIDLAW ENVIRONMENTAL SERVICES (SAN JOSE), INC. a California Corporation and dba SOLVENT SERVICE CO.; LAIDLAW ENVIRONMENTAL SERVICES, INC., a Delaware Corporation, JAMES R. DAVIS and PRICILLA G. DAVIS, Individually and as Trustees of the Davis Revocable Trust; and AMIT NAGPAL, an individual,

Defendants,

CASE NO. C-98-20683 JF

PRE-TRIAL ORDER NO. 1

IT IS HEREBY STIPULATED between the parties by and through their respective counsel as follows:

1. Brian T. Kelleher, KELLEHER & ASSOCIATES, P.O. Box 850, Cupertino, CA 95014. Telephone 408.253.8365, Facsimile 408.253.3613 shall be appointed Court Consultant to assist the Court and the Special Master. The fees of the Court Consultant shall be apportioned among the parties as determined by the Special Master.

2. The Court Consultant shall open a Trust Account entitled "Three Sisters" at the

Union Bank of San Jose, San Jose, CA. The initial funding of the Trust Account shall be to retain the services of the Court Consultant for investigative purposes and shall be allocated as follows:

| | |
|---|---|
| Three Sisters Ranch Enterprises | $3000 |
| Laidlaw Environmental Services | $3000 |
| James & Pricilla Davis | $3000 |
| Arthur Maionchi, Edward Maionchi, Charles Kraft, Thomas Dinette | $3000 |

Drafts shall be made payable to "Three Sisters Trust Account" and sent direct to Mr. Kelleher, P.O. Box 850, Cupertino, CA, 95014 by February 22, 1999. The monies contributed by the parties shall be subject to reallocation by the Special Master at a later date based upon liability factors pursuant to further Order of the Court and upon good cause shown.

3. By March 12, 1999, parties shall have completed a mutual exchange of documents. The parties shall mutually agree upon a Stipulation For Protective Order with respect to any financial documents or tax information.

4. The depositions of Arthur Maionchi, Edward Maionchi, Charles Kraft and Thomas Dinette shall commence after March 17, 1999, and shall be completed by March 31, 1999. Each individual shall be deposed for no more than two days without further Order of the Court.

5. The Case Management Conference scheduled on March 22, 1999, is vacated.

6. The date of March 22, 1999, for the Motion For Summary Judgment brought by Safety-Kleen is vacated.

7. The date of March 15, 1999, by which additional parties were to be served is vacated.

8. Between April 1, 1999 and April 15, 1999, parties shall complete the depositions of persons most knowledgeable for USPCI and Safety-Kleen.

9. The Special Master shall hold a Status Conference for counsel and the Court Consultant on Wednesday, April 21, 1999, at 1:30 p.m. at the offices of the Special Master, 345 Lorton Avenue, Suite 204, Burlingame, CA.

DATED: February 8, 1999

William L. Nagle

William L. Nagle, Special Master

IT IS SO ORDERED:

DATED: 2-11-99

[signature]

JUDGE OF THE U.S. DISTRICT COURT

Counsel is directed to serve this Order upon all other counsel of record and upon any unrepresented parties who have appeared. This order is not effective until such service is made.

**Exhibit A-6** (below) – **Kartal vs Change et al., CA Superior Court, 2006** – First page of court order from presiding judge directing Kelleher to act as a neutral court consultant, etc.

05/14/2008 11:12 6505790623 WILLIAM L NAGLE PAGE 02

William L. Nagle SBN 59788
Special Master\ Mediator
345 Lorton Avenue, Ste. 204
Burlingame, CA 94010
650.579.0500
FAX 650.579.0623

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN MATEO

BILAL KARTAL, an individual,
Plaintiff,
vs.
MICHAEL CHANG, an individual,
Defendant.

AND RELATED CROSS-ACTION

CASE NO. CIV 458146

PRE-TRIAL ORDER NO. 1

The Court having appointed William L. Nagle as Special Master in this matter and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Court Consultant. Brian T. Kelleher shall be appointed Court Consultant to assist the Court and the Special Master. Mr. Kelleher's opinions shall be used for Mediation and Settlement purposes only and any testimony cannot be used at Trial.

2. Status Conference. The Special Master shall Status Conference on Tuesday, May 20, 2008, at 2:00 p.m. at the offices of the Special Master, 345 Lorton Avenue, Ste. 204, Burlingame, CA.

APPROVED AND RECOMMENDED:

DATED: May 13, 2008

William L. Nagle, Special Master

Special Master PRE-TRIAL ORDER NO. 1

**Exhibit B**

**Three documents relating to a 146-page whistle blowing complaint Plaintiff filed in Jan 2020 in advance of the above-referenced action including**

**Exhibit B-1** (below) – Two-page Kelleher email dated Jan 21 2020, transmitting Kelleher's original 146-page pdf Whistle Blowing Complaint to the Department of Commerce (DOC) Office of Management and Budget (OMB) with a copy to Attorney General Barr and seven federal employees including two from the EPA.

Complaint against US dept of commerce with supporting evidence alleging fed gov-unique climate models built by NASA and NOAA are illega...

**Subject:** Complaint against US dept of commerce with supporting evidence alleging fed gov-unique climate models built by NASA and NOAA are illegal and corrupt
**From:** Brian Kelleher <bkellehr@tx.netcom.com>
**Date:** 1/21/2020, 4:50 PM
**To:** publicaffairs@doc.gov, gavin.a.schmidt@nasa.gov, steven.pawson-1@nasa.gov, Gunning.paul@epa.gov, Gerald.Geernaert@science.doe.gov, Michael.Kuperberg@science.doe.gov, "Wheeler, Andrew" <wheeler.andrew@epa.gov>, Martin.Keller@NREL.gov
**CC:** "Miller, Andy" <Miller.Andy@epa.gov>, William L Nagle <wln@williamnagle.com>, Victor Lobue <viclobuecalwest@aol.com>, Michael Kelleher <mhkelleher72@gmail.com>, Kevin Kelleher <kellehkj@earthlink.net>, Paul Kelleher <pjkell@earthlink.net>, Pete Kelleher <pjkand5@aol.com>, William Dugan <dugan@welltest.com>, lisa.friedman@nytimes.com

Dear Secretary Ross, President Trump and Attorney General Barr:

As explained on the title page and preface of the attached document, I am submitting a complaint to the Justice Department that has to do with ongoing efforts of NASA, NOAA, DOE, USGCRP and EPA to determine the source of what is known as "Amplified Arctic warming." The complaint names the U.S. Department of Commerce Secretary Wilbur Ross among the agency directors that this email is address to. The complaint is in the form of a technical report containing lots of very detailed supporting information. It alleges that the Commerce Department has been turning a blind eye to wanton violations by these same agency directors of the letter spirit and intent of Public Law 104-113 SEC. 12. (d) (1) (the LAW). I trust that once the Secretary and hopefully the President read the title page and preface of the report, they will understand that I am filing the complaint for the good of the country.

In a nutshell, the LAW applies to those federal employees that are directing US government teams within NASA, NOAA, DOE, USGCRP or EPA that are conducting or using numeric modelling work that is performed for the purpose of investigating the potential effects of well-documented levels of Arctic stratospheric ozone loss observed since 1971 on the Amplified Arctic Warming observed since 1971. In particular the LAW states that they must use ASTM Standard G173-03 (2012), the SMARTS2 radiative transfer code and the related Lacis and Hansen, 1974 parameterization (the STANDARD) rather than developing their own agency-unique numeric models in ad hoc fashion. To this day, the individuals listed as directors on the title page of my report have steadfastly refused to comply with the LAW and have instead wantonly defied the LAW by developing or relying on corrupt black-box type general circulations models custom designed and calibrated to prove out their consensus crackpot greenhouse gas theory of global warming while subverting evidence that the Amplified Arctic warming is the direct result of stratospheric ozone depletion. In my report I present the results of 906 individual runs I made last year using the STANDARD representing all daylight hours of the most heavily ozone-depleted region of the sea-ice loss prone Arctic Ocean. My modeling results using the STANDARD provide unambiguous definitive verifiable proof that the Amplified Arctic warming is the direct result of a natural cycle of ozone depletion and resulting increases in the amount of UVA and visible shortwave radiation passing through the stratosphere. I also conducted a numeric fingerprinting and statistical analysis to confirm the natural source of the warming and provided empirical evidence showing that rising atmospheric $CO_2$ levels are the predictable result of Arctic sea-ice loss, not the cause. This is fantastic news for America.

Compliance with the LAW under the Trump administration vs the Obama administration is not optional. Accordingly, with the submittal of this report, I am urgently recommending that both the Secretary and President respond to this email by instructing the listed agency directors in no uncertain terms to immediate come into compliance with the said LAW by repeating my runs using the STANDARD and then promptly submitting the findings to the Secretary. I am also making my own similar demand on these agency directors to cease their willful wanton violations of the LAW. I am confident that if the President and Secretary follow my recommendations in timely fashion it will put a quick end to the arguments that

1 of 2 7/14/2021 2:05 PM

Page 12 of 141

Complaint against US dept of commerce with supporting evidence alleging fed gov-unique climate models built by NASA and NOAA are illega...

atmospheric emissions of $CO_2$ from the combustion of fossil fuels is causing global warming along with the associated progressive left wing attack on the world-leading U.S. oil and gas industry.

Beyond that, I am recommending that the Secretary, the head of EPA and the head of DOE NREL put together small teams of top-tier engineers and physicists to repeat my runs with the STANDARD and address the various issues I have raised in the Executive Summary.

Sincerely
Brian Kelleher
Self employed Environmental Engineer
Stockton, CA
408-712-1214 (cell)

— Attachments:

Kelleher Complaint to DOJ 1.21.20.pdf 10.9 MB

Kelleher vs Regan Sept 20, 2023 Exhibits

**Exhibit B-2** (below) – One-page Kelleher email dated Jan 28, 2020 transmitting the document and attachments to interim EPA Administrator Wheeler with a request to have the head of the Clean Air Act program make sufficient runs using the ASTM-certified SMARTS 2.9.5 radiative transfer model to confirm that a 5-25% depletion of stratospheric ozone above the Arctic Ocean is creating a seasonal 5-25% increase on the amount of visible irradiance at 0.4-0.75 microns reaching the sea-ice and/or open ocean relative to the amount transmitted at baseline

**Subject:** I am asking for your timely help in demolishing the Green House Gas Theory of Global Warming
**From:** Brian Kelleher <bkellehr@ix.netcom.com>
**Date:** 1/28/2020, 1:54 PM
**To:** "Wheeler, Andrew" <wheeler.andrew@epa.gov>

Director Wheeler

Looking at your background, I am assuming that you support my substantial efforts to disprove the greenhouse theory and argue for a natural solar cycle as the cause of global warming. I want to make sure you understand, that I have put you in a position to bring forth definitive proof that well-documented levels of stratospheric ozone depletion within the Arctic circle is the source of what is referred to as "Amplified Arctic warming" (and by default reasoning all other global warming).

Specifically, If you want to play the key role in demolishing the greenhouse gas theory of global warming, all you need to do is respond to my January 21, 2020 email, letting all the other agencies (NASA, NOAA, DOE, USGCRP) know that at the advice of EPA counsel, you are directing Paul Gunning who is heading up the EPA working group on climate change to promptly comply with the letter, spirit, and intent of Public Law 104-113 SEC. 12. (d) (1). In particular, you are directing him to repeat and report back on the 906 runs I summarized in the attached report using ASTM G173-03 (2012) coupled with the NASA GISS Lacis and Hansen, 1974 ozone parameterization. You are further directing him to use the same NASA GISS web site "Ozone-Watch" total column ozone level data NASA provided for the Arctic Circle that I used to compare the amounts of visible and UVA radiation (average watts per square meter per second representative of mid month) passing through the Arctic stratosphere toward the sea-ice-loss-prone Beaufort Sea in 1980 (monthly max average levels) vs 1993 (monthly min average levels). Ask him to contact me.

This is exactly the type of data that the Federal Court demanded from former director Pruit when certain green parties sued EPA after Trump took office. Once verified by EPA this ASTM-standard-derived modeling output is rock solid. Toward this end you should also retain a properly qualified top tier private sector civil engineer that designs power plants to do the same thing. This gets around the peer review requirement shenanigans. Climate scientists are not needed to run the ASTM standard; they are written primarily for the use of civil, mechanical and power plant engineers.

My investigation revealed that the Lacis and Hansen, 1974 parameterization which provides straight line equations (8th grade rise over run geometry) for predicting stratospheric absorption of visible and UVA vs ozone optical density was incorporated in all of the early general circulation models endorsed by the IPCC through the 1980s and 1990s most of which were developed by NASA and NOAA. The NASA modelling crews put the ozone parameterization equation into the GCMs with one set of algorithms and disengaged it with other algorithms. Since about 2000, the modelers simply assume zero visible and UVA absorption by ozone which is a ruse

If you see the need let discuss this matter on the phone. Just give me a time to call or contact me by my cell number

At this point the fate of the US gas/oil/coal industry seems to be in your hands. Forward my report to

**Exhibit B-3** (below) – Letter of response from the EPA Office of Science and Impacts Branch dated February ignoring the request and explaining how the EPA is abusing the academic peer-review process to shun engineering and ASTM oversight.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON D C 20460

OFFICE OF
AIR AND RADIATION

February 26, 2020

Brian Kelleher
*email: bkellehr@ix.netcom.com*

Dear Mr. Kelleher:

Thank you for your email dated January 28, 2020 to U.S. Environmental Protection Agency Administrator Andrew Wheeler, as well as the accompanying technical report. Your email has been referred to my office for a response.

I appreciate your sharing views regarding the connection between stratospheric ozone loss and Arctic warming. EPA is always interested in reviewing science regarding environmental impacts. The Agency relies primarily on peer-reviewed information, particularly after it has been considered, synthesized, and evaluated in the major scientific assessments of the National Academies, the U.S. National Climate Assessment, and international organizations such as the Intergovernmental Panel on Climate Change (IPCC) or the World Meteorological Organization (WMO).

Issues involving the interaction of stratospheric ozone and radiation have been considered in Chapter 8, "Anthropogenic and Natural Radiative Forcing," of IPCC's *Climate Change 2013 The Physical Science Basis, Contribution of Working Group I to the Fifth Assessment Report* at www.ipcc.ch/site/assets/uploads/2018/02/WG1AR5_Chapter08_FINAL.pdf and WMO's *Scientific Assessment of Ozone Depletion 2018* at www.esrl.noaa.gov/csd/assessments/ozone/2018. Future assessments will be updated based on new peer-reviewed literature. Getting new ideas published is an important step in having them considered within the scientific community.

If you are interested in learning more about how the EPA's programs protect human health and the environment, please visit our website at www.epa.gov.

Thank you again for your email and for sharing your report with us.

Sincerely,

Rona Birnbaum, Chief
Climate Science and Impacts Branch

# EXHIBIT C

## Factual evidence of the EPA's failure to comply with the Clean Air Act, PL 104-113 and a related U.S. Supreme Court ruling

**Exhibit C-1** (following) – **The EPA's failure to comply with the US Supreme Court ruling in Massachusetts vs EPA.** Quoting from the EPA climate-change website.

"*On April 2, 2007, in* Massachusetts v. EPA, *549 U.S. 497 (2007), the Supreme Court found that greenhouse gases are air pollutants covered by the Clean Air Act*" **[This is not what the EPA ruled]**. Rather, now accurately summarizing the ruling, "*The Court held that the Administrator must determine whether or not emissions of greenhouse gases from new motor vehicles cause or contribute to air pollution that may reasonably be anticipated to endanger public health or welfare, or whether the science is too uncertain to make a reasoned decision. In making these decisions, the Administrator is required to follow the language of section 202(a) of the Clean Air Act. The Supreme Court decision resulted from a petition for rulemaking under Section 202(a) filed by more than a dozen environmental, renewable energy, and other organizations.*" Link: Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act | US EPA

**Explanation** – Section 202(a) is a statement to the effect *that the Administrator must determine whether or not emissions of greenhouse gases from new motor vehicles cause or contribute to air pollution that may reasonably be anticipated to endanger public health or* welfare which is a tall task. According to civil/environmental standards and PL-104-113 (12(d), the EPA has utterly failed to do what is required.

**Exhibit C-2** (following) –**Clean Air Act requirements – Quoting the federal register.** "*The CAA section 112(b)(3)(A) specifies that any person may petition the Administrator to modify the list of HAP contained in CAA section 112(b)(1), otherwise known as the CAA HAP list,*[1] *by adding or deleting a substance. CAA section 112(b)(3)(B) sets out the substantive criteria for granting a petition. It calls for the Administrator to add a substance to the CAA section 112(b)(1) list, "upon a showing by the petitioner or on the Administrator's own determination that the substance is an air pollutant and that emissions, ambient concentrations, bioaccumulation or deposition of the substance are known to cause or may reasonably be anticipated to cause adverse effects to human health or adverse environmental effects." The Administrator is required under the CAA section 112(b)(3)(A) to either grant or deny a petition within 18 months of the receipt of a complete petition by publishing a written explanation of the reasons for the Administrator's decision. The Administrator may not deny a petition based solely on inadequate resources or time for review.*" Link: https://www.govinfo.gov/content/pkg/FR-2022-01-05/pdf/2021-28315.pdf

**Explanation** –The EPA must justify regulating CO2 and other natural products of biological decomposition N2O and CH4 (collectively GHGs) which is a very tall order, all thing considered. Rather than doing so, the EPA punted and left it up to the IPCC and LLNL CMIP to provide the proof. Going forward, I include CMIP within IPCC.

The only empirical evidence that the IPCC has offered so far is the close correlation of CO2 and temperature data going back 800,000 years with a veiled reference to Henry's Law which they are not interpreting properly. Henry's law does not say that if atmospheric CO2 levels rise, it will force more CO2 into solution. It says if the sea-surface temperature rises, CO2 will outgas from the surface and a new equilibrium will be reached at the higher temperature according to the Henry's law constant leaving more CO2 in the atmosphere. You can't apply the law when the temperature is continuously rising. This stems from the fact that the partial pressure of CO2 in solution rises with temperature and cannot be used in the formula in the absence of equilibrium conditions. To sufficiently justify regulating GHGs to Oil and Gas Industry environmental engineers in a judicial setting, the EPA must prove that **(1)** The CO2 in the frigid cold lower stratosphere absorbs upwelling longwave radiation at 13.5 to 16 microns and radiates it back toward earth; **(2)**. The 13.5-16-micron radiation emanating from CO2 in the lower stratosphere passes all the way through the troposphere and enters and warms the ocean surface and the air above it. The IPCC has never claimed that it has proven this is happening and never will because it is a crackpot theory. There is no way to measure such longwave radiation because the MBL covering more than 70% of the Earth's surface representing the area that the warming is manifest/concentrated is 100% opaque to this wavelength bandwidth making the theory ludicrous. The IPCC has relied entirely on the use of government-unique black-box-variety numeric models that have miserably failed all legitimate attempts at validation. If you read carefully, the primary proof offered by the IPCC is that there is no other viable explanation when there actually is.

**Exhibit C-3** (below) – **Public Law 104-113 – Relevant excerpts**.

The first three pages follow ending with section 12(d) of which parts (1) and (2) are highly relevant. Link: National Technology Transfer and Advancement Act of 1995 | NIST

Public Law 104–113
104th Congress

## An Act

To amend the Stevenson-Wydler Technology Innovation Act of 1980 with respect to inventions made under cooperative research and development agreements, and for other purposes.

Mar. 7, 1996
[H.R. 2196]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

National Technology Transfer and Advancement Act of 1995.
15 USC 3701 note.

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "National Technology Transfer and Advancement Act of 1995".

15 USC 3701 note.

**SEC. 2. FINDINGS.**

The Congress finds the following:

(1) Bringing technology and industrial innovation to the marketplace is central to the economic, environmental, and social well-being of the people of the United States.

(2) The Federal Government can help United States business to speed the development of new products and processes by entering into cooperative research and development agreements which make available the assistance of Federal laboratories to the private sector, but the commercialization of technology and industrial innovation in the United States depends upon actions by business.

(3) The commercialization of technology and industrial innovation in the United States will be enhanced if companies, in return for reasonable compensation to the Federal Government, can more easily obtain exclusive licenses to inventions which develop as a result of cooperative research with scientists employed by Federal laboratories.

**SEC. 3. USE OF FEDERAL TECHNOLOGY.**

Subparagraph (B) of section 11(e)(7) of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3710(e)(7)(B)) is amended to read as follows:

"(B) A transfer shall be made by any Federal agency under subparagraph (A), for any fiscal year, only if the amount so transferred by that agency (as determined under such subparagraph) would exceed $10,000.".

**SEC. 4. TITLE TO INTELLECTUAL PROPERTY ARISING FROM COOPERATIVE RESEARCH AND DEVELOPMENT AGREEMENTS.**

Subsection (b) of section 12 of the Stevenson-Wydler Technology Innovation Act of 1980 (15 U.S.C. 3710a(b)) is amended to read as follows:

"(b) ENUMERATED AUTHORITY.—(1) Under an agreement entered into pursuant to subsection (a)(1), the laboratory may grant, or

fasteners from two lots shall be conspicuously marked with the lot identification numbers of both lots.

"(f) SUBSEQUENT PURCHASER. If a person who purchases fasteners for any purpose so requests either prior to the sale or at the time of sale, the seller shall conspicuously mark the container of the fasteners with the lot number from which such fasteners were taken.".

(g) SECTION 9 AMENDMENT.—Section 9 of the Fastener Quality Act (15 U.S.C. 5408) is amended by adding at the end the following new subsection:

"(d) ENFORCEMENT.—The Secretary may designate officers or employees of the Department of Commerce to conduct investigations pursuant to this Act. In conducting such investigations, those officers or employees may, to the extent necessary or appropriate to the enforcement of this Act, exercise such authorities as are conferred upon them by other laws of the United States, subject to policies and procedures approved by the Attorney General.".

(h) SECTION 10 AMENDMENTS.—Section 10 of the Fastener Quality Act (15 U.S.C. 5409) is amended—

(1) in subsections (a) and (b), by striking "10 years" and inserting in lieu thereof "5 years"; and

(2) in subsection (b), by striking "any subsequent" and inserting in lieu thereof "the subsequent".

(i) SECTION 13 AMENDMENT.—Section 13 of the Fastener Quality Act (15 U.S.C. 5412) is amended by striking "within 180 days after the date of enactment of this Act".

(j) SECTION 14 REPEAL.—Section 14 of the Fastener Quality Act (15 U.S.C. 5413) is repealed.

**SEC. 12. STANDARDS CONFORMITY.**

(a) USE OF STANDARDS.—Section 2(b) of the National Institute of Standards and Technology Act (15 U.S.C. 272(b)) is amended—

(1) in paragraph (2), by striking ", including comparing standards" and all that follows through "Federal Government";

(2) by redesignating paragraphs (3) through (11) as paragraphs (4) through (12), respectively; and

(3) by inserting after paragraph (2) the following new paragraph:

"(3) to compare standards used in scientific investigations, engineering, manufacturing, commerce, industry, and educational institutions with the standards adopted or recognized by the Federal Government and to coordinate the use by Federal agencies of private sector standards, emphasizing where possible the use of standards developed by private, consensus organizations;".

(b) CONFORMITY ASSESSMENT ACTIVITIES. Section 2(b) of the National Institute of Standards and Technology Act (15 U.S.C. 272(b)) is amended—

(1) by striking "and" at the end of paragraph (11), as so redesignated by subsection (a)(2) of this section;

(2) by striking the period at the end of paragraph (12), as so redesignated by subsection (a)(2) of this section, and inserting in lieu thereof "; and"; and

(3) by adding at the end the following new paragraph:

"(13) to coordinate Federal, State, and local technical standards activities and conformity assessment activities, with private sector technical standards activities and conformity assess

ment activities, with the goal of eliminating unnecessary duplication and complexity in the development and promulgation of conformity assessment requirements and measures.".

(c) TRANSMITTAL OF PLAN TO CONGRESS.—The National Institute of Standards and Technology shall, within 90 days after the date of enactment of this Act, transmit to the Congress a plan for implementing the amendments made by this section.

15 USC 272 note.

(d) UTILIZATION OF CONSENSUS TECHNICAL STANDARDS BY FEDERAL AGENCIES; REPORTS.—

15 USC 272 note.

(1) IN GENERAL.—Except as provided in paragraph (3) of this subsection, all Federal agencies and departments shall use technical standards that are developed or adopted by voluntary consensus standards bodies, using such technical standards as a means to carry out policy objectives or activities determined by the agencies and departments.

(2) CONSULTATION; PARTICIPATION.—In carrying out paragraph (1) of this subsection, Federal agencies and departments shall consult with voluntary, private sector, consensus standards bodies and shall, when such participation is in the public interest and is compatible with agency and departmental missions, authorities, priorities, and budget resources, participate with such bodies in the development of technical standards.

(3) EXCEPTION.—If compliance with paragraph (1) of this subsection is inconsistent with applicable law or otherwise impractical, a Federal agency or department may elect to use technical standards that are not developed or adopted by voluntary consensus standards bodies if the head of each such agency or department transmits to the Office of Management and Budget an explanation of the reasons for using such standards. Each year, beginning with fiscal year 1997, the Office of Management and Budget shall transmit to Congress and its committees a report summarizing all explanations received in the preceding year under this paragraph.

(4) DEFINITION OF TECHNICAL STANDARDS.—As used in this subsection, the term "technical standards" means performance-based or design-specific technical specifications and related management systems practices.

**SEC. 13. SENSE OF CONGRESS.**

It is the sense of the Congress that the Malcolm Baldrige National Quality Award program offers substantial benefits to

**Explanation** – The EPA is a Federal Agency that is unambiguous bound by this law and so are the other ten agencies listed below. At the time the U.S. Naval Research Laboratory (NRL) started work on its Total Solar Irradiance model (NRLTSL) and Spectral Solar Irradiance (NRLSSI) model of incident sunlight, all federal agencies were already bound by the unambiguous provisions of Public Law 104-113 section 12(d) named the National Technology Transfer and Advancement Act of 1995 which codified OMB Circular A-119 (1982). In this particular situation, the Act governs the U.S. government's efforts to characterize and model incident solar irradiance entering the top of the atmosphere and reaching the Earth's surface as a function of declining stratospheric ozone and rising atmospheric CO2 for use in coupled general circulation climate models (GCMs) being constructed for international use under DOE Lawrence Livermore Lab supervision.

Specifically, under the Act, the U.S. congress is prudently prohibiting U.S. federal agencies from developing government-unique international standards at their own whim without the approval of both the National Institute of Standards and Technology (NIST) and the Department of Commerce (DOC) Office of Management and Budget (OMB). Rather in this particular situation, under section 12(d) part 1 PL 104-113 is effectively requiring the following research laboratories among others to become members of ASTM International Inc., (ASTM) and the International Standards Organization (ISO). As members, they will join ASTM/ISO sub-committees in which they are teamed with carefully selected private-sector experts in the field that represent the interest of the regulated community (Oil and Gas). The subcommittees, rather than the agencies, create the necessary international standards and standard procedures following very stringent NIST validation protocols that include reevaluation/recertification every five years: **(1)** DOE NREL; **(2)** DOE LLNL; **(3)** DOD NRL; **(4)** DOD AFRL; **(5)** NASA GISS; **(6)** NASA GMAO; **(7)** NASA LRC/CERES; **(8)** NASA LASP/SORCE; **(9)** NOAA GFDL, **(10)** NSF NCAR; **(11)** Smithsonian SAO. Kelleher notes that NASA GISS started off on the right foot by working with ASTM in the early 1970s on a reference spectrum but turned over work on the standard to DOE/NREL. Kelleher notes that DOE/NREL with the exception of a SMARTS2 algorithm for **Chappuis band absorption** at very high solar zenith angles has been in complete compliance since 1982 including rejecting NASA's politically corrupt E-490-2000

Under Section 12(a)(b) and (c) of the Act, the NIST, Gathersburg, MD founded in parallel with ASTM in 1901 is to create and publish guidelines, coordinate and encourage the creation of the subcommittees, monitor the program as a whole and report to Congress annually. NIST lies within the DOC. Under Section 12(d) part 3, the DOC OMB is to protect commerce and ensure compliance with international trade agreements by closely monitoring individual agency compliance by reviewing annual reports prepared by a designated conformity compliance officer in each agency. OMB then prepares an annual summary report for congress as to compliance status.

It was under the Reagan Administration that a decision was made in the 1980s by the EPA, NASA GISS, NOAA GFRL , DOE LLNL, NSF/NCAR and the AFRL to blow off the ASTM standards that were adopted in 1982 on behalf of NREL.

**Exhibit C-4** (following) – **Relevant excerpts of NIST Conformity Assessment Guidelines for federal agencies, 2000**. **Ref**: **NIST Special Publication 2000-02**. Link: https://nvlpubs.nist.gov/nistpubs/SpecialPublications/NIST.SP.2000-02.pdf **Quoting from section C-2 titled "Leverage Existing Standards"** providing guidance to federal agencies in complying with PL 104-113 Section 12(d): *A voluntary consensus standard is one that is developed by an organization using a process that is open to interested parties; has a balance of interest so that no single interest dominates decision-making; has policies and procedures that support due process; has an appeals process; and seeks to achieve consensus. (See OMB A-119, p. 16 for the formal policy definition of a voluntary consensus body.) Federal law and policy (the NTTAA and OMB A-119 respectively) establish a preference for the use of voluntary consensus standards in lieu of government unique standards whenever feasible. Agencies should consider voluntary consensus standards used to meet the same or similar requirements in other Federal programs, other governments, or the marketplace nationally and internationally. See OMB A-119 for further direction and considerations in selecting standards. An agency may gain the following benefits by selecting a voluntary consensus standard • The maintenance and updates to the standard are performed by the voluntary consensus body; potentially reducing the agency resources needed to maintain the standard. • Support is provided from stakeholders who participate in the standard's development process. • A collaborative relationship occurs with stakeholders who support industry adoption. Agencies should consider the potential impact on all stakeholders if the decision is made to differ from a voluntary consensus standard, especially if the standard is widely adopted in the market. As stated in OMB A-119 agencies should then consider working within the standards development community to align the standard and the differing requirements.*

## EXHIBIT D

**Factual evidence that a natural solar cycle that commenced in 1937, paused in the 1960s and accelerated in 1972 caused all global warming trends since 1972 – Example illustrations and explanations.**

WMO Scientific Assessment of Ozone Depletion: 2002

**Exhibit D-1** (above) – **Figure 3-3 from the Executive Summary of the WMO 2002 Scientific Assessment of Ozone**. Recreating the caption verbatim – "*Total column ozone trends as a function of equivalent latitude and season using corrected TOMs and GOME data from November 1978 to December 2000. Gray shaded regions indicated where trends are statistically insignificant (at 95% confidence). The crosses show the mean position of the vortex (remnant) edge(s) over the time period when the position could be determined, and the "error bars" on each cross show the mean width of the vortex boundary (Nash et al., 1996). The equivalent latitude is calculated on the 500-k isentropic surface* **[20 km AMSL]** *(Bodeker et al., 2001).*" Link: https://csl.noaa.gov/assessments/ozone/2002/chapters/chapter3.pdf

**Explanation** – This figure serves to show the seasonal distribution of well-documented levels of ozone depletion which is significantly different in the northern and southern

hemispheres. Clearly, ozone depletion is highest and more expansive in polar spring in both hemispheres and in particular the Antarctic where the heavy impacts (green to blue) extend south of about 60 deg into early summer due to the greater strength and longer duration of the vortex. In the Arctic the heavy impacts are limited to points S of about 70 deg. By all appearances, with the collapse of the vortexes, whatever is causing the depletion disperses away from the poles to approximately 30 deg N/S. The dispersion occurs in spring, summer and late fall in the NH and in the fall and winter in the SH. The dispersion at NH spring at point S of 45 degrees is substantially higher than in the SH presumably due to SSWEs and near misses.

**Exhibit D-2** (below) – **Fig 12 from Hegglin et al., 2021**. Recreating the caption near verbatim – "*The seasonal cycle of NO, NO2, NOx, HNO3 and NOy is displayed for SH mid-*



*latitudes (30-60 deg S leftmost panels), the tropics (10 hPa* **[26 km AMSL]** *20 deg S to 20 deg N, middle panels), and NH mid-latitudes (30-60 deg rightmost panels) at 10hPa for the time period 2005- 2010. Note that the NO, NO2 and NOx are based on 10:00 local time datasets."*

**Ref**: **Hegglin (Univ. of Reading, UK) et al., 2021**: "*Overview and update of the SPARC data initiative: comparison of stratospheric composition measurements from satellite limb sounders,*" *Earth System Science Data*, 13, (2001). Link: ESSD - Overview and update of the SPARC Data Initiative: comparison of stratospheric composition measurements from satellite limb sounders (copernicus.org)

**Explanation** – Viewed in conjunction **Exhibit D-1 (WMO 2002), t**his figure comprises extremely powerful empirical evidence that EPP-induced stratospheric ozone depletion is the source of lower stratospheric ozone loss since 1972. The top and bottom rows for NO and NOy were considered extraneous and omitted. 10 hPa is approximately 26 km AMSL which is where a healthy ozone layer is thickest at mid-latitudes. Clearly, springtime and early summer ozone depletion is occurring between 30-90 deg N/S as HNO3 decomposes into OH and NO2 with the return of sunlight and increasing lower stratospheric temperature. It is in this same vertical interval that ozone's **Chappuis absorption band** is absorbing large amounts of visible irradiance in early morning and late afternoon hours and almost all day long at high-polar spring latitudes with the sun perched just above the horizon all day long and all month long. The heart of the stratospheric ozone layer is at about 22 km AMSL in the polar zones.

Given the sheer magnitude of this high-quality empirical data all showing the same thing, the documentation of 8-11 ppbv of the free radical NOx (NO2/NO) in the springtime lower stratosphere (Sept-Nov for SH; Mar-May for NH) is evidence of heavy photolytic catalytic ozone destruction also involving the even more important free radical HOx (OH/HO2).

This figure documents the effects of the reversible, second order temperature-dependent stoichiometric chemical reaction NO2+OH+M = HNO3+M where M is ever-frozen clusters of water vapor molecules (white or invisible cirrus clouds or colorful polar stratospheric clouds [PSC]) in the frigid-cold lower stratosphere. The forward reaction occurs during fall and winter which is the period of NOx descent. The transitioning back to NO2 and OH occurs in the spring and summer in the exact same interval with resulting devastation of the lower stratospheric ozone layer.

The above illustration covers latitudes up to 60 deg N/S. Coupled with the following illustrations covering the polar zones, the distribution of HNO3 and NOx documents telltale gargantuan reservoirs of recycled HNO3 and NOx trapped in the ozone-depleted lower stratosphere extending from 90 deg NS to about 30 deg N/S in diminishing fashion. During GS-Min atmospheric conditions there is little or no solar-storm-related NOx descent and no such reservoirs of recycled HNO3 and NOx. In between GS Max and GS Min intervals, HNO3 is created intermittently and cannot build up

to levels that allow for reformation/recycling during fall and winter.

There is clearly a stochiometric relationship involved suggestive of a simple gaseous chemical reaction as opposed to a heterogeneous reaction. For both hemispheres, HNO3 and NO2 are alternately peaking like clockwork at about 5-6 ppbv and alternately falling to minimums of about 3 ppbv. Note that the transitioning takes place outside the tropics. The peak levels are substantially higher in the polar zones. N2O by inference is not significantly involved in creating NO2 except in the tropics.

Climate scientists have completely botched the well-documented significance of sunlight in the decomposition of HNO3 as follows. (1) They ignore the fact water vapor at about 5 ppmv in the ozone-depleted, frigid-cold, lower stratosphere (as well as the upper troposphere and tropopause) exists only in frozen crystalline form (cirrus clouds and/or PSCs). These clouds are clusters of molecules with the HNO3 at about 5 ppbv ionically attracted to and bound to them. (2) Research has shown that such attachment substantially increases the HNO3 absorption coefficients which in the case of HNO3 exist weakly in the UVA region from 320-370 nm and strongly in the near infrared centered at 2.5 and 2.8 microns (see **Exhibits D-3 and D-4** (below). There is a comparatively large amount of incident shortwave irradiance in this portion of the UVA and just a small amount at 2.5 and 2.8 microns with the strong absorption by HNO3 and weak by water vapor presumably reaching near-saturation in the lower stratosphere. Without question, the collective evidence on transitioning is showing that sunlight activates second order HNO3 vapor-phase or heterogeneous decomposition.

Climate scientists and the EPA also are turning blind eyes to multiple lines of validated empirical data showing the following. Type 1 PSCs containing frozen nitric acid trihydrate (NAT) or dihydrate (NAD) crystals in the presence of high-slant-path continuous winter sunlight by early Oct/Apr create halogen-sequestering HOx and NOx at well over 10 ppbv just for NOx. These levels are two orders-of-magnitude-larger than free chlorine levels which are in the order of 0.5 ppbv as shown below in **Exhibit K-3 (Tritchner et al., 2021)**. It is well documented that NOx and HOx sequester and deactivate ClO by forming ClONO2 and HCL except during the darkness of polar winters. The ClO reforms in the summer due to photolytic decomposition of ClONO2 and HCL.

**Exhibit D-3** (following) – **Johnson and Graham, 1973 – Quoting the abstract regarding HNO3 absorption in the ultraviolet (UV)** – **"***The absorption cross section is above 10 to the minus 17 cm2 at 190 nm [UV-C], about 10 to the minus 20 cm2 between 240 and 290 nm (UV-C), and less than 10 to the minus 22 cm2 from 322-370 (UV-A) which is the upper wavelength ranges of the study [UV-A].***"** **Ref: Johnson and Graham (Lawrence Berkely Lab), 1973:** "*Gas phase ultraviolet absorption of nitric acid vapor*," *the Journal of Physical Chemistry*, 77(1) (1973). Link: https://escholarship.org/content/qt7wq3g4wq/qt7wq3g4wq.pdf

**Explanation** – The absorption in the UV-A is considered significant particular in

view of the fact that the HNO3 in the mid to lower stratosphere is always attached to clusters of frozen water vapor molecules (white to invisible cirrus clouds and colorful PSCs) making it much more exposed to the irradiance. The small amounts of incident UV-C is absorbed by ozone and oxygen primarily in the upper stratosphere.

University of Washington, State online astrophysics website, 2023



**Exhibit D-4** (above) – **Screenshot of important HNO3 absorption cross sections in the near infrared centered near 2.5, 2.82, 3.4 and 3.8 microns** – Although there are just a few W/m2 of incident irradiance in these bands, the absorption is fairly strong and the first two fall well within or along the outer edge of water vapor and CO2 spectral windows. The last two fall within much stronger water-vapor absorption bands and are not considered relevant. Link: https://vpl.astro.washington.edu/spectra/hno3pnnlimagesmicrons.htm

Page 27 of 141

WMO Ozone Assessment Report, 2002
Arctic MLS HNO3
Arctic MLS ClO
Antarctic MLS HNO3
Antarctic MLS ClO
520 K
465 K
420 K
(ppbv)
1 Oct
1 Jan
1 Apr
1 Jul
1992-93
1993-94
1994-95
1996-97

**Exhibit D-5** (above) – **Fig 3-18 from WMO 2002**. Recreating the caption near

Kelleher vs Regan Sept 20, 2023 Exhibits

verbatim – "*Time series of Upper Atmospheric Research Satellite (UARS) MLS [microwave limb sounder] HNO3 (left ppbv) and ClO (right) ppbv) at 520 K (~21 km) and 465 K (~19 km), and 420 K (~17 km) for both the Northern (top) and Southern (bottom) hemispheres. Values shown are averages of data points with solar zenith angle <88 deg (daylight) in the 70-80 deg equivalent latitude bin. These values represent the best estimates of the abundances at these particular potential-temperatures surfaces based on the MLS measurements; it should be borne in mind, however, that correlations between these levels may have been introduced either during the retrieval process (since the retrieval grid is finer than the width of the averaging kernels) or through interpolation of the retrieved data onto potential temperature surfaces, and thus the true number of completely independent pieces of information is likely to be less than* **[for]** *the number of surfaces shown here. For the daily averages in this equivalent latitude bin the precision is roughly 0.15 ppbv for HNO3 and 0.05 ppb for ClO. Different years are represented by different colors as indicated in the legend. The x-axis tic-mark increment is 10 days; dotted vertical lines demark calendar months. The 1991 to 1997 and 2000 data are adapted from Sante et al., 1999 and 2000, respectively*." Link: https://csl.noaa.gov/assessments/ozone/2002/report.htm

**Explanation** – This illustration from the **WMO ozone assessment report, 2002** Chapter 3, showing HNO3 seasonal trends in the polar zones together with the next illustration showing polar NO2 seasonal trends are also extremely important pieces of hard scientific evidence providing definitive proof that all global warming trends since 1972 are from EPP-related stratospheric ozone depletion. This is because they collectively refute all the ludicrous claims by climate scientists that the Antarctic lower stratosphere is denitrified in spring and summer. The right-side pane of the figure confirms massive de-chlorination in the Antarctic spring with the return of sunlight and decomposition of HNO3. The left-side pane of the figure further shows the following. **(1)** In early winter 1993-94 (Dec-Jan in the Arctic and May-Jun in the Antarctic), lower-stratospheric HNO3 at 70-80 deg north (Arctic) and south (Antarctic) reached peak levels of 17-18 ppbv at 21 km AMSL; by 2017 peak levels had declined to about 11 ppbv (not shown). **(2)** During the dead of winter in the Arctic, the HNO3 concentrations either remained stable due to stable stratospheric temperatures or rose during periods of high solar activity in the fall and winter. In the Antarctic winter (Jun/Jul/Aug) the HNO3 was frozen and detectable only in aerosol form. **(3)** During spring and early summer (Mar-May in the Arctic and Oct-Dec in the Antarctic), as fast as the NAT/NAD thawed, the HNO3 was transitioning back to NO2 and OH reaching a low of about 4-8 ppmv in late spring and early summer (May-Jun in the Arctic and Dec/Jan in the Antarctic). **(4)** In mid-to-late summer (Jul-Aug in the Arctic and Feb-Mar in the Antarctic), HNO3 concentrations—due to stable stratospheric temperatures— remained stable at about 8 ppbv. **(4)** During the fall (Sept-Nov in the Arctic and Apr-May in the Antarctic) the NO2 and OH were transitioning back to HNO3. **(5)** The chlorine monoxide (ClO), which the WMO, ridiculously claims is responsible for most global stratospheric ozone loss, peaked in the dead of polar winter at about 2 ppbv and had completely disappeared in early spring (late Sept in Antarctic,

late Mar in Arctic). This is clearly due to transitioning to ClONO2 and HCL in the presence of high levels of NOx and HOx commencing in late winter. Though both of these chlorine reservoir species have absorption spectra in the visible and near infrared, particularly the ClONO2, the radicals are immediately sequestered by the surrounding NOx and HOx radicals with no significant effect on ozone depletion due to the 3-orders of magnitude difference in mixing ratios. As previously mentioned, the photolytic decomposition back to ClO occurs in the summer with the concentrations remaining stable through the early winter.

**Exhibit D-6** (above) – **Fig 5 from Richter et al., 2005**. Recreating the caption verbatim – "*Annual cycle of GOME NO2 vertical columns averaged over 70-80 deg (top) south and (bottom) north. The shaded areas give the range of values observed from 1996 to 2002; for the Southern Hemisphere the years 2000 and 2002 have been excluded. Also indicated are the values measured in some individual years: 2000 and 2002 for the southern hemisphere and 1997 for the Northern Hemisphere. In the SH no data are available in this latitude region for May, June and July as the solar zenith angle at the time of the GOME overpass is larger than the threshold value of 92 deg.*" **Ref:**

**Richter (Univ. Bremenm Germany) et al., 2005**: "*GOME observations of stratospheric trace gas distributions during the splitting vortex event in the Antarctic winter of 2002: Part 1: measurements,*" *Journal of Atmospheric Sciences*, 62 (3) (2005) Link: https://journals.ametsoc.org/view/journals/atsc/62/3/jas- 3325.1.xml?tab_body=pdf

**Explanation** – **Richter et al., 2005** fig 5 shows mean GOME NO2 data by month for the period 1996-2002 and refutes any and all joint claims by the EPA, IPCC and academia that the Antarctic stratosphere is denitrified in spring and early summer. Of utmost significance, please note that there is no significant difference in the rate of HNO3 decomposition into NO2 (and OH) between the Arctic and Antarctic in polar spring with the Antarctic having slightly more. Specifically, as of the end of Antarctic Sept/Oct/Nov, the NO2 had recovered to 4, 5, and 6 ppbv. As of the end of Arctic Mar/Apr/May the NO2 had recovered to about 3, 4, and 5 ppbv. Accordingly, the above fig 5 is provided to confirm that the HNO3 that is shown disappearing in the polar spring and early summer in the previous illustration is indeed transitioning back to HNO3 in the fall and winter in the polar zones (70-80 deg N/S) except to the extent it temporarily avoids detection during the Antarctic winter months of May, Jun and Jul due to GOME analytical limitations during periods of complete or near darkness. The sharp rise in Antarctic NO2 in late Sept 2002 is associated with a rare SH sudden stratospheric warming event (SSWE).



**Exhibit D-7** (above) – **Fig 2 from Kulkarni et al., 2011**. Recreating the caption near verbatim – "*Vertical profiles of NO2 concentrations [moles/cm2 x 10 to the 9th (ppbv)] derived from GASCOD measurements (red) and from HALOE (black) measurements along with absolute differences (green).*" **Ref**: **Kulkarni Univ. of Evora, Portugal) et al., 2011:** *"Comparison of NO2 vertical profiles from satellite and ground-based measurements over Antarctica*," 2022 39th URSI General Assembly and Scientific Symposium, IEEE, 978-1-4244-6051-9/11 (Sept 2011). Link: COMPARISON OF NO2 VERTICAL PROFILES FROM SATELLITE AND GROUND BASED MEASUREMENTS OVER ANTARCTICA (ursi.org)

**Explanation** – Ground-based NO2 measurements are more accurate/precise for the given location and are approximately half the value of NOx mixing ratios which include NO and NO2. Fig 2 from **Kulkarni et al., 2011** further confirms that the lower stratosphere is not denitrified in the heart of Antarctic spring as falsely claimed by the EPA and IPCC and academia. The figure is plotting 16 vertical profiles of hard empirical data collected from satellite (HALOE) and ground-based instruments (GASCOD) in 2004 with the higher levels in mid-Oct in the heart of Antarctic spring falling off in the fall (Feb and Mar) as the NO2 begins transitioning back to HNO3. The elevated levels in spring span 15-35 km with peaks at 20-25 km AMSL as measured by satellite and about 25 km AMSL as measured from the ground. There is no question that the NO2 is photolytically converting to NO during the course of daylit hours and in combination with reformed HOx is wreaking havoc within the ozone layer.

**Exhibit D-8** (below) – **Fig 7 from Irie et al., 2006.** Recreating the caption verbatim – *"HNO3–O3 correlations obtained by ILAS (open symbols) and MLS (solid symbols) at Els = 79 deg +/- 5 deg N and (b) Els = 60 deg +/- 5 deg S. Time periods during which the data were obtained are*

*described, for ILAS, the averages of the HNO3 mixing ratios for each 0.5 ppmv O3 range are plotted. One standard deviations are shown with error bars. For MLS, correlations between daily averaged HNO3 and O3 mixing ratios measured at each of four potential temperature levels between 420 K (~17 km) and 585 K (~24 km) are shown. Measurements made in 1995, 1996 and 1997 are shown in green, blue and red, respectively. One standard deviations of HNO3 and O3 data are shown only for 1997, for clarity."* **Ref**: **Irie (Yokohama, Japan) et al., 2006**: "*Validation of NO2 and HNO3 measurement from the improved Limb Atmospheric Spectrometer (ILAS)-II,*" *Journal of Geophysical Research: Atmospheres*, 111 (D11) (2006). <u>Link</u>: Validation of NO2 and HNO3 measurements from the Improved Limb Atmospheric Spectrometer (ILAS) with the version 5.20 retrieval algorithm - Irie - 2002 - Journal of Geophysical Research: Atmospheres - Wiley Online Library

**<u>Explanation</u>** – Fig 7 from **<u>Irie et al., 2006</u>** is provided to confirm that under GS-Max conditions HNO3 and O3 essentially co-exist in the polar lower stratosphere via ionic attraction/attachment to ever frozen clusters of water vapor molecules (cirrus clouds). This is also documented for 30-60 deg north and south latitude in other papers. Note the linear relationship (steady rise in mixing ratios) spans the interval 10-22 km AMSL after which both the HNO3 and O3 level off. Together with the collective empirical evidence

provided above regarding the opposing linear relationship between HNO3 and NO2 mixing ratios, this proves that HNO3 is the sole intermediate of the spring and early summer ozone depletion and rules out a significant contribution from N2O. The three-order of magnitude difference in mixing ratios, confirm that NO2 dissociates O3 in catalytic fashion via photolytic conversion to NO in the morning and the diurnal transitioning back to NO2 in the evening also similarly extending to HOx. There is a lot of supporting data on this.

**Exhibit D-9** (below) – **Telltale screen-shots  representing baseline 1914-18 and the active and declining intervals of 11-year solar cycle 17 through 24** created using a NASA GISS online image-making tool associated with a video titled "*Global temperature anomalies from 1880 to 2019.*" Link: https://climate.nasa.gov/climate_resources/139/video-global-warming-from-1880-to-2019/



1914-1918

1934-1938



1951-1955

1961-1965

1971-1975

1994-1998

2004-2008



2015-2019

**Explanation** –Image "A" represents the cooling conditions prevalent from 1880 to 1927. The first sign of any concerted warming in darker shades of red is from 1928-31 (not shown) following the active phase of 11-year solar cycle 16 (1923-33). The warming was restricted largely to the Arctic Circle, pretty much as shown in image "B" representing near continuous high solar activity in cycles 17 (1933-44) and 18 (1944-54). However, we are also seeing the first signs of the effects of sudden and final stratospheric warming (seasonal EPP) spreading in bands over Europe, Russia and the North Atlantic and Pacific. As shown in image "C," this Arctic warming persisted until 1959 covering the hot start of cycle 19 (1954-64) with sustained warming also first appearing in the Antarctic commencing in 1951. As shown in image "D" the polar warming completely petered out in the 1960s covering the relatively quiet periods ending cycle 19 and starting cycle 20 (1964-74). As shown in image "E" the warming resumed primarily in the Antarctic following the gargantuan SPE in August 1972. After petering out to a large extent in the late 1970s and early 80s during the quiet start of cycle 20 (1976-86, not shown), as shown in images "F," "G" and "H," it then picked up steam primarily in the Arctic following the consecutive highly active periods of cycles 22 (1986-96), 23 (1996-08) and 24 (2009-20). The warming is characteristically highest at and just after the end of the solar active periods and huge SPEs that arrive in winter, early spring and late fall play key roles. There is a South Atlantic EPP anomaly associated with the Van Allen radiation belt on the dark side of Earth that explains the warming along the central east coast of South America. Clearly the timing and distribution of warming points to ozone depletion resulting from direct EPP via the auroral rims and associated seasonal spreading of ozone loss resulting from indirect EPP during vortex breakup; the warming is for sure a polar phenomenon.

**Siskind 2009, powerpoint**

**Exhibit D-10** (above) – **First illustration from from Siskind 2009 powerpoint presentation.** Recreating the caption verbatim – "*In mixing ratio units, most of the odd nitrogen is in the thermosphere. Winter descent brings it down to the mesosphere and below.*" **Ref: Siskind 2009**: "*Processes which govern the coupling between middle and upper atmosphere odd nitrogen,*" prepared for the high energy particle preciptiation in the atmosphere (HEPPA) workshop, Boulder, CO, Oct 6, 2009. Link: Microsoft PowerPoint - siskind.ppt (ucar.edu)

**Explanation** – Knowing that EPP enters the upper atmosphere primarily through the undulating polar auroral rims located at roughly 60 deg N/S and ionizes nitrogen gas (N2) to nitric oxide (NO), we see evidence of lateral migration of NO in both poleward and equatorial directions in the lower thermosphere and mesopause at altitudes above 95 km AMSL. We also see unambiguous evidence of winter NO descent fanning out in diminishing fashion from just outside the boundaries of the auroral rims towards the equator to points N/S of 30 deg latitude. Taking into consideration the clockwork transitioning of NO to NO2 during mesospheric descent, followed by the clockwork transitioning of NO2 and OH to HNO3 in the frigid cold lower stratosphere, followed by the clockwork transitioning back to NO2 and OH during spring, and then back to HNO3 in the fall, this explains the gargantuan reservoirs of recycled HNO3 and NO2 trapped by clusters of frozen water vapor molecules in the mid-to-lower stratosphere extending in diminishing fashion from 90 deg N/S to 30 deg N/S. The plot shows that during winter, there is very little NO in the tropical stratosphere and no poleward migration beyond 30 deg N/S. These gargantuan HNO3 and NO2 reservoirs define GS Max conditions and explain why there is little if any lower stratospheric ozone depletion in the polar zones and mid latitudes in the absence of such conditions thereby explaining ice ages. If NOy was plotted instead of NO, the reservoir plumes would extend from 80 to 30 deg in both hemispheres at

mixing ratios falling from about 20 ppbv to 10 ppbv entirely comprised of HNO3 and NO2./

**Exhibit D-11 – First illustration from Randall 2010 slideshow showing the caption as presented at the "*Atmospheric coupling via Energetic Particle Precipitation*" workshop at the Univ of Colorado, Boulder Laboratory for Atmospheric and Space Physics (LASP), June 14, 2010**. Link: 10S1 0614 CRandall.pdf (agci.org)

**Explanation** – This is plot of high-quality empirical data spanning period 1992-2005 that was extremely solar active except for a pause from 1996-1997. The data is drawn from NASA's SAGE, POAM and HALOE satellite missions and provides definitive proof of a correlation between elevated geomagnetic activity in the lower thermosphere/upper-mesosphere per the Ap and F-10.7 indices versus indirect EPP involving the ionized nitrogen free radicals NO and NO2 (collectively NOx). Notwithstanding this evidence, the EPA and Academic community as a whole have continued to insist for transparent political purposes that the lower stratospheric ozone depletion is due to ODS and/or decomposition of nitrous oxide (N2O). The evidence of relationship between EPP and geomagnetic activity is not apparent in the NH due to the proliferation of sudden stratospheric warming events dividing/collapsing the Arctic vortex and thereby mudding the correlation. The F-10.7

index is a proxy for extremely high intensity UV radiation entering the top of the atmosphere. There was a gargantuan SPE that struck Earth in late March 1991 with a peak flux of 43,000 MeV and a flurry of large SPEs in June and July 1991 along with a 4,600 MeV SPE in May 1992 that heavily impacted the Southern hemisphere in the springs of 1991-93 with the effect in the Northern Hemisphere limited to the spring of 1991. There were large SPEs impacting TCO in the SH spring that entered the atmosphere in Apr 1998 (1700 MeV peak flux), July 2000 (24,000 MeV), Apr 2001 (1,110 MeV), Apr 2002 (2,520 MeV), Jul 2004 (2,086 MeV) and May 2005 (3,140 MeV).

## Damiani et al., 2016

**Exhibit D 12** (above) – **Figure 1 from Damiani et al., 2016** "***Energetic Particle Precipitation: Main driver of the ozone budget in the Antarctic upper stratosphere***." Recreating the caption verbatim – "*1.(a) Monthly temporal evolution of the Ap (black line), AE (green line), and F10.7 (red line) indices during the1979–2014 period. Horizontal lines show the average value for the investigated period. Horizontal lines with arrows show the time coverage of MLS and SBUV observations. (b) Temporal evolution of the parameterized monthly EPP-NOy amounts within the*

*southern polar vortex from April to September for the 1979–2014 period. (c) Year-to-year variability of the EPP-NOy amounts (black line), the zonal mean at 3 hPa of MLS HNO3 averaged over latitudes poleward of 70°S (blueline; for a meaningful visualization values have been reduced by 2 ppbv) and the F10.7 index (red dashed line) in July for the 2005–2014 period.*" Link: Energetic particle precipitation: A major driver of the ozone budget in the Antarctic upper stratosphere - Damiani - 2016 - Geophysical Research Letters - Wiley Online Library

**Explanation – Damiani et al., 2016** Fig 1 confirms there were very high levels of NOx descent through the upper Antarctic stratosphere in the early 1980s, early 1990s, early to mid-2000s and lesser levels in the early 2010s in all cases except 2002 closely tracking the Ap and AE index. The AE Index is virtually identical to the AA Index but tracks just the auroral activity thereby confirming that most EPP enters the atmosphere via the polar auroral rims. These atmospheric scientists were married to the IPCC's GHG and Ozone Secretariat tenets on ODS and were turning blind eyes to the fact that most of the NO2 that enters the stratosphere is converted in clockwork fashion to HNO3 that goes into cold storage over the course of the winter and then reverts back to NO2 and OH in the spring and then back to HNO3 in the fall via the following reversible, temperature- and pressure-dependent second-order reaction: NO2+OH+M=HNO3+M (where M is clusters of ever-frozen water-vapor molecules that bind to HNO3 and serve to cool the reactants). The NOy in the upper stratosphere is mostly NO2. The OH and NO2 are both highly reactive with ClO and sequester it throughout spring with hardly any impact on the mixing ratio for NOx. The HNO3 mixing ratios in the lower Antarctic stratosphere peaked at over 20 ppbv in 1993 and in the order of 16 ppbv in 2004 most of which transitioned to NO2 and OH in the spring. There was a rare SSWE in 2002 which muddled things.

**Exhibit D-13** (above) – **Figure 12 from Dulitz et al., 2018** (Max Planck Institute, Germany: "*Temperature and pressure dependent rate coefficients for the reaction between OH and HNO3*" **showing the effects of revising the kinetic reaction rate (k) for the reverse reaction of NO2+OH+M=HNO3+M.** Recreating the caption near verbatim: "*Impact of the results from this work in a global atmospheric chemistry model (EMAC). The contours indicate the percentage change in the predicted mixing ratios (zonal and annual average) of HNO3 (a) and NOx (b), which result from the new parameterization of k5 compared to the IUPAC and JPL recommended values.*" Link: https://acp.copernicus.org/articles/18/2381/2018/acp-18-2381-2018.pdf

**Explanation** – The revision to the rate constant confirms that the stoichiometric transitioning from HNO3 to NOx in the polar spring profoundly increases ozone depletion in the lower stratospheric at the expense of HNO3 with the greatest impacts from 15-25 km AMSL spanning 30-90 deg latitude in both hemispheres and that the current atmospheric models have been underestimating the NOx increases by up to 6%. This illustration also confirm the presence of gargantuan plumes of recycled HNO3 and NO2 are trapped in the lower ozone-depleted stratosphere in both hemispheres spanning 30-90 deg latitude.

## EXHIBIT E

**Factual basis that decreases in Antarctic stratospheric ozone in spring causes proportionate increases in downwelling shortwave radiation centered in Ozone's Chappuis absorption band relative to the amount absorbed at baseline – Example illustrations and explanations.**

**Exhibit E-1 (above) – Figure 6 from Lacis and Hansen, 1974:** "*A parameterization for the absorption of solar radiation in the Earth's atmosphere.*" *Recreating the caption verbatim – "Percent of solar flux absorbed as a function of ozone amount, for the spectral distribution of incident solar flux given by Labs and Nichol (1968) and the ozone absorption coefficients of Howard et al., (1960) at minus 44 C. The dotted curves are the results of integrations over wavelengths using the wavelengths at which Howard et al., tabulate the absorption coefficient. The analytic parameterization for the ultraviolet is given by equation (9) and that for visual by equation (8).*" Link: 1974_Lacis_la05000n.pdf (nasa.gov)

**Explanation** – The curved section for ultraviolet (UV) spanning 0 to 1.5% in the vertical scale is for UVB absorption by O2 high up in the stratosphere. The curve is flattening at the absorption of 1.5% of the total incident solar flux of 1,366 which comes to about **20 W/m2**. At about 1 atm-cm ozone in the horizontal scale, the UVB remains at **20 W/m2** and the total UV and visible are both at about 2% of the total flux of 1366 W/m2 which amounts to about **27 W/m2** absorbed for each, putting the UVA at **7 W/m2**. Assuming 300 DU ozone at baseline, this corresponds to an air mass of 1.5 which is mid latitude USA at noon.

The 2.0 maximum for OOD at baseline conditions corresponds to a solar zenith angle of about 80 deg and an ozone air mass of 6.5 which ordinarily occurs about an hour before sunset or after sunrise at mid latitude. The UVB remains at **20 W/m2**, the visible is at 3.8 percent of the solar flux which amounts to **52 W/m2**. The total UV is at about 2.3% of the total flux which amounts **to 31 W/m2** putting the UVA absorption at about **11 W/m2**. Note that the visible is about 5 times higher than the UVA at high solar zenith angles. From a civil/environmental engineering standpoint, because the same Chappuis band absorption coefficients referenced in the caption were certified accurate by ASTM in 1973 and 1982, Kelleher holds that LH74 fig 6 by itself provides definitive proof that the 58% ozone depletion shown in **Exhibit xx** for the South Pole weather station created massive increases in the amount of visible radiation passing through the stratosphere in late Sept/early Oct in the order of well over **30 W/m2** 24 hours per day (**52 W/m2** x 0.58 = **30 W/m2**) given the ozone air mass is actually well over 10 in the Antarctic.

**Exhibit E-2** (above**)** – **Fig 3 from Sarkissian et al, 1995 shows ozone air mass**

**value at high solar zenith angles modified to account for multiple scattering within the atmosphere**. Reproducing the caption near verbatim – "*Results of the intercomparison of AMF for 03 at 510 nm in a pure Rayleigh atmosphere with specified profiles of atmospheric, 03 and NO2 densities. Upper figure, the AMFs. Lower figure, their relative differences from BAS1* **[considered Europe's most-accurate radiative transfer model]**. *Calculations with more than one scattering event are shown with full symbols. The numbers at the end of the name of the laboratories indicate that the same model is used for calculations with both a single (1) and more than one (2) scattering event allowed. LOA* **[a French model]** *calculations are made by a standard model. LOA 1 calculations are made with Monte-Carlo code but allowing one scattering only*." **Ref**: **Sarkissian et al, (Europe) 1995**: "Ozone and NO2 air mass factors for zenith sky spectrometers: intercomparisons of calculations with different radiative transfer models," *Geophysical Research Letters*, 22(9) (1995). Link: Ozone and NO2 airmass factors for zenith sky spectrometers Intercomparison of calculations with different radiative transfer models (belnet.be)

**Discussion** – From **Sarkissian et al., 1995** fig 3 we see that that the slant path/optical density rises very rapidly from about 10 at a SZA of 86 deg to about 16 as the sun sinks bellow the horizon at SZA at 90 deg; in the reverse for sunrise. This is not shown in LH-74 fig 6. The NREL SMARTS2.9.5 and SPECTRAL2 radiative transfer model stop calculating air mass and ozone absorption at SZAs between 80 and 85 deg for reasons unknown

According to **LH 1974 fig 6**, the healthy 1960s stratosphere over continental Antarctica is continuously absorbing about 100 W/m2 **Chappuis band irradiance** for a period of a few weeks with the return of continuous sunlight in early spring in late Sept. This assumes an ozone optical density of 3.7 based on TCO at about 300 DU and an air mass of 12.5 from the above fig 3. According to the solar-position calculator on the PV Lighthouse website, these conditions are characteristic of Sept 22 through Oct 5 with the sun hovering just above the horizon at a steady solar zenith angle of 88 deg. A 60% reduction in ozone by 1994 equates to a massive 60 W/m2 24 hours per day increase in visible irradiance. Due to the increase, the amount of visible irradiance and humidity over the open or partly ocean exposed to the ozone hole is increasing and the amount of near infrared is declining.

**Exhibit E-3** (above**)** – **Fig 3.2 from Bird and Hulstrom, 1980**. Recreating the caption verbatim – "*Transmittance vs secant of solar zenith angle for subarctic winter model [SOLTRAN]*." **Ref**: **Bird and Hulstrom, 1980**: "*Direct insolation models*," U.S. Solar Energy Research Institute: report TR-335-334 (1980). Link: 5626683.pdf (unt.edu)

**Explanation** – The **Bird and Hulstrom, 1980** report led to ASTM certification of ozone's **Chappuis**, Huggins and Hartley band absorption coefficient in 1982 via ASTM Spectral Irradiance Standard E 871-82. Fig 3.2 is provided to show the relative contribution of scattering and molecular absorption to atmospheric attenuation of incident direct-beam shortwave radiation at high solar zenith angles representative of the subarctic. Please note that absorption by ozone at high solar zenith angles at about 10% of the solar flux (1,366 W/m2) is just a little shy of the absorption by water vapor at about 12%. Fig 3.2 is showing combined **Chappuis**/Huggins/Hartley band absorption at 136.6 W/m2) at a zenith angle of 85 deg (12 on the secant scale) about 20 W/m2 is UV-B and about 4/5 of the remaining 115 W/m2 is from the **Chappuis band**

amounting to about 90 W/m2. The large attenuation shown for aerosols is for direct beam sunlight and ignores the fact that increases in zenith angle above about 60 deg decreases upward reflected irradiance that exits the top of the atmosphere. This is due to multiple molecular and aerosol scattering which is mostly downward with the sun low in the sky. The diffuse radiation reaching the Earth's surface substantially increases at very high solar zenith angles and is spread out over a large area. Moreover, most of the aerosol scattering and the vast majority of Rayleigh scattering occurs after the direct beam radiation has passed through the ozone layer. Thus, this figure serves to confirm that the DOE SPCTRAL2 and SMARTS2 radiative transfer models are not accurate for solar zenith angles greater than 85 deg in terms of predicting the incremental amount of absorption and transmittance in the ozone layer as a function of ozone optical density. This is not to say, the models are not accurate for the amount of visible irradiance reaching solar panels at high solar zenith angles.

**Exhibit E-4** (above) – **Fig 3.4 from Bird and Hulstrom, 1980**. Recreating the caption verbatim – "*Ozone absorptance vs solar zenith angle for 0.45 cm ozone (subarctic winter*

*model).*

**Explanation** – **Bird and Hulstrom, 1980** fig 3.4 confirms the ozone layer absorbs about 10% of incident sunlight at a solar zenith angle of 85% which is huge. It also shows that as of 1979 those radiative transfer models considered worthy of consideration for use by SERI were incorporating **Chappuis band absorption** coefficients. SERI was incorporated by the National Renewable Energy Lab circa 1992 and is the only executive branch agency that has not canceled **Chappuis band absorption** coefficients.

Zhou et al., 2018

**Exhibit E-5** (above) – **Fig 2 from Zhou et al., 2018**. Recreating the caption near verbatim – . "(a) *Diurnal variation range of solar zenith angle (SZA) and downward surface shortwave irradiance (DSSR) at the Georg von Neumayer (GVN) station on 17 October 2013; (b) at the GVN station on 22 December 2013; (c) at the South Pole (SPO) station on 17 October 2013; (d) at SPO station on 22 December 2013.*" *Ref:* ***Zhou et al., (China) 2018****: "Estimation of daily shortwave radiation over Antarctica," Remote Sensing, 10(422) (2018).*"

**Explanation** – **Zhou et al., 2018** fig 2 shows the correlation of high solar zenith angles to amplification of warming trends in polar spring. **Panel (a) GVN** at 70.65 deg S has eight hours of sunlight in mid-Oct at solar zenith angles exceeding 75 deg with surface solar irradiance in the range of 0-200 W/m2 and averaging 100 W/m2. From **Solomon et al., 2005**, the ozone layer is about 60% depleted. **Panel (b) GVN** has four hours of sunlight in late Dec at solar zenith angle exceeding 75 deg with surface solar

irradiance in the range of 0-100 W/m2. From **Solomon et al., 2005**, the ozone layer is about 30% depleted. **Panel (c) South Pole** at about 90 deg S has 24 hours of sunlight in mid-Oct at solar zenith angle exceeding 75 deg with surface solar irradiance in the range of 100-150 W/m2 and an average of 125 W/m2. From **Solomon et al., 2005**, the ozone layer is about 60% depleted. **Panel (d) South Pole** has 24 hours of sunlight in mid-Oct at a solar zenith angle of 66 deg with surface solar irradiance in the range of 350-500 Wm2 with an average of about 360 W/m2. From **Solomon et al., 2005**, the ozone layer is about 10% depleted.

The Georg van Neumayer (GVN) station is on the north coast at 40 meters above sea level and sits on an ice sheet. Fig 8 from this paper which is a scatter plot of over 300 data point of ground-based-measured vs modeled solar flux shows that the model is accurately predicting irradiance at both locations including abnormally high fluxes at the GVM weather station approaching 700 W/m2 due to multiple scattering between the ice sheet and cloud base.

**Exhibit E-6** (below) – **Fig 5 from Ndengue et al., 2004**. Recreating the caption verbatim –

"*Altitude dependence of the relative contributions (in %) of the* ***Chappuis****, Huggins and Hartley bands to J666(h) the total photolysis rate of 16O3. The figures of the other isotopolgues/isotopmers (not shown) are very similar.*" **Ref**: **Ndengue (Univ. Grenoble, France) et al., 2014**: "*Ozone photolysis: strong isotopologue/isotopomer selectivity in the stratosphere,*" *Journal of Geophysical*

*Research: Atmospheres*, 119, 4286-4302 (2014). Link: Ozone photolysis: Strong isotopologue/isotopomer selectivity in the stratosphere - Ndengué - 2014 - Journal of Geophysical Research: Atmospheres - Wiley Online Library

**Explanation** – Fig 5 from **Ndengue et al., 2014** was prepared by highly qualified atmospheric scientists that specialize in and publish research in the field of quantum physics. It shows that **Chappuis band absorption** controls the temperature of the mid to lower stratosphere which is depicted here extending from 18-30 km AMSL which is representative of the tropics. In the polar zones the base of the lower stratosphere lies about 8 km lower and in the mid latitudes about 4 km lower. Fig 5 shows that at altitudes of 30 km, 25 km and 20 km AMSL the **Chappuis band absorption** of visible irradiance contributes about 60%, 75% and 80% of the heating, respectively with only the latter representing the lower stratosphere. To defend the GHGT of global warming, the EPA Administrator and his staff and all those supporting the IPCC have canceled all-important ASTM-certified **Chappuis band absorption** coefficients and attributed the heating of the lower stratosphere to $CO_2$ absorption of 13-13.5 micron thermal-infrared radiation emitted by the Earth. In truth, $CO_2$ molecules in the lower stratosphere are warmed by collisions with excited ozone and oxygen molecules as well as heat shed by ozone at 14.6 microns. By emitting thermal energy at 14-16 microns $CO_2$ is the primary means by which the stratosphere sheds heat.

Bognar et al., 2022

**Exhibit E-7** (above) – **Fig 3 from Bognar et al., 2022**. Recreating the caption near verbatim: "*Slopes of the DLM [dynamic linear modeling] trend results by latitude bin, scaled to units*

*in percent per decade. The dashed lines show the zero slope contours, and the dots indicate the minima of the DLM trend fits. The vertical lines mark 1 January 2000, and the horizontal lines delineate the stratospheric regions* [**meaning the upper and lower boundaries of the middle stratosphere**]." **Ref: Bognar (Saskatchewan, Canada) et al., 2022**: "*Stratospheric ozone trends for 1984-2021 in the SAGE III/ISS composite dataset*," *Atmospheric Chemistry and Physics*, still undergoing peer review (2022). Link: ACP - Stratospheric ozone trends for 1984–2021 in the SAGE II–OSIRIS–SAGE III/ISS composite dataset (copernicus.org)

**Explanation** – Fig 3 from **Bognar et al., 2022** (the paper is still undergoing peer review) is a four- decade time series showing for 1984-2021 annual average (de-seasonalized) stratospheric ozone derived from a complete set of combined data from the NASA GSFC SAGE II, SAGE III and OSIRUS satellite missions all based on the solar occultation technique that calculates ozone levels from direct measurement of visible radiation centered at 0.6 micron using **Chappuis band absorption** coefficients. The solid horizontal lines define the following stratospheric intervals: lower (12-23 km AMSL); middle (24-33 km AMSL) and upper (34-50 km AMSL). This discussion is restricted to the lower stratosphere where absorption of shortwave radiation is predominantly in the **Chappuis bandwidth** and ozone depletion is by far most significant in the spring and early summer. As shown in **Exhibit E -6 (Ndengue et al., 2004)**, there is relatively little (15%) **Chappuis band absorption** in the upper stratosphere at 35-45 km. The baseline that is being used is the average for the entire 1984-2021 merged database when it should rightfully be for SAGE-1 (May 1979-Nov 1981) when there was relatively little seasonal ozone loss. The figure shows that as of 1984, the lower stratospheric ozone layer at all latitudes was already heavily in decline and continued to decline through 2020. The extensive recovery shown for the SH lower stratosphere after 2000 at 50-60 deg south is not consistent with what is shown on the NASA Ozone website maps or meteorology section graphs for 30-60 deg. As shown in **Exhibit E-11 (NASA Ozone Watch)**, comparing Oct/Nov 1979 to Oct/Nov 2000-2020, the area south of about 55 deg, despite the fact it lies just outside the ozone hole, is significantly depleted in spring and early summer. The area between 50 and 60 shows a gradual decline in Oct from 350 DU in 1980 to 320 in 1994-2022 which is 10%. The decline in Nov was from 340 to about 315 DU which is 7% but the plot for 60-90 deg band suggests wide variation in the area inside 55 deg commencing in year 2000 that is clearly associated with the timing of vortex collapse rather than recovery. The area of most concern with **Chappuis band absorption** lies between 14-25 km. This area has remained heavily impacted across the globe due to GS-Max conditions with the highest impact in the polar and subpolar zones: 55-90 deg. The depletion in the tropics is most likely from incremental off-gassing of N2O from the ocean and melt fronts and EPP-related NOx rising up from the troposphere following vortex collapse due to wind patterns in certain atmospheric systems including jet streams and Hadley, Ferrel and Polar cells.





**Exhibit E-8** (above) – **Fig 1 from Wang et al., 2020**. Recreating the caption verbatim: "*Sample wavelength dependence of atmospheric transmission in the lower stratosphere with locations of the different spectral channels used by the SAGE II (yellow arrows) and SAGE III/ISS instruments (colored boxes). The 12 SAGE III/ISS channels are color-coded by species of interests and are numbered from smallest to largest wavelength.*" **Ref**: **Wang (Georgia Inst of Tech) et al., 2020**: "*Validation of SAGE III/ISS solar occultation ozone products with correlative satellite and ground-based measurements*," *Journal of Geophysical Research: Atmospheres*, 125 (11) (2020). Link: Validation of SAGE III/ISS Solar Occultation Ozone Products With Correlative Satellite and Ground-Based Measurements - Wang - 2020 - Journal of Geophysical Research: Atmospheres - Wiley Online Library

**Explanation** – Of the utmost significance, together with the following illustration (Fig 3.1.4 from the **NASA SAGE Team, 2002**), fig 1 from **Wang et al., 2020** shows **Chappuis band absorption** at/near a solar zenith angle of 90% removes about 80% of the incident spectral irradiance in the 550-650-nm range in the approximate middle of the lower stratosphere. This is perhaps 15% of the total irradiance. Beyond that the figure compares the spectral channels used to measure ozone, aerosol, water vapor, NO2 and temperature/pressure using NASA GSFC satellite-borne SAGE II and SAGE III instrumentation and algorithms. Note that SAGE III has much higher spectral resolution than SAGE II as well as the added capacity of measuring mesospheric ozone via a channel in the UV-B region (purple).



**Exhibit E-9** (above) – **Fig 3.1.4 from the NASA SAGE III ATBD Team, 2002** – Recreating the caption verbatim – "Wavelength dependent atmospheric extinction at 18 km (NO3 and OClO are not shown." **Ref: NASA SAGE III ATBD Team, 2002**: "SAGE III algorithm theoretical basis document (ATBD)," Langley Research Center 475-00-109 (2002). Link: https://eospso.gsfc.nasa.gov/sites/default/files/atbd/atbd-sage-solar-lunar.pdf

**Explanation** – SAGE solar occultation measurements from satellites are recorded for a few minutes just before and after sunrise/sunset at a mean solar zenith angle of 90 deg. The figure shows that the total extinction coefficient (0.15/15% per km) at 550-650 nm is just a small fraction higher than for **Chappuis band absorption** at about 0.14/14% per km). Rayleigh scattering extinction is responsible for about half at 500 nm and about a quarter at 700 nm. Note that at 18-km altitude which is in about the middle of the lower stratosphere **Chappuis band absorption** dwarfs the UVA and visible absorption in the NO2 band spanning 370-500 nm, the near-infrared absorption in the O2 A band centered at 780 nm and the water-vapor band centered at 0.93 micron as well as aerosol scattering. It also dwarfs absorption of that portion of UV-A in ozone's Huggins band spanning 330-400 nm. The Huggins band has stronger absorption in the higher intensity portion of the Huggins band spanning 310-330 nm. The extinction coefficient for 18 km is representative of the heavily impacted portion of the lower stratosphere which spans 15-25 km AMSL in the Arctic and 12-22 km AMSL in the Antarctic.

Brinckmann et al., 2014

**Exhibit E-10** (above) – **Fig 2 from Brinckmann et al., 2014.** Recreating the caption verbatim – "*Synthetic time series with two break (A-1), and corresponding T statistics (A2 B2).*" **Ref: Brinckmann et al., (Germany) 2014: "**Homogeneity Analysis of the CM SAF Surface Solar Irradiance Dataset Derived from Geostationary Satellite Observations," Remote Sensing, 6 (2014). Link: Remote Sensing | Free Full-Text | Homogeneity Analysis of the CM SAF Surface Solar Irradiance Dataset Derived from Geostationary Satellite Observations (mdpi.com)

**Quoting from the abstract** – "*A satellite-based climate record of monthly mean surface solar irradiance (SIS) is investigated with regard to possible inhomogeneities in time. The data record is provided by the European Organization for the Exploitation of Meteorological Satellites (EUMETSAT) Satellite Application Facility on Climate Monitoring (CM SAF) for the period of 1983 to 2005, covering a disk area between ±70° in latitude and longitude. The Standard Normal Homogeneity Test (SNHT) and two other homogeneity tests are applied with and without the use of reference SIS data (from the Baseline Surface Radiation Network (BSRN) and from the ECMWF (European Centre for Medium-Range Weather Forecasts) ERA -Interim reanalysis. The focus is on the detection of break-like inhomogeneities.*"

**Explanation** – **Brinckmann et al, 2014** fig 2 A-1 is showing the monthly averages for the

1983-2005 CM SAF solar-occultation dataset spanning 70 deg N/S. Fig B-1 is fudged to provide for detrending. The original un-fudged dataset is invaluable because the instrument detecting shortwave irradiance reaching the surface is measuring shortwave radiation exiting the top of the atmosphere only in **the Chappuis absorption band**. This is the only way to detect the sudden 20 W/m2 increase, because increases in **Chappuis band irradiance** that enter open ocean instantly increase atmospheric humidity which leads to increased cloud cover and precipitation (total column water). These increases cause instantaneous massive decreases in near infrared at 0.78, 0.93 and 1.1 to 1.6 microns. The sudden rise in SSI by 20 W/m2 from 1991 to 1998 and 10 W/m2 fallback from 1999 to 2005 are predictable as shown/explained below.





**Exhibit E-11** (above) – **Two screenshots (above) from the NASA Ozone Watch website maps** showing the climatology for Oct and Nov 1979-2022. Link: NASA Ozone Watch: Antarctic ozone maps for November

**Explanation** – In the climatology for Oct we see that the ozone hole was for the most part already open during the interval 1983-92. In the Nov climatology we see the ozone hole suddenly wide open from Nov 1993-99 following a period of extremely high solar activity in 1989-91. It is followed by a period of partial recovery from 2000 through 2005. The correlating data is hard proof that massive ozone depletion causes massive increases in **Chappuis band irradiance**.

The NASA SAGE mission generated the exact same data but started earlier commencing with SAGE 1 covering 1979-1981. NASA has suppressed it. NOAA has solar occultation data for **Chappuis band irradiance** exiting the top of the atmosphere over Antarctica dating back to the early 1970. NOAA has suppressed it.

The Nov TCO climatology shows the ozone hole almost fully closed in 2019 and then wide open from 2020-22. As shown/explained below, the surface solar insolation data collected from NASA CERES satellite covering Oct 2019-2022 provides additional proof that massive lower stratospheric ozone depletion causes massive increases in **Chappuis band irradiance** reaching Earth. Unfortunately, as explained in **Exhibit J-4 (Cliver et al., 1998)** the balanced and filtered dataset is extensively fudged.

**Exhibit E-12** (below) – **Two screenshots from the NASA Earth Observatory Solar Insolation interactive website** comparing Nov 2019 (among dataset-low total column

Page 55 of 141

ozone [TCO]) to Nov 2020 dataset high TCO. Link: Solar Insolation (1 month) | NASA

NASA CERES Mission
SOLAR INSOLATION (1 MONTH)
November 2019
Dataset you are currently viewing: November 2019
W/m²
0
275
550
NASA CERES Mission
SOLAR INSOLATION (1 MONTH)
November 2020
Dataset you are currently viewing: November 2020
W/m²
0
275
550

Kelleher vs Regan Sept 20, 2023 Exhibits



**Exhibit E-13** (above) – **Fig 7 from Solomon et al., 2005**. Recreating the caption verbatim – "*Observations of ozone mixing ratios at 70 hPa (about 18 km) over Antarctica throughout the year, for those points above 0.004 ppmv (believed to represent the approximate instrument detection limit). The electrochemical measurements from South Pole and Syowa stations for the 1960s and 1970s are shown as red triangles, while data taken in the 1980s are shown as green squares, those of the 1990s are shown as blue diamonds, and those of the 2000s are shown as black circles.*" **Ref**: **Solomon et al, (MIT) 2005**: "Four decades of ozonesonde measurements over Antarctica," *Journal of Geophysical Research*, 110(D21) (2005). Link: Four decades of ozonesonde measurements over Antarctica - Solomon - 2005 - Journal of Geophysical Research: Atmospheres - Wiley Online Library

**Explanation** – **Solomon et al., 2005** fig 7 (above) confirms that the ozone hole was largely restricted to the month of Oct in the 1980s and in the 1990s extended through Nov and part way into Dec, more so at Syowa 69 S 39.8 E than the South Pole at 90S, 0E/W. **Solomon et al., 2005** fig 8 (not reproduced) shows the mean depletion at 70hPa (18 km) AMSL in the 1990s relative to a baseline of about 350 DU in 1966-75 was about 70% in Oct, 60% in Nov and 30% in Dec. **Solomon et al, 2005** fig 1 (not reproduced) shows the baseline total column ozone (TCO) reduction was about 10% less. Syowa is on the north coast approximately south of the tip of Africa. Of the utmost significance, **Solomon et al., 2005** fig 9 (not shown) shows the lower stratospheric ozone depletion at Syowa during the 1990s extended through the spring and remained at about 20% through the summer (Jan/Feb) and fall (Mar/Apr/May). This is a very important piece of research.

According to the solar position runs I made using SPCTRAL2, the sun shines 18 hours per day in Nov from about 4 AM to 10 PM at the start of the month and all 24 hours at the end during which time the solar zenith angle ranges from 47 to 85 deg corresponding to air mass 1.5 to an assumed 13 at 86 deg. Ignoring the first and last half hours of daylight, I made SPCTRAL2 runs for all daylight hours for the 2nd, 15th, and 29th days of the month with the turbidity and water vapor set to zero, the albedo to 0.9 and the baseline 1960s ozone to 0.35 cm. The runs showed **Chappuis band absorption** for baseline 350 DU ranging from about 15 W/m2 to 48 W/m2 with a mean of about 30 W/m2. At 50% ozone depletion by 1994, the increased irradiance ranges from 7.5 to 24 W/m2 and averages 15 W/m2. From **Lacis and Hansen 74**, fig 6, the amount absorbed in the first and last hour or two of sunlight at an ozone optical density of 4.55 (13x0.35) was 120 W/m2 and the increase by 1994 was 60 W/m2.

Studies have shown that the low persistent cloud cover along coast of Antarctica increases surface solar irradiance presumably in the UVA and visible regions due to multiple scattering off the ice shelves and sea ice

**Exhibit E-14** (below) – **Two screenshots from the PV Lighthouse website** showing the spectral signature the NREL SPECTRAL2 radiative transfer model input and output comparing Syowa baseline ozone at 350 DU for Nov 1 4:00 AM in the 1960s vs 4:00 AM in 1994 with baseline TCO 50% depleted at 175 DU. Link: Calculators (pvlighthouse.com.au)



**Explanation** – The run for 4 AM Nov 2, 1970 is showing visible irradiance reaching optimally aligned panels at 241.5 W/m2 and for 4 AM 1994 at 264 W/m2. This is a decreased absorption/increased irradiance of 22.5 W/m2 which is biased low since it is the first hour of daylight. The graphical display shows the increase is entirely in the **Chappuis absorption band** which ignores minor contributions from water vapor and the oxygen B-band. The Rayleigh and Aerosol scattering occurs primarily after the stratospheric ozone absorption and is more than washed out by UVA and visible scattering multiple times off aerosols, melt fronts, sea ice, ice shelves, ridges and low cloud cover.

**Exhibit E-15** (above) – **Fig 1 from Castebrunet et al., 2009**: is provided to show the location of Dome C and the South Pole and Halley Bay, Antarctica weather stations. The paper is titled "A three-dimensional study of methanesulphonic acid to non-sea salt-sulphate ratio at mid to high southern latitudes," *Atmos. Chem. Phys.*, 9 (24).

**Exhibit E-16** (below) – **The following two satellite-view-color-contour maps are reproduced from the Ozone watch map for Oct 1979 and Oct 1994 via the <u>NASA GSFC Ozone Watch SH, 2023</u>**. <u>Link</u>: NASA Ozone Watch: Antarctic ozone maps for 1979-10

Page 60 of 141

October 1979

0 100 200 300 400 500 600 700
Total Ozone (Dobson units)

October 1994

0 100 200 300 400 500 600 700
Total Ozone (Dobson units)

Kelleher vs Regan Sept 20, 2023 Exhibits

**Explanation** – The color contour maps cover 30 to 90 deg south  and show monthly average total column ozone in Dobson Units (DU) cm/atm x 1,000) including the area of Halley Bay. The figure provides proof that that at the point of Maximum Antarctic Sea Ice Extent in mid Sept there is a 3 deg wide span of open ocean exposed to the full brunt of the springtime ozone hole extending from roughly 62-65 deg S off the west and northwest coast of Antarctica spanning 45-180 deg W longitude



**Exhibit E-17** (above) – **Fig 4 b from the following National Snow and Ice website and NASA Ozone Watch SH map for Sept 2015**. Recreating the caption verbatim for the NSIDC map – "*This map shows Antarctic sea ice concentration on September 16, 2017. Note the Maud Rise polynya at the top of the image. Data are from the Advanced Microwave Scanning Radiometer 2 (AMSR2). Credit: G. Heygster, C. Melsheimer, J. Notholt/Institute of Environmental Physics, University of Bremen.*" Link: Arctic sea ice at minimum extent | Arctic Sea Ice News and Analysis (nsidc.org)

**Explanation** – The sea-ice extent off the west coast of Antarctic is limited to about 65 deg S and off the east coast extends further north to about 60 deg S. The area most heavily exposed to the springtime ozone hole lies between about 45 deg W to 120 deg W and includes Drake's passage off the tip of South America. Sept 2016 was among the largest ozone holes. The polar vortex is most stable in Sept and undulates increasingly in October and November  limiting the exposure to the most heavily depleted ozone off the Ross Sea. The impacted are lies within the Antarctic Circumpolar Current which is the fastest and strongest in the World. It pushes warmed mixing layer water under sea ice and floating ice shelves and northerly up both the east and west coasts of lower South America





**Exhibit E-18** (above) – **Figure 1 from Meridith and King, 2005 depicting in red the areas where incremental short wave radiation were entering the southern ocean surface as the ozone hole was opening from 1975-1994**: "Rapid climate change in the ocean west of the Antarctic Peninsula during the second half of the 20th century." Recreating the caption verbatim – "*Decadal means of summer surface temperature anomalies for the second half of the twentieth century. Grid cells with no data are left white. Note the significant negative anomalies close to the Antarctic Peninsula during the period 1955–64, a region that becomes progressively warmer during the sequence. The average September ice extent for 1979–2002 is plotted, derived from satellite microwave data as the 15% ice concentration limit using the Bootstrap algorithm [Comiso, 1995].*"

**Explanation** – Consistent with the ozone hole opening in fits from the early 1970s through early 1990s, the warming commences in the early 1970s and substantially picks up steam in the mid-1990s once the ozone hole fully opens especially in Drake's Channel where the ozone hole has its maximum northward extent in spring through early summer. Although the prevailing winds and currents are carrying the heated water up both the east and west coasts of South

America to some extent, there is clearly another area of impact consistent with documented ozone depletion extending from 30-50 deg S primarily in the summer months. The near-surface warming off the coast of West Antarctica largely disappears after year 2000 due to the well-documented dramatic increase in the amount of ice-cold floating melt water entering the Antarctic Circumpolar Current once the ozone hole reached it maximum size and duration in the mid-to-late 1990s.

## Meredith and King, 2005

**Exhibit E-19 – Figure 2 from Meridith and King, 2005 depicting how deep the incremental solar radiation was penetrating in summer**: "Rapid climate change in the ocean west of the Antarctic Peninsula during the second half of the 20th century." *Recreating the caption verbatim – Trends in ocean summer temperature during 1955–1998, for four different depth levels (surface, 20 m, 50m and 100 m). Grid cells with no data are left white. Note that the significant warming trend observed close to the Antarctic Peninsula is strongly surface-intensified, decaying virtually to zero at 100 m depth.*"

**Explanation** – Confirming the warming is due to incremental Chappuis band irradiance in the yellow/orange spectral region, we see most of the radiant energy that enters in spring and summer the surface of the Southern Ocean and the latitude bands of the South Atlantic and

Pacific extending between 40-50 deg S latitude is absorbed uniformly in the top 20 meters and is wanning from 50 to 100 meters. It is obvious that solar warmed surface water is being pushed by the strong circumpolar current under the sea-ice and submerged ice shelves. See Pleadings' paragraph 98 on page 65, lines 1-12 as to the penetration/absorption of incremental Chappuis band irradiance in coastal open Ocean. Link for NOAA website: NOAA Ocean Explorer: Deep Scope

**Exhibit E-20** (below)– **Sole illustration from NOAA Climate.gov website, 2021 (below)** showing a gargantuan deep-sea plume of solar-heated seawater emanating from the open ocean adjacent to Halley Bay, Antarctica from article titled "Research cruises reveal global warming reaching the deep Southern Ocean." Link: Research cruises reveal global warming reaching the deep Southern Ocean | NOAA Climate.gov



Page 65 of 141

Heat energy accumulated in the deep ocean

Atlantic Ocean
Pacific Ocean
Indian Ocean
Southern Ocean
Antarctica
heat flux below 2,000 meters
mid-1990s-mid-2000s
heat flux (watts/square meter)
-1.0
0
1.0
NOAA Climate.gov
Data: Greg Johnson

**Explanation** – Halley Bay is above the "t" in the word "meter." As shown in the two ozone watch maps, the red areas bordering the N and W coasts of Antarctica are emanating from regions of open Ocean bordering retreating sea-ice melt fronts exposed to the full brunt of the seasonal ozone hole in spring and early summer (late Sept-mid Dec)

Kelleher vs Regan Sept 20, 2023 Exhibits



**Exhibit E-21** (above)– **Fig 2a from Farman et al., 1985 (above)**. Recreating the caption verbatim as it relates to total ozone at Halley Bay – *Monthly means of total O3 at Halley Bay . . . (a) October 1957-84 and (b) February 1984*" [not shown] [the Freon 11/12 data is considered meaningless]. Link: https://asset- pdf.scinapse.io/prod/2055698954/2055698954.pdf

**Exhibit E-22** (below) – **Ozone trend chart from NASA Ozone Watch SH, 2021 (below)**. Ozone Facts, History of the Ozone Hole illustration showing Halley Bay ground-based total column ozone measurements for Oct 1957-present. Link: Nasa Ozone Watch: Ozone hole history facts **Quoting the NASA left-wing propaganda in the upper caption verbatim** – "*History of the Ozone Hole - Throughout the 20th century, discoveries and observations trickled in that would allow scientists to understand how human-made chemicals like chlorofluorocarbons create a hole in the ozone layer each spring. As early as 1912, Antarctic explorers recorded observations of unusual veil-type clouds in the polar stratosphere, although they could not have known at the time how significant these clouds would become. In 1956, the British Antarctic Survey set up the Halley Bay observatory on Antarctica in preparation for the International Geophysical year of 1957. In that year ozone measurements using a Dobson spectrophotometer were begun*."

Recreating the bottom caption verbatim – "*Instruments on the ground (at Halley) and high above Antarctica (Total Ozone Mapping Spectrometer [TOMS], Ozone Monitor Instrument (OMI), and Ozone Mapping and Profiler Suite (OMPS) measured an acute drop in total atmospheric ozone during October in the early 1980s (Halley data supplied by J.D. Shankin, British Antarctic Survey*."

**Exhibit E-23** (below) – **Kelleher hand-written report dated Dec 17, 2021 (below)** of 21

SMARTS 2.9.5 runs by GTK 12-12-21

Halley Bay, Antarctica 75.6 S 26.3 W

Based on Farman et al., 1985 Fig 1

near Sea level

Time Zone -1.6
Albedo = 0.1
Extrm Terr = 999.9
Spectral range 0.4-0.75 micron
water vapor Calc
$CO_2$ = 0
Aerosol = Manufrac Auto
Turb = 0

Baseline 1957-66 mean ≅ 320 DU
Ozone depleted 1994 ≅ 130 DU
vertical sensor at 140 mb (15 Km AMSL)
Polar Summer

| Hour of Day | Ozone cm-atm 0.32 | 0.0 terrestrial | 0.13 | diff | SZA/O3 AM |
|---|---|---|---|---|---|
| 6 AM | 363.4 abs 61.0 w/m² | 424.4 | 397.9 | 34.5 | 87.4/11.3 |
| 7 AM | 453.2 | 501.1 | 480.7 | 27.5 | 83.7/7.4 |
| 8 AM | 493.8 | 530.8 | 515.3 | 21.5 | 80.2/5.4 |
| 9 AM | 514.7 | 545.2 | 532.5 | median 17.8 | 77.2/4.3 |
| 10 AM | 526.1 | 552.8 | 541.7 | 15.6 | 74.9/3.7 |
| 11 AM | 531.8 | 556.7 | 546.4 | 14.6 | 73.4/3.4 |
| 12 Noon | 533.6 abs 24.2 w/m² | 557.8 | 547.8 | 14.2 | 72.9/3.3 |

Sept 30

13 hrs of daylight

Assume afternoon is mirror image of morning

131.5 x 2 + 14.2 = 277.2 / 13
Mean = 21.3
Median = 17.8
Range 14.2 – 34.5

[signature]
12-17-21

runs for Halley Bay, Antarctica with US Dept of Energy, National Renewable Energy Lab's SMARTS2.9.3 radiative transfer model comparing Sept 30 column stratospheric ozone for mean 1957-66 (320 DU) and 1994 (130 DU).

**Explanation** – The Kelleher hand-written summary of 21 SMARTS2.9.5 runs made for Halley Bay show increases in visible radiation (0.4-0.75 micron) passing through the stratosphere covering 11 daylight hours on baseline Sept 30, 1957-1966, with mean

column ozone at 0.32 cm-atm vs Sept 30, 1994, with column ozone 0.13 cm-atm with the virtual sensor looking up from 15 km AMSL. The model automatically deducts 10% from the input ozone amount to account for tropopause/upper troposphere ozone. Because there is very little sunlight at a SZA of 87 deg, averaging hour by hour starting 6:00 AM to 7:00, the hourly average is a whopping 20.8 W/m2 and the range is 14.4 to 31.0 W/m2. The calculation for the daily hourly average aptly assumes that afternoon hours are a mirror image of morning hours.

We can use the SMARTS2.9.5 ozone air-mass reading to calculate the ozone optical density (OOD) and get the visible absorption and incremental irradiance from LH74 fig 6 by multiplying the OOD by 27 (under 1.8) or 26.5 (over 1.8). The hourly average is a whopping 27.1 W/m2 and the range is 16.8 to 46.0 W/m2. The difference is primarily in the first and last hour of daylight with LH74 considered more accurate based on minimal scattering at high SZA since its mostly downward.







**Exhibit E-24 (above) – Fig 1 from Hatzianastassiou et al., 2005**. Recreating the caption verbatim – "*Long term (1984-2000) average global distribution of downward shortwave solar radiation (in W/m2) at the Earth's surface for the mid seasonal months of (a) January, (b) April, (c) June and (d) December* ." **Ref**: **Hatzianastassiou et al., 2005**: "Global distribution of Earth's surface shortwave radiation budget," *Atmospheric Chemistry and*

*Physics*, 5 (2005). Link: Global distribution of Earth's surface shortwave radiation budget (core.ac.uk)

**Quoting the abstract in full** (emphasis added) – "*The monthly mean shortwave (SW) radiation budget at the Earth's surface (SRB) was computed on 2.5-deg longitude-latitude resolution for the 17-year period from 1984 to 2000, using a radiative transfer model accounting for the key physical parameters that determine the surface SRB, and long-term climatological data from the International Satellite Cloud Climatology Project (ISCCP-D2). The model input data were supplemented by data from the National Centers for Environmental Prediction – National Center for Atmospheric Research (NCEP-NCAR) and European Center for Medium Range Weather Forecasts (ECMWF) Global Reanalysis projects [meaning the data is fudged/detrended] and other global data bases such as TIROS Operational Vertical Sounder (TOVS) and Global Aerosol Data Set (GADS). The model surface-radiative fluxes were validated against surface measurements from 22 stations of the Baseline Surface Radiation Network (BSRN) covering the years 1992–2000, and from 700 stations of the Global Energy Balance Archive (GEBA), covering the period 1984–2000. The model is in good agreement with BSRN and GEBA, with a negative bias of 14 and 6.5 Wm 2 , respectively. The model is able to reproduce interesting features of the seasonal and geographical variation of the surface SW fluxes at global scale. Based on the 17-year average model results, the global mean SW downward surface radiation (DSR) is equal to 171.6 Wm 2 , whereas the net downward (or absorbed) surface SW radiation is equal to 149.4 Wm 2 , values that correspond to 50.2 and 43.7% of the incoming SW radiation at the top of the Earth's atmosphere. These values involve a long-term surface albedo equal to 12.9%. Significant increasing trends in DSR and net DSR fluxes were found, equal to 4.1 and 3.7 Wm2, respectively, over the 1984–2000 period (equivalent to 2.4 and 2.2 Wm2 per decade), indicating an increasing surface solar radiative heating. This surface SW radiative heating is primarily attributed to clouds, especially low-level, and secondarily to other parameters such as total precipitable water. The surface solar heating occurs mainly in the period starting from the early 1990s, in contrast to decreasing trend in DSR through the late 1980s. The computed global mean DSR and net DSR flux anomalies were found to range within ±8 and ±6 Wm −2 , respectively, with signals from El Niño and La Niña events, and the Pinatubo eruption, whereas significant positive anomalies have occurred in the period 1992–2000.*"

**Explanation** – Despite the fact that the key databases are fudged, **Hatzianastassiou et al., 2005** fig 1 unequivocally confirms massive springtime increases of DSR in Oct within the Antarctic polar vortex with its wide-open ozone hole in comparison to the Arctic vortex in the correlating spring month of Apr. This is despite the fact that the Arctic receives more incident shortwave radiation in the spring months due to the Earth's tilt. The figure shows that for point souths of about 60 deg S, the Antarctic receives 125-200 W/m2 in Oct (mid spring) with an average of about 150 W/m2. For points north of about 60 deg N, the Arctic receives 50-175 W/m2 with an average of about 100 W/m2. The Antarctic also receives much more DSR in mid-summer (Dec) at 150-375 W/m2 than the Arctic receives in the correlating month of Jun at 125-225. This difference is partially due to the fact that the South Pole is closer to the sun than the North Pole in mid-summer due to the Earth's elliptical rotation. Via the NASA solar insolation interactive website, the Arctic incident shortwave at 80N/0E on Apr 15 and Jun 15 are 232 and 517 W/m2. In Antarctic at 80S/0W Oct 15 and Dec 15, they

are 210 W/m2 and 550 W/m2. Link: Data.GISS: Insolation at Specified Location (nasa.gov)

**Exhibit E-25** (above) – **Fig 5 from Grenfell and Perovich, 2005**. Recreating the caption verbatim – "*Spectra for cases for which the solar disk was clearly visible in August and for clear skies in September with low-sun angle. The legend shows the date and solar zenith angle for each spectrum. The following atomic and molecular absorption features are clearly present: (1) Ca II H/K, 393–6 nm; (2) Fe/Ca, 431 nm; (3) O2B, 686–8 nm; (4) H2O, 718–29; (5) O2A, 759–65; (6a) H2O, 820 nm; (6b) H2O, 910 nm;(6c) H2O, 933–46 nm, (6d) H2O, 1118–44 nm, (6e) H2O, 1350–1480 nm; and (6f) H2O, 1810–1950 nm*" [and (7) ozone at 550-650 nm)] **Ref: Grenfell and Perovich, (U.S. Academia), 2008:** "Incident spectral irradiance in the Arctic Summer and Fall," *Journal of Geophysical Research*, 113(D009418) (2008). Link: Incident spectral irradiance in the Arctic Basin during the summer and fall - Grenfell - 2008 - Journal of Geophysical Research: Atmospheres - Wiley Online Library

**Explanation** – Fig 5 from **Grenfell and Perovich, 2008** shows the decline in total

broadband surface solar irradiance for solar zenith angles ranging from 64.6 deg to 86.4 on certain days in Aug (late summer) and Sept (early fall). The irradiance scale is normalized to air mass 1 (1= sun directly overhead at about 956 W/m2). Note that at a solar zenith angle of 86.4 under clear sky conditions in Sept about 6% of **Chappuis band irradiance** is reaching the Earth's surface and about 14% at 82 deg. This is somewhat misleading given that the instrument is measuring just the direct beam radiation entering the pyranometer receiver along with the diffuse radiation deflected toward the receiver. Most of the attenuation in the polar upper troposphere at high solar zenith angles (sun just above the horizon) is from downward Raleigh and aerosol scattering spread over the entire area being illuminated to the west of the collector. We know from Lacis and Hansen fig 6 that the stratospheric ozone layer is absorbing in the order of 100 W/m2 at an 86-deg solar zenith angle.



**Exhibit E-26** (above) – **Fig 10 from Grenfell and Perovich 2008**. Recreating the caption verbatim – "*Model calculations of incident irradiance over surfaces with high and low albedos (sea ice and open water, respectively): (a) complete heavy overcast, with cloud factor = 30 and solar zenith angle = 70°; and (b) clear sky, with solar zenith angle = 65°.*"

**Explanation** – Comparing **Grenfell and Perovich, 2008** fig 10(a) and 10(b) we see that downwelling irradiance with wavelengths less than 900 nm more-than doubles when it reaches highly reflective bright-white ice or snow versus open ocean. This is due to a ping-ponging effect between the frozen surface and base of the clouds. Dense low-cloud cover is characteristic of melt fronts and ice shelves in polar spring and summer, especially along coastal western Antarctica. Coupled with downward reflection off of vertical melt fronts, ice bergs, snow-covered coastal upslopes and the face of the Transcontinental Ridge, this explains polar amplification of warming trends and gargantuan deep-sea plumes of solar heated seawater emanating from those western shores.



**Exhibit E-27** (above**) – Figure 8a/b from Fredrick and Hodge, 2011**. Recreating the caption verbatim – "*Computed irradiance ratios as functions of fractional cloudiness for cloud albedos of Ac=0.5, 0.7 and 0.9. The solar disk is not obscured by clouds, and the ground albedo is Ag=0. (a) 320-340 nm wavelength band. (b) 400-600 nm band*. **Ref**: **Fredrick and Hodge Univ of Chicago), 2011** "*Solar irradiance at the Earth's surface : long term behavior observed at the South Pole*," *Atmosphere of Chemistry and Physics*, 11 (2011). Link: acp-11-1177-2011.pdf (copernicus.org)

**Explanation** – Frederick and Hodge figure 8/a/b (above) and 9a/b below confirm

that during the continuous sunlight of late Sep-early Oct (early spring), the combination of dense low-cloud cover and snow/ice-covering the Antarctic Plateau amplify incident sunlight in the UVA by a factor of 1.1 to 1.35 and the visible region by a factor of 1.1 to 1.7. This pingpong efffect also happens in the much cloudier near-sea-level coastal areas in early morning and late afternoon with the sun's rays and diffuse irradiance traveling/arriving beneath the coastal cloud cover having past through at a point further off shore to the northwest.

In either case, the irridiance is mostly diffuse and needs to be measured/modeled with a near vertically oriented collector pointed directly at the sun.



**Exhibit E-28** (above) – **Figure 9a/b from Fredrick and Hodge, 2011**. Recreating the caption verbatim – "*Computed irradiance ratios as functions of fractional cloudiness for cloud*

*albedos of Ac=0.5, 0.7 and 0.9. The solar disk is not obscured by clouds, and the ground albedo is Ag = 0.98. (a) 320– 340 nm wavelength band. (b) 400–600 nm wavelength band."*

Kusek 2022

**Exhibit E-29** (above) – **Photograph looking east at the melt face of the Twaites glacier on the coast of West Antarctica**. Recreating the title and captions and credit verbatim – *At times in its past, retreat of the massive Thwaites Glacier was even quicker than it is today, heightening concerns for its future. Image caption (above): The R / V [Research Vessel] Nathaniel B. Palmer photographed from a drone at Thwaites Glacier ice front in February 2019. (Credit: Alexandra Mazur / University of Gothenburg).*" **Ref**: **Kusek 2022**: "*Faster in the Past: New seafloor images – the highest resolution of any taken off the West Antarctic Ice Sheet – upend understanding of Thwaites Glacier retreat,*" USF College of Marine Science News (2022). Link: https://www.usf.edu/marine-science/news/2022/faster-in-the-past-new-seafloor-images-the-highest-resolution-of-any-taken-off-the-west-antarctic-ice-sheet.aspx

**Explanation** – During sunset hours the incremental **Chappuis band irradiance** will deflect predominant downward off the bright white westward facing face of the ice sheet's towering melt front warming the seawater that lies directly in front of the sheet and being pushed up against and below it by prevailing wind and currents. In this fashion, the well-documented bottom-up warming effect is amplified. A portion will penetrate a short distance into the face causing subsurface melting and calving/breaking apart.

**Exhibit E-30** (below) – Additional photographic evidence and other proof that

substantial downwelling shortwave radiation during Antarctic spring and summer that is heading for the South Pole/high Antarctic with the sun low in the sky, at least in the afternoon hours, is going to be reflected onto the frozen surface of West Antarctic and coastal ice covered and open waters in some cases ping ponging up and down off characteristically dense low coastal cloud cover. This extra diffuse radiation complement the normal direct beam and diffuse received in these areas of amplified warming.

National Geographic Society map of Antarctica. Link: 27325.jpg (990×742) (nationalgeographic.org)

Antarctic Bound blogsite 2015

Link: Antarctic Bound: Mountains of Antartica

**Explanation** – From a South Pole vantage point, the sun rises and sets to the north within a

tight circular orbit. At least in the afternoons, a substantial fraction of the sun's rays that arrive inside 80 deg at a slightly downward angle commencing in late Sept/ will strike the massive ice-covered western face of the Transcontinental Mountain Range and will deflect partly downward toward the frozen surface of West Antarctica, hopscotching until entering open Ocean. Some of the upward scattered sunlight will deflect downward from the base of heavy low coastal cloud cover.

Proof that 58% lower stratospheric ozone depletion in South Pole spring creates a proportionate 58% linear increase in visible irradiance passing through the stratosphere relative to the amount absorbed at baseline 1960s 300 DU.

Solomon et al., 2005

**Exhibit E-31 (above) – - Figure 1 (above) from Solomon et al., 2005**. Recreating the caption verbatim – "*October monthly mean total ozone records (in Dobson Units) from (top left) Halley, (top right) Syowa, and (bottom right) South Pole stations, with the latter being the mean*

*of the second half of the month only, because of the limited availability of sunlight needed to make measurements there. Data for Halley are courtesy of J. D. Shanklin, British Antarctic Survey. A satellite ozone map for 6 September 2000 is also shown (courtesy NASA). The satellite map shows that Syowa is located very close to the edge of the ozone hole on this particular day.*" **Ref**: **Solomon et al., (NOAA/MIT) 2005**: "Four decades of ozonesonde measurements over Antarctica," *Journal of Geophysical Research*, 110 (D21311), (2005). Link: https://agupubs.onlinelibrary.wiley.com/doi/10.1029/2005JD005917

**Explanation** – It is reasonably presumed that the South Pole readings are for late September since, unlike Halley Bay and Syowa, the entire 30 days of Oct has continuous sunlight. It is reasonably assumed that the TCO depletion in late Sept in the mid-1990s on average is identical to Oct on average.

**Exhibit E-32** (below) – Two 3-page runs (a) and (b) for the NOAA South Pole Weather Station made using the NREL ASTM certified SMARTS2.9.5 radiative transfer model coupled to Gueymard 2004 reference spectrum for incident sunlight at air mass zero and the ASTM-G-173-03 table of atmospheric absorption and extinction coefficients for air mass 1.5 comparing baseline late-1960s to ozone depleted mid-1990.s

**Exhibit E-32(a)** (below) – First SMARTS2.9.5 run representing the South Pole Weather Station in late Sept in late 1960s (per **E-33** above) showing the stratosphere absorbing **55.6 W/m2** visible irradiance at baseline

Key input: latitude = -90 deg longitude = 0 deg, time = noon, time zone = plus 0.126, virtual sensor elevation = 12 km (base of stratosphere), atmosphere type = Arctic Winter, total column ozone = 300 DU (0.3 atm-cm), water vapor column = 0, turbidity = 0, wavelength range = 400-750 nm (visible).

Key output: SZA = 89.1 deg., ozone air mass = 13.6, extraterrestrial visible irradiance = 598 W/m2, global terrestrial visible irradiance entering the troposphere = 273.3 W/m2, absorbed visible irradiance = 55.6 W/m2 (from a third run with TCO at zero showing a value of 328.9 entering the troposphere (not reproduced)

```
******************   SMARTS, version 2.9.5   *******************

 Simple Model of the Atmospheric Radiative Transfer of Sunshine
     Chris A. Gueymard, Solar Consulting Services
                    December 2005

    This model is documented in FSEC Report PF-270-95
 and in a Solar Energy paper, vol. 71, No.5, 325-346 (2001)

 NOTE: These references describe v. 2.8 or earlier!!!
 See the User's Manual for details on the considerable
 changes that followed...

*****************************************************************

   Reference for this run: USSA_AOD=0.084_ASTM_G173

-----------------------------------------------------------------

* ATMOSPHERE : AW          AEROSOL TYPE: S&F_TROPO

* INPUTS:
     Pressure (mb) =  108.680   Ground Altitude (km) =   2.8000
     Height above ground (km) =  12.0000
     Relative Humidity (%) =  0.584   Precipitable Water (cm) =  0.0000
     Ozone (atm-cm) = 0.2556 or 255.6 Dobson Units
   AEROSOLS:  Optical Depth at 500 nm = 0.0046      Optical depth at 550 nm = 0.0041
       Angstrom's Beta = 0.0018       Schuepp's B = 0.0020
     Meteorological Range (km) =    0.0   Visibility (km) =    0.0
     Alpha1 = 1.0550  Alpha2 = 1.3680   Mean Angstrom's Alpha = 1.2115
     Season = FALL/WINTER

* TEMPERATURES:
     Instantaneous at site's altitude = 211.0 K
     Daily average (reference) at site's altitude = 211.0 K
     Stratospheric Ozone and NO2 (effective) = 209.5 K

** WARNING #7*********
\\ The aerosol type has been changed to "S&F_TROPO" because either the receiver's
height above ground
\\ is > 2 km or its elevation is > 6 km above sea level.

** WARNING #20*********
\\ Receiver is at more than 6 km above sea level, hence the aerosol optical depth
has been fixed to a default value, dependent only on altitude.
```

```
The following spectral variables will be output to file: smarts295.ext.txt

 * Global_tilted_irradiance
 * Beam_normal_+circumsolar
 * Difuse_horiz-circumsolar

   ZONAL  ALBEDO (constant and Lambertian) = 0.900

==================================================================================
================
==================================================================================
================

* SOLAR POSITION (deg.):
    Zenith Angle (apparent) = 89.146  Azimuth (from North) =  359.84

      RELATIVE OPTICAL MASSES:
  - Rayleigh = 27.678
  - Water Vapor = 41.224
  - Ozone = 13.553
  - NO2 = 13.071
  - Aerosols = 38.776

  Results below are for this specific day:
 Year = 1970   Month =  9  Day = 25   Hour (LST) = 12.000   Day of Year = 268
   In Universal Time:
   Day (UT) = 25   Hour (UT) = 11.874
   Julian Day =  2440855.000  Declination =  -0.794 deg.  Radius vector = 1.00276
Equation of Time (min) =   8.239
   Local Apparent Time (or Solar Time):  12.011

 CO2 Mixing Ratio (ppmv):  370.0

 Total column abundances (atm-cm) for all gases except H2O, and for normal/standard
conditions:

    BrO       CH2O        CH4       ClNO3         CO         CO2        HNO2        HNO3
       NH3

0.2500E-05 0.3000E-03 0.1939E+00 0.1200E-03 0.2538E-02 0.3951E+02 0.1000E-03
0.2846E-03 0.7554E-08
```

```
     NO         NO2        NO3         N2         N20         02         03         04
       SO2

0.1062E-03 0.1891E-03 0.5000E-04 0.1015E+05 0.2333E-01 0.2232E+05 0.2556E+00
0.2232E+05 0.5124E-05

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
*  *  *  *  *

** SPECTRUM:
   Total (0-100 µm) Extraterrestrial Irradiance used here = 1358.60 W/m2
  (i.e., 0.9945 times the selected solar constant, 1366.10 W/m2, due to the actual
Sun-Earth distance.)
   Source for selected solar spectrum: Gueymard_2003

Wavelength Range =  400.0 to  750.0 nm;  Number of Wavelengths =   351

*** BROADBAND IRRADIANCES (W/m2):

* DIRECT BEAM AT NORMAL INCIDENCE:
  Extraterrestrial =  598.26   Terrestrial =  273.32   Atmospheric Transmittance =
0.4569

* FOR THE HORIZONTAL PLANE:
  Direct Beam =    4.07   Diffuse =    4.34   Global =    8.42   Clearness index, KT
= 0.0062
  Diffuse irradiance origination details:
   Sky diffuse =    4.22   Back-scattered diffuse =   0.13
```

**Exhibit E-32(b)** (below) – Second SMARTS2.9.5 run representing the South Pole Weather Station in late Sept of mid 1990s (per **E-33** above) showing the stratosphere absorbing **25.2 W/m2** visible irradiance (58% reduction)

Key input: latitude = -90, longitude = 0, time = noon, time zone = plus 0.126, virtual sensor elevation = 12 km (base of stratosphere), atmosphere type = Arctic Winter, total column ozone = 300 DU (0.125 atm-cm), water vapor column = 0, turbidity = 0, wavelength range = 400-750 nm (visible).

Key output: SZA = 89.1 deg., ozone air mass = 13.6, extraterrestrial visible irradiance = 598 W/m2, global terrestrial visible irradiance entering the troposphere = 303.65, absorbed visible irradiance = 25.2 (from a third run with TCO at zero showing a value of 328.9 entering the troposphere (not reproduced)

```
*****************    SMARTS, version 2.9.5    *******************

 Simple Model of the Atmospheric Radiative Transfer of Sunshine
     Chris A. Gueymard, Solar Consulting Services
                    December 2005

   This model is documented in FSEC Report PF-270-95
 and in a Solar Energy paper, vol. 71, No.5, 325-346 (2001)

 NOTE: These references describe v. 2.8 or earlier!!!
 See the User's Manual for details on the considerable
 changes that followed...

****************************************************************

   Reference for this run: USSA_AOD=0.084_ASTM_G173

****************************************************************

* ATMOSPHERE : AW          AEROSOL TYPE: S&F_TROPO

* INPUTS:
     Pressure (mb) =  100.680   Ground Altitude (km) =   2.0000
     Height above ground (km) =  12.0000
     Relative Humidity (%) =  0.584   Precipitable Water (cm) =  0.0000
     Ozone (atm-cm) = 0.1065 or 106.5 Dobson Units
   AEROSOLS:  Optical Depth at 500 nm = 0.0046      Optical depth at 550 nm = 0.0041
       Angstrom's Beta = 0.0018       Schuepp's B = 0.0020
     Meteorological Range (km) =    0.0   Visibility (km) =    0.0
     Alpha1 = 1.0550  Alpha2 = 1.3680   Mean Angstrom's Alpha = 1.2115
     Season = FALL/WINTER

* TEMPERATURES:
     Instantaneous at site's altitude = 211.0 K
     Daily average (reference) at site's altitude = 211.0 K
     Stratospheric Ozone and NO2 (effective) = 209.5 K

** WARNING #3*********
\\ The ozone columnar amount, 0.1065 atm-cm, is outside the most probable limits of
0.2238 and 0.3398
\\ for this altitude. This may produce inconsistent results.
\\ Suggestion: double check the values of IALT and AbO3 on input Card 5a.

** WARNING #7*********
\\ The aerosol type has been changed to "S&F_TROPO" because either the receiver's
height above ground
\\ is > 2 km or its elevation is > 6 km above sea level.
```

```
** WARNING #20*********
\\ Receiver is at more than 6 km above sea level, hence the aerosol optical depth
has been fixed to a default value, dependent only on altitude.

The following spectral variables will be output to file: smarts295.ext.txt

 * Global_tilted_irradiance
 * Beam_normal_+circumsolar
 * Difuse_horiz-circumsolar

   ZONAL  ALBEDO (constant and Lambertian) = 0.900

=====================================================================================
================
=====================================================================================
================

* SOLAR POSITION (deg.):
    Zenith Angle (apparent) = 89.146  Azimuth (from North) =  359.84

      RELATIVE OPTICAL MASSES:
  - Rayleigh = 27.678
  - Water Vapor = 41.224
  - Ozone = 13.553
  - NO2 = 13.071
  - Aerosols = 38.776

  Results below are for this specific day:
 Year = 1970   Month =  9  Day = 25   Hour (LST) = 12.000   Day of Year = 268
   In Universal Time:
   Day (UT) = 25   Hour (UT) = 11.874
   Julian Day =  2440855.000  Declination =  -0.794 deg.  Radius vector = 1.00276
Equation of Time (min) =   8.239
   Local Apparent Time (or Solar Time):  12.011

 CO2 Mixing Ratio (ppmv):  370.0

 Total column abundances (atm-cm) for all gases except H2O, and for normal/standard
conditions:

    BrO       CH2O       CH4      ClNO3       CO        CO2       HNO2       HNO3
```

```
     NH3

0.2500E-05 0.3000E-03 0.1939E+00 0.1200E-03 0.2538E-02 0.3951E+02 0.1000E-03
0.2846E-03 0.7554E-08

    NO        NO2        NO3         N2        N2O         O2        O3         O4
     SO2

0.1062E-03 0.1891E-03 0.5000E-04 0.1015E+05 0.2333E-01 0.2232E+05 0.1065E+00
0.2232E+05 0.5124E-05

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * *

** SPECTRUM:
   Total (0-100 µm) Extraterrestrial Irradiance used here = 1358.60 W/m2
  (i.e., 0.9945 times the selected solar constant, 1366.10 W/m2, due to the actual
Sun-Earth distance.)
   Source for selected solar spectrum: Gueymard_2003

Wavelength Range =  400.0 to  750.0 nm;  Number of Wavelengths =   351

*** BROADBAND IRRADIANCES (W/m2):

* DIRECT BEAM AT NORMAL INCIDENCE:
  Extraterrestrial =  598.26   Terrestrial =  303.65   Atmospheric Transmittance =
0.5076

* FOR THE HORIZONTAL PLANE:
  Direct Beam =     4.53   Diffuse =    4.64   Global =    9.16   Clearness index, KT
= 0.0067
  Diffuse irradiance origination details:
   Sky diffuse =   4.50   Back-scattered diffuse =   0.13
```

## EXHIBIT F

**Factual evidence that as of 2004, federal executive branch agencies and employees within DOE, NASA, NOAA, DOD, NSF and Smithsonian Institution were aware that satellite datasets and the reference spectrum for incident sunlight entering the TOA would need to be fudged to endorse the GHGT of global warming via coupled GCMs**

**Exhibit F-1** (following) – The National Center for Atmospheric Research (NCAR) at the Univ of Colorado Boulder is a private contractor co-funded largely by DOE and the National Science Foundation (NSF) includes a climate modeling center endorsed by the IPPC and is heavily involved in the reprocessing of satellite data. Quoting from the following NCAR website link: Climate Data Records: Overview | Climate Data Guide (ucar.edu) *The NOAA program includes a "research to operations" initiative to transfer the development of routine and widely used data records from an individual PI's* [principal investigator's] *research group* [such as SORCE or LASP] *to an operational NOAA center. NASA also uses the broader term "Earth Science Data Records," (ESDR) which includes CDRs [from SORCE and CERES] and is described by NASA as "a unified and coherent set of observations of a particular parameter of the Earth system [solar flux], which is optimized [fudged] to meet specific requirement in addressing science questions. The European Space Station Agency (ESA) has also launched an initiative . . . .Many satellite records are being reprocessed [fudged] to correct for continuity problems arising from orbital drift, instrument degradation, replacing old satellites with new ones, changing algorithms, etc.*"

**Exhibit F-2** (following) – The 2004 National Research Council (NRC) interim report cited above by NCAR in explaining the need for reprocessing was created at the request of NOAA and is titled "*Climate data records from satellites, interim report*." Simply put it, authorized U.S. government employees responsible for generating the datasets to fudge the satellite datasets with input from NOAA, NCAR and DOE LLNL CMIP by creating "thematic" (fudged) climate data records (TCDRs) in addition to "fundamental" climate data records (FCDR) to avoid the need to fudge the coupled GCM algorithms and can be downloaded at the following link Climate Data Records from Environmental Satellites: Interim Report | The National Academies Press Quoting from page 13 of the introduction and page 45 of section 3: "*To generate the best possible plan for creating climate-quality data, NOAA asked the National Academies to assist in developing a plan for creating CDRs using satellites that monitor environmental conditions (see Box 1-2). The National Academies formed the Committee on Creating Climate Data Records from NOAA Operational Satellites and charged it with providing a comprehensive and practical evaluation of the NOAA CDR plan, including conclusions and recommendations. . . . . The second section presents elements related to the generation and stewardship of the fundamental CDRs (FCDRs) and the thematic CDRs (TCDRs). The final section discusses elements related to sustaining a CDR generation program.*"

## EXHIBIT G

**Factual evidence that as of 2012-17, senior level NASA staff were raising concerns and exploring the possibility that that the SORCE mission satellite dataset was being fudged with respect to the ratio of visible to near infrared in incident sunlight entering the top of the atmosphere leading to forming and funding the first NASA Solar Irradiance Science Team.**

**Exhibit G-1** (following) – **Rottman 2005** (LASP) **Quoting as to the importance of the NASA SORCE Mission** to the IPCC/DOE Coupled Model Intercomparison Project (CMIP 3, 5, 6). "*The Solar Radiation and Climate Experiment (SORCE) satellite carries four scientific instruments that measure the solar radiation at the top of the Earth's atmosphere. The mission is an important flight component of NASA's Earth Observing System (EOS), which in turn is the major observational and scientific element of the U.S. Global Change Research Program* **[and the IPCC/DOE CMIP]**. *The scientific objectives of SORCE are to make daily measurements of the total solar irradiance and of spectral solar irradiance from 120 to 2000 nm with additional measurements of the energetic X-rays. Solar radiation provides the dominant energy source for the Earth system and detailed understanding of its variation is essential for atmospheric and climate studies. SORCE was launched on January 25, 2003 and has an expected lifetime through the next solar minimum in about 2007.*" **Ref**: **Rottman 2005 (LASP)**: "*The SORCE Mission*," *Solar Physics*, 230 (20050: Link: https://link.springer.com/chapter/10.1007/0-387-37625-9_2

**Exhibit G-2** (following)– **Freilich et al, 2013 confidential NASA GSFC records of internal meetings in connection with the SORCE program**. This is an internal report that Kelleher happened upon that reveals that by 2012 NASA GSFC senior staff were aware of potentially disastrous problems with the SORCE satellite mission launched in Jan 2003 with the intent of providing high-quality solar irradiance data for use in climate models. Serious concerns had been raised that the output of the spectral irradiance monitor (SIM) built and maintained under contract with the University of Colorado Boulder Laboratory for Atmospheric and Space Physics (LASP) was potentially incorrectly adjusted by LASP personnel in accounting for assumed instrument drift. Link: 2013-NASA-ESSR-FINAL.pdf **Quoting in full the introduction from Freilich et al., 2013** "*The 2013 [NASA Earth Science] Senior Review evaluated 13 NASA satellite missions in extended operations: ACRIMSAT, Aqua, Aura, CALIPSO, CloudSat, EO-1, GRACE, Jason-1, OSTM, QuikSCAT, SORCE, Terra, and TRMM. The Senior Review was tasked with reviewing proposals submitted by each mission team for extended operations and funding for FY14-FY15, and FY16-FY17. The review considered the scientific value, national interest, technical performance, and proposed cost of extending each mission in relation to NASA Earth Science strategic plans. The Science Panel evaluated science in terms of merit, relevance, and product maturity. Subpanels were convened to provide in-depth evaluations of the national interest, technical performance, and costs of extending each mission. The Senior Review's overall findings were categorized as: Baseline, Reduce, or Close-out; specific recommendations and justifications were*

*provided for cases of augmentation or reduction.*" **Quoting now from page 12 in connection with the SORCE mission** (emphasis added). "*Recent efforts looking at the discrepancies among different TSI instruments have resolved the discrepancies bringing other TSI records in line with SORCE/TIM. . . . Furthermore, discrepancies also exist between the SSI measurements of SORCE and results from other observational and modeling studies. In order to ensure the quality of SORCE SSI results, the panel recommends an independent review of the SSI methods and results*. **Quoting now from page 81 in connection with the findings of the independent SORCE-Mission review**: . "*The SORCE Team has implemented a series of SSI calibration workshops to examine issues such as the irradiance differences observed by SORCE compared to other instruments and models. These workshops have provided a forum for discussion but have not yet led to significant action. In order to address this important calibration-issue, it is recommended that NASA ESD establish and fund an independent SSI Working Group specifically to address the discrepancies described above* ***and to validate the SORCE/SIM & SOLSTICE degradation correction*** *and other aspects of the SORCE SSI calibration as needed. This group should be made up of experts in both laboratory and space-based calibration as well as members of the SORCE Team including the instrument leads* **[meaning LASP]** *for SOLSTICE, SORCE/SIM, and TSIS/SIM.* **Ref**: **Freilich et al., (NASA Earth Science) 2013**: "*NASA Earth Science Review*" (2013) (internal report/unpublished).

**Exhibit G-3** (above) – **Fig 5 (above) from Coddington et al., 2016** – Recreating the caption near verbatim (**emphasis added**) – "*Comparison of NRLSSI2 variations (green) with associated uncertainties (gray shading) in the NRLSSI-v2 model variability and SORCE SSI (SOLSTICE v13 and SIM v21 . . . measurements (purple) on solar rotational modulation time scales for the period from July 2003 to 2005. The SORCE measurements shown are not detrended* [**they are fudged using a degradation algorithm**]. *The spectral irradiances are binned into four broad wavelength bands from the ultraviolet to the near-infrared. The NRLSSI2 uncertainties in (a)–(d) do not include uncertainty on the SSI absolute scale (see text). SORCE data are scaled for improved visualization and the scaling factor varies with the spectral range; the scaling factor was arbitrarily selected so that measured and modeled irradiance are equivalent in early 2004. The legend denotes the contributions to the measured spectral range by the SOLSTICE and/or SIM instruments and the value of the scaling factor applied.*" **Ref**: **Coddington et al., 2016**, "*A Solar Irradiance Climate Data Record,*" *Bulletin of the American Meteorological Society*, 97(7) (2016). Link: A Solar Irradiance Climate Data Record in: Bulletin of the American Meteorological Society Volume 97 Issue 7 (2016) (ametsoc.org)

**Explanation** – Here we see evidence of collusion between certain staff at LASP and the U.S. Navy Research Center (NRC) and possibly the SIST in creating corrupt reference spectra for incident sunlight. From the contents of the **Coddington et al., 2016** paper itself which came in the aftermath of multiple workshops attended by the authors, it is clear that LASP and NRL personnel remained convinced that the NRLSSI versions 1 and 2 reference spectra for incident sunlight were sufficiently validated as of 2016 when in fact they were not even close to being correct. From **Coddington et al., 2016** fig 5, it is clear that LASP/Coddington was calibrating the SORCE SIM output for assumed instrument drift to match the NRLSSI v1/v2 reference spectra. The plots are precisely tracking. According to *SNS – SORCE News Source, Solar Radiation and Climate Experiment Monthly Newsletter*, Jan-Feb-2016, this work was done under contract with and in cooperation with the NASA SIST-1 in the aftermath of a summer meeting between LASP and SIST. **Quoting from page 1 of the newsletter**: *The datasets will be used as input on global models to investigate solar variations and their impact on Earth climate and atmospheric composition. In 2015, NASA awarded five of the seven SIST proposals to SORCE scientists.*" I take this to mean that five of the seven initial SIST-1 teammates were from LASP and two were from the NRL or NASA employees.

**Exhibit G-4** (above) – **Fig 7 (above) from Coddington et al., 2016** compares the output of NRLSSI-v1 and NRLSSI-v2 – Recreating the caption near verbatim (**emphasis added**) – *"(a) Comparison of NRLSSI2 (pink) and NRLSSI (black) SSI changes (maximum/minimum − 1) during solar cycle 24 (%). Dotted segments indicate negative values. Gray regions denote the uncertainty in the NRLSSI2 model variability (restricted to positive values). (b) As in (a), but the solar cycle irradiance changes (maximum − minimum) are shown in energy units. (c),(d) A subset (200–600 nm) of the SSI change over the solar cycle (%) shown in (a) and integrated over three broad wavelength bins. (e),(f) As in (c),(d), but for energy units. In all plots, solar minimum conditions are defined as 28 Nov–23 Dec 2008 and (near) solar maximum conditions are defined as 11–22 Jan 2013."*

**Explanation** – As can be seen from the collective plots, presumably based on joint SIST/LASP recommendations, NRL increased the transmittance in the UV-A/B at 300-400, decreased the transmittance in the visible at 400-700 primarily at about 5 nm, and increased the transmittance in the near infrared at 700-900 nm. The minor extent of the changes shows the vast majority of the calibration error was in the earlier versions of NRLSSI.

**Exhibit G-5** (following) – **Quoting from Covington and Lean, 2017** (emphasis added) in confirming the brazen collusion between certain LASP and NRL staff in creating and promoting non-ASTM-certified/unproven NRL reference spectra for incident sunlight and correlating extensively fudged SORCE data for use in coupled GCMs via the DOE/IPCC CMIP and NOAA Climate Data Record Program. *"The NRLSSI model was constructed for wavelengths less than 400 nm from a linear association of spectral irradiance variations observed by the Solar Stellar Irradiance Comparison Experiment (SOLSTICE, Rottman, 2000), relative to a reference spectrum (the average SOLSTICE spectrum during the UARS time period), with corresponding changes in facular brightening and sunspot darkening, also relative to their respective reference values (Lean et al., 1997). Lacking observations of solar spectral irradiance variability at wavelengths longer than ~400 nm, NRLSSI's spectral irradiance variations in the visible and infrared spectral regions were determined from the wavelength-dependence of the sunspot and facular contributions, according to their respective theoretical contrasts (ratio of emission to the background quiet solar atmosphere) determined in a theoretical solar atmosphere model (Unruh et al., 2000)*. **[note the repeated use of term "theoretical" and that the NASA SIST ultimately proved the theory was invalid in Jing et al., 2021]**. *For the quiet irradiance spectrum, a composite was compiled on a 1 nm grid from space-based observations made by SOLSTICE on UARS (from 120 to 401 nm) and SOLSPEC on the ATLAS shuttle mission (from 401 to 874 nm, Thuillier et al., 1998), and a theoretical spectrum at longer wavelengths (Kurucz, 1991). The agreement among these three spectra in their regions of overlap is better than 2%, which is well within their absolute measurement uncertainties (Thuillier et al., 1998).* **[see Exhibit H-2 (Jing et al., 2021)** in which NASA SIST proved the LASP, Thuilier and Kurucz spectra invalid] *The initially-compiled composite spectrum was multiplied by 0.99 at all wavelengths to make its integral equal the independently measured total irradiance of the quiet sun, whose most likely value at that time was considered to be 1365.5 Wm-2.*" Note that ASTM has determined that the quiet and active sun are both at 1,361 W/m2 with no significant difference in the ratio of visible and near infrared. **Ref**: **Coddington and Lean (NASA/NRL), 2015**: "*Climate Data Record Program: Climate Algorithm Theoretical Basis Document*" (C-ATBD," CDRP-ATBD-0612 (2017). Link: AlgorithmDescription_01B-33.pdf (noaa.gov)

# EXHIBIT H

## Factual evidence that the coupled general circulation models (GCMs) endorsed by the EPA and IPCC, etc., were found by SIST2 to be brazenly corruptly calibrated

**Exhibit H-1** (following) – **Quoting from the introduction of Kopp and Shapiro, 2018** to emphasize the seriousness of the concerns with the SORCE algorithm. "*The Commission E1* **[of the International Astronomical Union, Paris, France]** *"Solar Irradiance" working group was created following a Joint Commission Meeting at the IAU General Assembly in Honolulu in 2015. That GA XXIX meeting included a focus meeting titled "Brightness Variations of the Sun and Sun-Like Stars" with the resulting publication in Krivova, Kopp, Shapiro, and Unruh (JSWSP 2017). From that FM13, it was apparent that while the total solar irradiance (TSI) variability on multiple-day and 11-year timescales is relatively well constrained, there were several issues, particularly regarding the newer spectral solar irradiance (SSI) measurements, that our WG-SI could address . . . The WG brought together experts representing all these diverse fields. The results will be summarized at focus meeting 9, Solar Irradiance: Physics based advances, at the upcoming IAU GA XXX in Vienna, Austria, in 2018.*" **Quoting now from section 2 to confirm academic knowledge and silent approval of SORCE data fudging**. *Refinements to the instrument-measurement record, particularly those from the SORCE mission's SSI instruments, have reduced the magnitude of some of the previously-suspect trends in solar irradiances over the last few years. Initial SSI results from the spectral irradiance monitor (SIM) on this mission, suggested an out-of-phase behavior of the visible and NIR-wavelength irradiances with the solar cycle as well as more extreme solar variability at UV wavelengths than other instruments and models measured. More recent SIM measurements during Solar Cycle 24, however, are not so extreme in the UV 1 2 DIVISION IX/COMMISSION E1/ WORKING GROUP and follow this recent solar-cycle phase better in the visible, likely due to better corrections for instrument degradation during this later era. These newer data and improved instrument corrections help address Item #1 above.*" **Ref**: **Kopp and Shapiro (AIU, Paris France), 2018**: "*Triennial Report on Astronomy 2015-2018,*" *Transactions IAU*, Vol XXXA, Piero Benvenuti, ed. (2018). Link: commission-c4-triennial-report-2015-2018.pdf (iau.org)

**Explanation** – To clarify the key point, despite strenuous efforts by LASP/SIST-1 (2015-18) and NRC personnel among others to defend the calibration technique, the severe miscalibration of both the SORCE data and NRLSSI v1/v2 reference spectra for incident sunlight was ultimately 100% confirmed in **Jing et al., 2021.** This is the last of five papers authored by the second NASA GSFC Environmental Program Solar Irradiance Science Team (SIST-2) from Dec 2019 through May 2021. The SIST-2 that authored the above 2021 paper had three scientists from the University of Michigan Department of Space Sciences and Engineering (DSSE) including the lead author, three from LASP and the NASA GSFC scientist in charge of the SORCE mission. Jing is aptly considered a whistle blower.

The severe miscalibration was ultimately confirmed by SIST-2 as follows. In late

2017 NASA placed a replacement brand new very high-resolution SIM aboard the International Space Station to collect a years' worth of comparative data and then ended the SORCE mission in 2020. The comparison of old and new SIM data confirmed very severe errors in adjusting the original instrument measurements for assumed instrument degradation. The fact that the miscalibration supported the omission of **Chappuis band absorption** coefficients in coupled GCMs gives the appearance of corrupt intent.

**Exhibit H-2** (following) – **Woods and Considine., 2022** regarding the objective of the SIST-2 program. Quoting from the abstract: "*The purpose for the SIST-2 program (2018-21) is limited to the accurate specification of the incoming solar irradiance into the Earth system considering the 44-year satellite data record as well as proxies to which the satellite record can be tied.*" ***Ref*: *Woods and Considine, (LASP), 2022*:** *"Overview of NASA's Solar Irradiance Science Team#2 (SIST2) program," Geophysical Research Letters*, 2022 preprint e2022GL101831 (not yet published). Link: Overview of NASA's Solar Irradiance Science Team #2 (SIST-2) Program (authorea.com)

**Explanation** – Note that contrary to PL-104-113 12(d) SIST has assumed the role of ASTM at NASA's whim and that LASP is policing itself.

**Exhibit H-3** (above) – **Fig 1a and 1b from Jing et al, 2021**. Recreating the caption verbatim – "*The solar spectral irradiance (SSI) integrated over each RRTMG_SW band, which is based on the SSI dataset used by the CESM2 as well as other climate models. More details can be found in text. (b) The difference between TSIS-1 SSI and the SSI used by the CESM2 for each RRTMG_SW band. The difference before the adjustment is shown in black and only available for 0.2–2.4 mm (the actual TSIS-1 SSI spectral coverage). The difference after adjustment is shown in red for*

*all the bands used by RRTMG_SW.*" **Ref**: **Jing et al.,(NASA SIST) 2021**: "*Direct influence of solar spectral irradiance on high-latitude surface climate,*" *AMS Journal of Climate*, 34(10) (2021).

**Explanation** –Here we see that to allow the coupled GCMs to omit **Chappuis band absorption coefficients** and concoct evidence of a GHGT feedback effect from the ozone-depleted lower stratosphere, the model's reference spectrum for incident sunlight was under predicting **Chappuis band absorption** by a whopping 5 W/m2 and over-estimating near-infrared irradiance by a whopping 10 W/m2. These are classic examples of the use of fudge factors.

Jing et al., 2021

**Exhibit H-4** (above) – **Fig 6 from Jing et al., 2021.** Recreating the caption verbatim – "*The differences in sea ice fraction climatology over the Arctic between the TSIS-1 and CESM2 simulations. The hatched areas are statistically significant at the 5% significance level. (b) As in (a), but for the Antarctic. (c) (d) As in (a) and (b), but for surface temperature (K).*' **Ref: Jing et al., 2021**:

"*Direct influence of solar spectral irradiance on high latitude surface climate*," *AMS Journal of Climate*, 34 (10), 4145-4158 (2021). Link: Direct Influence of Solar Spectral Irradiance on the High-Latitude Surface Climate in: Journal of Climate Volume 34 Issue 10 (2021) (ametsoc.org)

**Explanation** – **Jing et al., 2021** fig 6 above shows that when the existing corrupted GCMs endorsed by the IPCC/EPA in the 5th and 6th assessment reports are recalibrated to accurately reflect the spectral signature of incident shortwave radiation entering the top of the atmosphere based on accurately measured values rather than trumped-up assumed conditions for instrument degradation, the GCMs are predicting amplified polar cooling instead of amplified polar warming. Note that the ice sheets are advancing rather than retreating and the near-surface temperatures are falling rather than rising. The figure shows the Earth heading into an ice age! These catastrophic findings are completely ignored in the **IPCC 6th Assessment Report, Aug 2021** fully endorsed by the EPA. Clearly, these investigations show that all the EPA/IPCC endorsed coupled GCM runs dating back to the 1980s are 100% invalid pursuant to the garbage-in-garbage-out adage.

Note that the modeled decreases in temperature extend well beyond the polar zones in certain regions.



**Exhibit H-5** (above) – **Jing et al., 2021 Fig 7**. Recreating the caption verbatim – "*The difference in zonal-mean atmospheric temperature climatology between the TSIS-1 and CESM2 simulations. The hatched areas are statistically significant at the 5% significance level.*" **Ref: Jing et al., 2021**: "*Direct influence of solar spectral irradiance on high latitude surface climate*," *AMS Journal of Climate*, 34 (10), 4145-4158 (2021).

**Explanation** – Considering the fact that EPA Climate Change indicators website Fig 2 shows a net gain of just 1.6 deg C in global near surface temperature in four decades since 1979, (0.4/decade) the decrease ranging from minus 0.2 to minus 0.5 per decade shown in **Jing et al., 2021** fig 7 extending from 30-90 deg S throughout the troposphere is extraordinary since they also washed out the modeled increases. So are the increases extending throughout the breadth of the polar lower stratosphere which are averaging about plus 0.25 deg per decade over the inner Antarctic and about plus 0.35 per decade over the Arctic and Subarctic. Clearly, the coupled GCMs are grossly and fatally flawed.

The results of the **Jing et al., 2021** validation-attempt reruns using the correct (ASTM-equivalent) reference spectra confirm that global warming trends commencing in 1972 could only have come from increases in **Chappuis band visible irradiance** entering the Oceans and not from increases in downwelling near infrared or dowelling thermal infrared. The runs confirm that compared to visible, near infrared irradiance scarcely enters the Ocean and primarily heats the lower atmosphere including the Ocean's thermal skin. The runs confirm the theoretical 340+ W/m2 downwelling longwave plays no role/does not exit. The runs also confirm that it is ozone's absorption of shortwave radiation and spectral window mid infrared that heats and controls the temperature of the lower stratosphere rather than the rising $CO_2$.

## Coddington et al., 2021

**Exhibit H-6** (above) – **Fig 1 from Coddington et al, 2021**. Recreating the caption verbatim – "*Percent relative difference between the ATLAS-3, SOLAR-ISS (v2) and LASP WHI solar reference spectra from TSIS-1 SIM (see text). All datasets have been convoluted to the TSIS-1 SIM spectral resolution prior to computing the differences as (Reference TSIS-1 SIM/ TSIS-1 SIM x 100.*" **Ref**: **Coddington et al., 2021**, "*The TSIS-1 reference spectrum*," *Geophysical Research Letters*, 48(12) (2021). Link: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8244077/

**Explanation** – As explained in the paper, the hybrid reference spectrum incorporates the new SIM data generated in 2018 as well as **(1)** three additional databases covering the UV range; and **(2)** the Kitt Peak Solar Transmittance Atlas covering 296-1300 nm (UVA, visible and high-intensity near-infrared). This is the same problematic reference spectrum incorporated by NCAR in the CESM and in ASTM E-490-00. It is presumably for this reason, that **Coddington et al., 2021** fig 1 compares just the new SIM data to the three other problematic reference spectra still in common use in climate models.

Supplement proof that the NASA Solar Irradiance Science Team # 2 (SIST-2) in Jan 2021 produced evidence that the entire SORCE dataset and all coupled GCM runs endorsed by the

IPCC and EPA were/are invalid and defunct due to the deliberate miscalibration of the ratio to near infrared in incident sunlight.

**Exhibit H-7** (above)**- Fig 6 from from Harding et al., 2022 (SIST-2)**. The plots cover the initial two-year period of TSIS-measurments Mar 2018 to Apr 2020 which was distingusihed by very low solar activity ending solar cycle 24 and starting solar cycle 25 which began in Dec 2019. Recreating the caption verbatim: "*Panel (a) shows the fractional difference of Solar Radiation and Climate Experiment Spectral Irradiance Monitor (SIM) V27 relative to Total and Spectral Irradiance Sensor V06 SIM. Panel (b) gives the standard deviation and standard error on the mean on the ratio*." **Ref**: Harding et al., 2021 (SIST-2): "SORCE and TSIS-1 comparison: absolute irradiance scale reconciliation," *Earth and Space Science*, 9(3), 2022 Link: SORCE and TSIS-1 SIM Comparison: Absolute Irradiance Scale Reconciliation - Harder - 2022 - Earth and Space Science - Wiley Online Library

**Explanation** – The reference to "V27" in the caption is erroneous. The top panel (a) plots in log fashion wavelength on the x scale and TSIS-1-temperature corrected measurements as a straight line starting and ending at 0 fractional difference on the y scale vs SORCI temperature-corrected measurements which in both cases are otherwise raw data. The plot shows: **(1)** near identical measurements across most of the visible range with a slight dip low for SIST-1 between 6 and 7.5 micron averaging about 1% and **(2)** a linear "systematic disagreement" for near-infrared irradiance spanning 0.8 to 2.4 microns with the TSIS-1 readings lower by an average of

3.5% within the linear range of 0 to 7% which is highly suggestive of a built-in fudge factor (multiplier). The comparative data were used to create a finalized SORCE dataset algorithm called V-27 that was used to update the entire SORCE dataset

**Exhibit H-8** (above) – **7th illustration from Huang et al., 2022 (unpublished)**. Recreating the captions verbatim – **Left** – "*CO2 Radiative forcing: 1.66 Wm-2.*" **Right** – "*Minus 15 Wm-2 difference, i.e., -3.75 Wm-2 difference in TOA forcing (Vis – NIR).*" **Ref**: **Huang et al, (CSSE and LASP) 2022**: "*LASP Sun-Climate Symposium*" (handout) Link: S2 13 Huang TSIS LWS 2022 Madison.pptx (colorado.edu)

**Explanation** – The minus 15 W/m2 surface irradiance subtracting SIST-2 from the CMIP6 mean has to be divided by 4 yielding 3.75 W/m2 to convert to top of atmosphere forcing which CMIP6 has at 1.66. Since 1.66 attributed to GHG emissions is a positive heating value, the total difference is minus 5.4 which is huge. Of the utmost significance, the three researchers from the University of Michigan Department of Climate and Space Science and Engineering (CSSE) took the trouble to update the findings presented in **Jing et al., 2021** for presentation at the LASP *2022 "Sun-Climate Symposium"* which was held at the Michigan campus. This time they compared the SORCE-replacement TSIS-1 SIM data to the default average output from what was presented to the world in the IPCC report titled

Climate 2021 which is currently enthusiastically endorsed by the Biden Administrations' EPA, DOE, NASA, NOAA, DOC USGCRP, etc., namely the severely compromised CMIP6 runs.

Toward this end they repeated the 20-year run from 2000-2019 for the slab-ocean coupling scenario to get the decadal change and did a 50-year run commencing 1970 for the fully coupled model using the last 20 years to calculate the decadal change. The results of the slab-ocean coupled runs duplicated the output for the flagship NCAR CESM-2 indicating it is the CMIP6 default. The results for the 50-year runs for fully coupled conditions showed more cooling at both polar/subpolar zones, particularly above the Southern Ocean at about 1.5%.

**Exhibit H-9** (above) – **The eighth illustration from the LASP 2022 Sun-Climate Symposium**. The bar chart compares differences in spectral irradiance in W/m2 modeled with CMIP6 default with TSIS-1 measurments,

**Explanation** – The wavelength bins on the horizontal scale are those in use by the Naval Research Lab for their models and reference spectra. Note that SIST-1 is reading higher by 5 W/m2 within the Chappuis band width (0.44-0.63 micron) and a total of about 10 W/m2 lower in the near infrared (0.78-2.4 microns). The difference between the visible and near infrared remains 15.25 W/m2 (15%) as shown in the seventh illustration which equates to an annual average solar forcing of 3.8 W/m2 at the top of the atmosphere as noted to the right of the chart. The plot confirms that the NCAR CESM2 was used for the default output for the CMIP6 runs confirming the use of the Kurucz 1995 reference spectrum for incident sunlight covering the visible and near-infrared portion of the spectrum.



Huang et al., 2022 LASP Sun-Climate Symposium
(c)
(d)
Jing et al., 2021
Slab ocean run
(10-year mean difference)
Fully coupled run
(30-year mean difference)

1. Ocean dynamics, especially for the Southern Ocean
2. Time of average/high-latitude variability
3. Difference in CESM 2.1.1 vs. 2.1.3

MICHIGAN

**Exhibit H-10** (above) – **Tenth illustration from the LASP Sun-Climate Symposium**. The plots compare the results of the initial ten-year runs to the 30-year runs by showing decadal changes in near surface temperature and sea-ice extent.

**Explanation** – For change in temperature, the left side top panel shows massive projected global cooling for the slab/ocean ten-year runs with the maximum rate in the Antarctic at minus 0.7 deg K per decade decreasing to about minus 0.2 deg K per decade at 40 deg S to 40 deg N and averaging about 0.3 deg K per decade in the Arctic amid fluctuations ranging from minus 0.9 to plus 0.1. The left side bottom panel shows a near mirror image 50/50 mix of alternate warming and cooling. There is no significant difference between the means for CMIP6 and TSIS-1 runs but there is massive variation around the mean in the polar zones. According to note 3 and by reference to figure 1 in **Jing et al., 2021**, CESM-2 was substantially revised for both sets of runs to minimize cooling and sea ice loss in the absense of Chappuis band absorption coefficients.

For change in fractional sea-ice coverage the-top right side shows for the slab/ocean ten-year run sea-ice gain off the coast of Antarctica from 55 deg S to 80 deg S peaking at 3% per decade and peaking at 2% per decade over the mid Arctic and at about 0.5% per decade over the high Arctic and also at points N of 50 deg to 65 deg N. The bottom right pane shows mirror-image sea ice advance and loss canceling out for the 30-year fully coupled Antartic runs with opposing peaks at 1.5% per decade and with little change for the Arctic comparing the 10 year runs to the 30. According to note 3 and by reference to figure 1 in **Jing et al., 2021**, CESM-2 was substantially revised for both sets of runs to minimize cooling and sea ice loss in the absense of

Chappuis band absorption coefficients.

This illustration and the prior two confirm massive miscalibration of CMIP3/5/6 coupled GCMs and all predessors. Significantly, with respect to the 10th illusration there is no amplified arctic warming; there is cooling. The sea ice is alternately advancing and retreating; in both hemispheres rather than retreating exclusively in the Arctic. The GCM-runs presented in CMIP5 and CMIP6 are invalid/defunct.

Huang et al., 2022

Conclusions

- A discrepancies between CMIP6 and TSIS-1 SSI in the visible and near-IR: as large as ~ 4 $Wm^{-2}$ in the TOA forcing
- Even with the identical TSI, SSI partition between the visible and near-IR matters for the climate simulation
  - Disparity between visible and near-IR absorption by high-latitude surface
  - Also the atmospheric near-IR absorption(?)
- Spectral TOA forcing matters, not just the broadband TOA forcing
  - Ice spectral albedo feedback
- Next step: how does the time-varying SSI affect the simulated climate via this bottom-up mechanism?

**Exhibit H-11** (above) – **Reproduced conclusions from** **Huang et al., 2022**.

**Explanation** – Note that Kelleher has the disparity in the TOA forcing based on fig 3 at minus 5.4 W/m2 and about 20 W/m2 at the Ocean/sea-ice surface. Subtracting a negative number from a positive is accomplished by adding the two numbers. Regardless, this direct comparison is showing a huge disparity between measured/validated incident spectral irradiance and modeled by CMIP6. This discrepancy definitively invalidates all IPCC/EPA-endorsed GCMs based on the garbage-in-garbage-out adage. None of the runs include **Chappuis band absorption** coefficients. The energy value of visible irradiance reaching and heating the ocean surface in polar zones was grossly underestimated especially for the Southern Ocean. The amount of near infrared reaching and heating the lower atmosphere at all latitudes was grossly overestimated. The coupled GCM are hopelessly corrupt but, nevertheless, recklessly remain in use by EPA DOE, IPCC, etc.



**Exhibit H-12** (above) – **Fig 2 from Gueymard, 2019 providing further evidence that the reference spectra used in the coupled GCM's were incorrectly calibrated**. Recreating the caption verbatim – "*Percent difference above 0.4 pm between nine extraterrestrial spectra (ET0-ET8 in Table 1) and the new default in SMARTS version 2.9.8 (ET9) (top panel). Colors indicate the three spectra showing the largest difference with ET9. The middle panel is similar, but for the UV and showing only the three spectra identified in the top panel, taking into account that ChKur and CebChKur are identical above 0.4 pm. Bottom panel: Percent difference of ETO and ET1 relative to ET9 between 0.35 and 2.05 pm. The yellow shade indicates a maximum difference of ± 2%. (For interpretation of the references to color in this figure legend, the reader is referred to the web version of this article.*" **Ref**: **Gueymard (NREL) 2019**: "*The SMARTS spectral irradiance model after 25 years: new developments and validation of reference spectra," Solar Energy, 187, 233-253*

*(2019)*. Link: The SMARTS spectral irradiance model after 25 years: New developments and validation of reference spectra - ScienceDirect

**Explanation** – ASTM E490 2000 is the same reference spectrum proven to be invalid in the NCAR CESM1 meaning NASA in 2000 was trying to trick ASTM into endorsing it via its SOLAR2000 team. . Fig 2 in **Gueymard 2019** reveals NREL/ASTM originally adopted ASTM E490-00 with only slight revisions under the name Gueymard 2002 when SMARTS2.9.2 and ASTM G173 were adopted in 2003. By the time the Gueymard 2004 reference spectrum was published, however, NREL and ASTM subcommittee E21:04 had rejected ASTM E490-00 as invalid following careful review. **Quoting the final sentence in the Gueymard 2018** abstract (emphasis added): "*Based on the present findings, a revision of the outdated ASTM E490 standard extraterrestrial spectrum is recommended*." **Ref**: **Gueymard 2018**: "*Revised composite extraterrestrial spectrum based on recent solar irradiance observations,*" *Solar Energy*, 169 (2018). Link: Revised composite extraterrestrial spectrum based on recent solar irradiance observations - ScienceDirect

ASTM appears to have followed these recommendations when the standard was revised and reissued by subcommittee E21:04 in May 2022. The bottom panel in **Gueymard 2019** fig 2 includes three plots comparing the NREL's most-up-to-date spectrum (Gueymard 2018) against the two earlier versions Gueymard 2002 and Gueymard 2004. Gueymard 2018 was derived in part from data generated from NASA's UARS/SOLSTICE (120-450 nm) and SORCE/SIMS (120-1600 nm) satellite missions shortly after they were launched in 2002. The top panel compares ten other reference spectra including ASTM E490-00 (in red) and Wehrli/WMO 1985 (in grey) among nine that are available for optional use in MODTRAN. Wehrli/WMO 1985 was used in all ASTM G173-03 precursors dating back to 1982, commencing with ASTM E891-82. Wehrli/WMO 1985 compares favorably with **Gueymard 2018** in the visible and near-infrared. Consistent with the SIST findings, the top panel shows severe calibration errors for ASTM E490-00 and the Thuillier 2004 reference spectra.

Between ASTM and SIST research at least the following reference spectra were found to be corrupted in a manner that allowed for omission of **Chappuis band adsorption coefficients** in EPA-and-IPCC- endorsed climate models. **(1-2)** NRLSSI versions 1 and 2; **(3)** SAO1995 a.k.a. Kurucz 2015; **(4)** LASP

WHI aka Woods et al., 2009; **(5)** SAO2010 a.k.a. Chance and Kurucz 2010; **(6)** Thuillier 2004; **(7)** ASTM E490-00 a.k.a. Gueymard 2002, HAO1995 and Kurucz 1995. The official V25-data product for the SORCE mission commencing in May 2003 was also found to be invalid/corrupt.

## EXHIBIT I

**Factual basis that under GS-Max conditions nitrous oxide (N2O) that rises up into the stratosphere plays no significant role in decreases in stratospheric ozone except in the tropics and that HOx is the key actor in the lower stratosphere rather than NOx or ODS. Example illustrations and explanations.**

Zheng et al., 2020

**Exhibit I-1** (above) – **Fig 2 from Zheng et al., 2020**. Recreating the caption verbatim – "*An example of EMI NO2 retrieval on January 1, 2019. The total SCDs (S), stratospheric VCDs*

*(Vstrat) and tropospheric VCDs (Vtrop) retrieval of NO2 are shown in a, b, and c respectively. Note that satellite ground pixels affected by clouds are indicated in white.*" **Ref: Zhang (China) et al., 2020**: *"First observation of tropospheric nitrogen dioxide from the environmental trace gases monitoring instrument aboard the GaoFen-5 satellite," Light Science and Applications*, 9 (66) (2020). Link: AMT - First high-resolution tropospheric NO2 observations from the Ultraviolet Visible Hyperspectral Imaging Spectrometer (UVHIS) (copernicus.org)

**Explanation** – Fig 2c is omitted because it was considered duplicative in showing the same severe NO2 air pollution in China, Russian Siberia and Vancouver given that these polluted areas are also shown in Fig 2a which shows combined stratosphere and troposphere NO2. The three orange areas are from tropospheric air pollution. Fig 2a and 2b shows that on Jan 1, 2019 (Antarctic midsummer) in the midst of sustained GS-Max atmospheric conditions and consistent with convective air movement within the Polar and Ferrel cells, all stratospheric NO2 south of 30 deg south as measured using a spectrometer carried aboard a recently launched Chinese satellite was emanating from the southern polar region. Fig 2b shows that in the dead of NH winter there is some light dispersion from the tropics into the mid latitudes to about 50 deg north via the Hadley cell with the same presumably happening in the dead of SH winter.

Beyond what is shown in the illustration, it is inconceivable that N2O rising up from the troposphere into the lower stratosphere in the tropics or anywhere else ever sees any UV-C radiation which is just a miniscule percentage of incident sunlight and intensely absorbed by upper stratospheric and mesospheric ozone and molecular oxygen.

**Exhibit I-2 – Fig 10-53 from WMO Ozone Assessment Report, 1985. Quoting the**

**caption near verbatim** – *"Diurnally and annually averaged NO production rate via the reaction O('D) with N2O, using the N2O distributions from SAMS data and the ozone distribution from Duetsch (1978).* [reproduced from Crutzen and Schmailzl, 1983]." Link: chapter10.pdf (noaa.gov)

**Explanation** – Fig 10.53 from the first **WMO Ozone Assessment Report, 1985**, Vol 2, Chapter 10 shows annual average stratospheric NO production from atomic oxygen taking into account the combined effects of Hadley, Ferrel and Polar convective air flows. The figure is clearly showing that the NO is formed from the reaction of N2O and O($^1$D) only in the tropical mid stratosphere primarily during the summer and is dispersing into higher latitudes only in the winter when stratospheric ozone level are at peak levels and NO2 and NOx are at minimum levels (see **Exhibit I-1/( Zheng et al., 2020**). The dispersion does not reach the lower stratosphere in the polar zones.

**Exhibit I-3** (above) – **Fig 12 from Park et al., 2004**. Recreating the caption verbatim – *"Spatial structure of HALOE sunset climatology for (a and c) NO and (b and d) NO2, for statistics in January (top) and July (bottom). Contour interval is 0.06 ppmv."* **Ref**: **Park (Seoul Korea) et al.,**

**2004**: "*Seasonal variation of methane, water vapor and nitrogen oxides near the tropopause: satellite observations and model simulations*," *Journal of Geophysical Research*, 109, DO3302 (2004). Link: Seasonal variation of methane, water vapor, and nitrogen oxides near the tropopause: Satellite observations and model simulations - Park - 2004 - Journal of Geophysical Research: Atmospheres - Wiley Online Library

**Explanation** – Figs 12(a) and 12(c) from **Park et al., 2004** covering HALOE validated satellite data from Oct 1992-Sept 2002 confirms that the NH/SH tropical stratospheres respectively form NO from N2O in summer (Jan for SH; Jul for NH) but not in winter (Jul for SH; Jan for NH). Figs 12(b) and 12(d) confirm that the NH/SH polar- and sub-polar-latitude stratospheres form NO2 from HNO3 in the spring and summer and that it disperses toward the tropics which is easier to see for the SH due to frequent major SSWEs in the Arctic during this period of very high solar activity.

As shown/discussed in **Exhibit D-8 (Irie et al., 2006)**, the fact that HNO3 levels in ppbv closely track ozone levels in ppmv precisely in the depleted lower stratosphere between 30-90 deg N/S, confirms that all ozone depletion is arising from HNO3 decomposition into NOx and HOx with little if any direct impact from N2O or ClO/BrO.

# EXHIBIT J

## Factual basis for rejecting the greenhouse gas theory (GHGT) of global warming out of hand – Example illustrations and explanations.

**Fundamentals** – As an experienced environmental engineer that has developed and taught in 1979 a Master's-of-Science level course in water chemistry designed for environmental engineers that was focused largely on the carbon and water cycles, I easily reject the GHGT out of hand for the following reasons.

1. In the course I taught, there was no such thing as downwelling longwave radiation in the lower atmosphere (troposphere). Per the second law of thermodynamics, the only upwelling longwave radiation passing through the lower atmosphere came from just above the ocean surface where the air temperature starts to decline from the near-surface peak according to the lapse rate and falls with the spectral windows at 4.5-5.5 microns and 8-13 microns. Because sea-surface temperature is predominantly higher than the air directly above it, the tropopause was considered to be the interface of the Earth's surface and the free atmosphere. During daylight hours the warming air (dissolved gases including N2, O2, CO2, Argon, CH4 and N2O) just below the ocean surface was rising and erupting from the surface in rotating blobs, mixing with water vapor generated near the skin and causing the air above it to gain heat and humidity and rise in rotating blobs. This is collectively convection and evaporation. Nothing has changed from an environmental-engineering standpoint.
2. The GHGT assumes that the average temperature of the ocean surface would be at minus 18 deg C rather than today's average plus 15-17 deg C if not for a greenhouse house feedback effect emanating from the base of the stratosphere and upper troposphere. This takes into consideration the fact that on average 30% of the incident shortwave radiation entering the top of the atmosphere is scattered upward and out the top without heating anything. It ignores the fact, however, that the ocean surface is in a state of dynamic thermodynamic equilibrium with the troposphere and in particular the Marine Boundary Layer (MBL). It also ignores the fact that at least over the Atlantic, the MBL has a capping inversion zone at about 7.5 km AMSL with a telltale temperature of minus 18 deg C and that the surface temperature of the Antarctic plateau is minus 18 deg C (see **Exhibit J-6, (Diaz et al., 2019)**.
3. Civil/Environmental engineers and physicists retained by the DOE National Renewable Energy Lab (NREL) and in the solar-engineering private sector have proven repeatedly and unequivocally that solar panels optimally designed to passively harvest the thermal energy of the sun in producing hot water rely 100% on sunlight (shortwave irradiance). There is unequivocally no empirical data showing that hypothetical downwelling longwave thermal-infrared radiation

exists much less provides any heating. In the flat-plate passive design, the maximum efficiency is about 60% due to thermal losses out the top, bottom, and sides of the panels. These loses are due to convection, conduction and mid-infrared emittance in the above-referenced atmospheric windows.

4.  In the latest IPCC report (**Climate 2021**) which is unjustifiably endorsed by the EPA, the coupled GCM output shows for clear-sky conditions 344 W/m2 of phantom downwelling longwave radiation emanating from the base of the stratosphere and upper troposphere, traversing the MBL and continuously entering the land and ocean surface night and day. It similarly shows 400 W/m2 emitted from the surface of which 262 exits the top of the atmosphere and the remaining 148 W/m2 is allegedly absorbed in the Ocean and lower atmosphere. Roughly 25% of the longwave exiting the top is from the spectral windows and the majority is from the base of the stratosphere/upper troposphere. As indicated above, in designing and testing passive roof-mounted solar-water-heating panels, environmental engineers and physicist have repeatedly tested the GHGT and found no evidence of any downwelling thermal infrared and just a small amount of outgoing thermal infrared radiation coming primary from the top surface of the panels that is presumed restricted to the spectral windows.

5.  There is no need for a GHG feedback effect to create an energy balance if you appropriately assume that the convective boundary layer is connected to the Ocean's thermal skin and that the Earth's interface with the free atmosphere is at the tropopause. In these respects, it is reasonable to assume that most of the incident visible and UV passing through the stratosphere that is not scattered upward by the sky and reaches open Ocean is absorbed by the Ocean's mixing zone. It is also reasonable to assume that the vast majority of the near infrared that is not scattered out is absorbed in the troposphere including the ocean's thermal skin. I strongly suspect that under high turbidity some of the visible that is absorbed in the sky by water and organic aerosols is emitted as near infrared.

**Exhibit J-1 – Fig 2 (below) from EPA Climate Change Indicators website, Feb 2023.**

The figure is titled – "*Radiative forcing caused by human activities since 1750.*" **Ref: EPA Climate Change Indicators website, May 2014** (note, the EPA climate change website was extensively updated/replaced in Mar 2023). The original website is aptly considered progressive-left socialist/communist propaganda. So is the replacement. Link: Climate Change Indicators in the United States | US EPA

**Explanation** – The above fig averaging the collective output of all 50 or so coupled GCMs covered in the IPCC's previous Climate report published in 2014 shows the total amount of radiative forcing between 1750 and 2011 allegedly caused by human activities including indirect effects As explained in **Exhibit G-3 (Coddington et al., 2016)**, this illustration is based largely on DOD Naval Research Laboratory (NRL) personnel speculation on the relationship between sunspot characteristics and the spectral signature of incident sunlight as it affects the ratio of near-infrared to visible radiation. Radiative forcing is being estimated in watts per square meter per second (W/m2) on the basis of a presumed, non-existent/concocted energy imbalance in the atmosphere allegedly caused by increases in GHG emissions. Each colored bar represents the academic researchers' mean best estimate, while the thin black bars indicate the estimated range of possibilities. The GCM's are classic black-box-variety numeric models created to test out in this case a crackpot scientific theory:

the GHGT. There has been no civil engineering or ASTM input or oversight.

The pollution-related forcing is estimated at 2.3 W/m2 with rising $CO_2$ comprising 1.7 W/m2 (74%). This is the average for all day and night hours.

The natural change in the energy received from the sun over this time period is shown as a very slight/insignificant increase which is very misleading. While this is true for the steady state total broadband shortwave in W/m2 entering the top of the atmosphere, there is mountainous validated empirical data showing very substantial increases in the W/m2 of visible radiation entering the lower atmosphere and the Earth's surface commencing in Aug 1972. The increases are primarily in the one-to-three hours just before and after sunset and sunrise resulting from lower stratospheric ozone depletion, particularly in the polar/subpolar zones. There are also increases in UVA and near infrared at much lower levels.

The so-called evidence of human-related sources is the GHG feedback effect downwelling from the base of the stratosphere. The evidence of the feedback effect, however, is 100% concocted by the modelers. To validate the theory, the modelers simply assume that rising $CO_2$ causes rising near-surface temperature. In so doing, the modelers are either turning blind eyes to, deliberately misinterpreting or butchering Henry's Law of temperature-dependent gas-phase solubility, Fick's law of diffusion and the first and second laws of thermodynamics. Simply put with respect to $CO_2$, Henry's law states that if the near-surface temperature of the Ocean surface in the polar and subpolar regions continuously rises due to nonstop seasonal varying increases in **Chappuis band irradiance** during daylight hours and resulting sea-ice loss commencing in 1972, $CO_2$ will off gas from the ocean surface regardless of the levels of $CO_2$ above the warming surface layer. Under Fick's Law and Henry's Law, the $CO_2$ cannot get back into solution until the temperature stops rising and begins a continuous declining trend. When the ocean surface temperature is steadily rising, there are no equilibrium-concentrations in either phase and the equation distributing partial pressures does not work/apply.

In truth, there is no bona fide empirical evidence of a GHG feedback effect involving downwelling longwave radiation emanating from the ozone-depleted lower stratosphere.

The 0.1 W/m2 increase for "Change in energy from the sun" is on the mark and is associated with significant increases in UV-B and UV-C radiation entering the top of the atmosphere during periods of very high solar activity as documented by satellite-borne instrumentation. This is consistent with recent global warming trends being attributable to solar-storm-related increases in the amount of solar plasma (EPP) entering the atmosphere via the Van Allen Radiation Belts and polar auroral rims during polar winters.



**Exhibit J-2** (above) – **Third illustration from the following NOAA website which is referenced/linked in the above EPA website**. Recreating the associated progressive-left propaganda verbatim – "*The NOAA Annular Greenhouse Gas Index (AGGI) measures the commitment society has already made to living in a changing climate. It is based on the highest quality atmospheric observations from sites around the world and uncertainty is very low* [**the data is fine its interpretation is not**]. Link: NOAA/ESRL Global Monitoring Laboratory - THE NOAA ANNUAL GREENHOUSE GAS INDEX (AGGI)

**Explanation** – The referenced website is linked to Fig 1 on the former EPA Climate Change Indicators website. As advertised, the above illustration incorporates valid empirical data that the EPA and IPCC falsely assert is evidence of a GHG feedback effect. First and foremost, please note that the dramatic linear increases in so-called GHGs CO2, N2O and CH4 all commenced in 1972 at the same time the Antarctic Ozone Hole began to open allowing in incremental **Chappuis band visible irradiance**. Further note the acceleration after the ozone hole fully opened in the mid-1990s. Further note that the hole has since remained fully open despite the societal phase out of CFCs as depicted in the lower right panel. This by itself confirms that the increases are warming trends rather than the warming

source. In truth, the gases are the products of biological decomposition. Under Henry's law they are assumed to be at continuously saturated levels in clear near-surface seawater and freshwater due to continuous atmospheric exchange. Without question, the increases in atmospheric levels are due to the well-documented steady rise in temperatures at the Ocean surface since 1972 stemming from incremental **Chappuis band irradiance** with by far the highest levels in the polar and subpolar zones. The increases are predictable under Henry's Law and Fick's Law when these laws are properly applied by unbiased civil/environmental engineers. The three gases are building up in the atmosphere because under Fick's Law of diffusion they cannot enter the Ocean surface during periods of off-gassing or supersaturation. Climate scientists and the EPA fail to apply the knowledge that CO2 does not follow the ideal gas laws in that the partial pressure of CO2 in near- surface seawater increases rather than decreases when the near-surface temperature warms. This is due to the carbonic acid/carbonate buffer system constituting the bulk of the dissolved phase component. They also fail to apply the knowledge that it is the off-gassing of CO2 that causes the near-surface pH to fall. Rising atmospheric CO2 is not causing Ocean acidification as claimed by the EPA and climate scientists.

**Exhibit J-3** (above) – **Fig 2 from Kanwisher 1960**. Recreating the caption near verbatim – "*Effect of temperature on pC0, in a local [seawater] water sample. The cross points were taken with increasing temperature and the circles with decreasing to show that the effect is reversible.*" **Ref**: Kanwisher (Woods Hole): "*pCO2 in seawater and its effect on the movement of CO2 in nature.*"

Contribution 1103 from the Woods Hole Oceanographic Institution, Supported by NSF Grant G-4813. Link: pCO2 in Sea Water and its Effect on the Movement of CO2 in Nature (tandfonline.com) **Quoting from page 1 verbatim** – *"The partial pressure exerted by the physically dissolved CO2 is denoted by pCO2. Harvey (1955) has reviewed the considerable work of Buch and others that has been done on the chemistry of the CO2, system in sea water. The amounts present as bicarbonate and carbonate ions can be found from pH, temperature, and salinity with the aid of the apparent dissociation constants for carbonic acid determined by Buch in sea water. Henry's law is not valid for the relationship between pC02, and total CO, since only that component present as a physically dissolved gas is responsible for the tension.*

**Explanation** – Note that Kanwisher's plot falls withing the range of normal seawater temperature that average about 18 deg. This is exactly what I am referring to when I claim that the EPA and climate scientists have butchered Henry's Law in making the ridiculous case that increasing atmospheric CO2 is forcing its way into the Ocean and causing Ocean acidification and bleaching coral reefs. The warming is bleaching the reefs. NOAA among others are spending billions of taxpayer dollars churning around the Ocean in research vessels diligently testing pCO2 near the water surface targeting areas of rising sea-surface temperature. All they are doing is documenting CO2 exceeding solubility limits and off-gassing. This is the among the common knowledge that I was tapping when I prepared the syllabus for the graduate level course in water chemistry for environmental engineers circa 1979-80. I was focusing on the oceans and the water and carbon cycles. This simple test procedure and plot prepared by a competent marine biologist at Woods Hole who had never heard of it, destroys the GHGT all by itself. When near-surface seawater continuously warms for four consecutive decades, atmosphere CO2, N2O and CH4 will rise substantially.

**Exhibit J-4** (below) – **Fig 2 from Cliver et al., (US Navy Research Lab [NRL]) 1998**.



Recreating the caption verbatim – "(a) Comparison of decadal averages of the geomagnetic aa index (aa >10) and Earth's surface temperature (< T > 10) from 1880 -1990." **Ref: Cliver et al., 1998**: "*Solar Variability and Climate Change: Geomagnetic aa index and global surface temperature*," *Geophysical Research Letters*, 25 (7), (1998). Link: Solar variability and climate change: Geomagnetic aa index and global surface temperature - Cliver - 1998 - Geophysical Research Letters - Wiley Online Library

**Explanation** – Without the least question, the aa and Ap indexes closely track the near-surface temperature on Earth because extended intervals of unusually high solar activity create EPP-induced lower stratospheric ozone depletion with a proportionate increase in **Chappuis band irradiance** and vice versa. To make the coupled GCMs support the crackpot GHGT, all progressive-left federal employees involved in creating and using them via the IPCC CMIP, colluded and conspired in creating, using and endorsing severely corrupted reference spectra for incident sunlight. Specifically, as documented in **Matthes et al., 2017**,

via CMIP-5 (2014) and 6 (2016), they were recommending NRLSSI versions v1 dating back to year 2000 and v2. There was no CMIP-4 and I cannot locate documentation showing what reference spectra were recommend in CMIP-1,2 (~1997), and 3 (~2006). The fact that the SORCI SIM data-product v2 distributed for use by the IPCC international climate-modeling community mimics NRLSSIv2 is evidence of collusion. See **Exhibit G** and particularly the very telling illustration **Exhibit G-3 (Coddington et al., 2016)**. **Ref**: **Matthes et al., (CMIP6) 2017**: "*Solar Forcing for CMIP6 (v3.2)*," *Geoscientific Model Development*, 10 (2017). Link: https://gmd.copernicus.org/articles/10/2247/2017/

The brazen skullduggery did not stop there. The CMIP reports and associated critiques disclose an astonishing amount of brazen fudging in the myriad algorithms approved by the CMIP in attempting to match empirical satellite and ground-based data on incoming and outgoing fluxes. They call it flux adjustments, filtering, balancing, homogenizing, or broadly "re-analysis" all of which is fudging to engineers. To reduce the need for this brazen fudging of GCM algorithms, certain NASA employees and contractors brazenly fudged the data produced by all important SORCE and CERES satellite missions which collectively served to provide essentially all the data used to calibrate the coupled GCMs endorsed by the EPA/DOE and IPCC. For example, the signature data product used in CMIP5 and CMIP6 GCMs is so severely fudged that it is identified as the CERES EBAF dataset, meaning "energy balanced and filled." Let me assure the court, mainstream civil/environmental engineers do not fudge data and algorithms. This practice is confined to scientific research. To cap it off, via its SOLAR2000 project NASA tricked ASTM International Inc., into endorsing/adopting in year 2000 a severely corrupted ASTM E-490-00 reference spectrum for incident sunlight. At last look, NASA was still funding this program in attempting to bamboozle the ISO into endorsing its version of E-490-00.

Because I consider the NASA SIST findings covered in **Exhibit H** to be clear cut and definitive in invalidating all coupled GCM output, I do not intend to present the above-referenced evidence of brazen skullduggery to the Court unless it becomes necessary.

**Exhibit J-5** (below) – **Fig 13 from Wild 2020**. Recreating the caption verbatim –

Springer





"*Comparison of different global annual mean energy balance estimates for present-day climate under "all-sky" (upper panel) and "clear-sky" (lower panel) conditions, as simulated in the CMIP6 multi-model mean (upper left (red) values) and in the CMIP5 multi-model mean (upper right (pink) values), and as estimated by Wild et al. (2015, 2019) (lower left (black) values) and Kato et al. (2018) (lower right (green) values). Values attached to arrows correspond to energy fluxes in $Wm^{-2}$ in the direction given by the arrows. Averaging periods for CMIP5 and Wild et al. (2015, 2019): 2000–2004; CMIP6: 2000–2014; Kato et al. (2018): 2005–2015.*" **Ref**: **Wild (Zurich, Switzerland) 2020**: "The global energy balance as represented in CMIP6 climate models," *Climate Dynamics*, 55, 553-577 (2020). See fig 13. Link: The global energy balance as represented in CMIP6 climate models - PMC (nih.gov)

**Explanation** – The whopping alleged 318-344 W/m2 of downward thermal radiation Wild shows emanating from greenhouse gases composed primarily of upper tropospheric water vapor and warming the land and Ocean surface is based on fake data as explained in paragraph xxx of the complaint. With respect to downwelling shortwave radiation, the energy balance should have an arrow showing a small amount of radiation absorbed in the middle atmosphere, a second arrow showing larger amounts of radiation absorbed and stored by the terrestrial boundary layer/thermal skin, and third and fourth arrows showing radiation absorbed and stored by the Ocean and land. With respect to downwelling thermal longwave, for all intents and purposes, there is none on a net basis per the first and second laws of thermodynamics. With respect to upwelling thermal longwave, a correct energy balance diagram would show the upwelling window-longwave radiation in the 8-13 micron region leaving the Earth and Ocean surfaces and the upwelling water vapor and CO2 emittance leaving the boundary layer and middle atmosphere at points above 420 hPa with a notation for each arrow that there is a substantial time delay in achieving energy balance given the ability of water and water vapor in the land/ocean and lower atmosphere to store thermal energy and transport it in directions away from the atmospheric interfaces.

**Exhibit J-6** (below) – **Fig 1 from Diaz et al., 2019** is on the top left. It is titled "*Example of a profile homogenization using RICH data.*" The other three illustrations are from **MODTRAN online website FAQ, 2023**. They are respectively showing three altitude profiles from 0-100 km AMSL for five standard atmospheres varying by season and latitude and also the 1976 U.S. Standard Atmosphere for (1) temperature, (2) water vapor, and (3) ozone. **Ref**: **Diaz et al., (Spain) 2019**: "*Long-term trends in marine boundary layer properties over the Atlantic Ocean,*" *AMS Journal of Climate*, 32 (10), 2991-3004 (2019). Link: Long-Term Trends in Marine Boundary Layer Properties over the Atlantic Ocean in: Journal of Climate Volume 32 Issue 10 (2019) (ametsoc.org) Link for MODTRAN Online

Figure 1. Temperature Profiles of the MODTRAN Model Atmospheres.

Figure 2. MODTRAN Model Atmosphere Profiles for $H_2O$ and $O_3$. Note there is a break in the altitude vertical scales, at 10 km for $H_2O$, and at 42 km for $O_3$.

FAQ: MODTRAN® (spectral.com)

**Explanation** – **Diaz et al., 2019** fig 1 represents annual average marine boundary layer (MBL) conditions extending over the full length and breadth of the Atlantic Ocean derived from a massive database maintained by the NOAA National Centers for Environmental Information (NCEI). It reveals that the MBL has two temperature inversion layers: (1) the first at an altitude of about 1.5 km with a 5-deg temperature rise

from 10 deg C to 15 deg C; and (2) the second at about 7.5 km with a smaller temperature rise of just a few deg C centered at a telltale minus18 deg C. The profiles for water vapor and ozone explain the MBL's upper inversion layer. Of the utmost significance, for all intents and purposes the water-vapor profile clearly reveals that minus18 deg C and 420 hPa is the tropospheric temperature and pressure at which water vapor loses its ability to absorb and store elevated levels of thermal infrared in the 17 to 30-micron rotational absorption bandwidth.

**Explanation of the three MODTRAN website illustrations** – The ozone profile in conjunction with the water-vapor profile collectively reveal that water-vapor mixing ratios define the boundary between the MBL's horizontally dominated turbulent convective zone and the free atmosphere. Convection in the mid to upper troposphere is primarily horizontal through the effects of Hadley, Ferrel and Polar cells and the jet streams. Collectively, the three MODTRAN illustrations show that the ozone mixing ratios control the temperature of the tropopause and lower stratosphere (8-23 km AMSL) in partially offsetting the amount of incremental visible radiation entering the Ocean surface and its MBL. Other offsets include increases in the amount of spectral-window radiation passing upward through the ozone-depleted stratosphere and increases in water vapor emittance from the upper troposphere. These illustrations collectively confirm that the upper and lower MBL is aptly considered an upward extension of the Ocean's thermal skin and that the tropopause can and could be considered the interface of Earth's surface and free atmosphere. This refutes the greenhouse gas theory of global warming which is predicated on the false assumption that the temperature of the Ocean's thermal skin at sea level would be -18 deg C without a greenhouse gas feedback effect emanating downward from the upper troposphere and lower stratosphere. In short, to defend the GHGT, the EPA, the IPCC and academia has canceled the opacity of the MBL along with **Chappuis band absorption** coefficients.

**Exhibit J-7 (above) – Fig 1 from Saagoto and Chowdhury, 2019**. Recreating the caption verbatim - "*A typical flat plate solar collector.*" Ref: *Research Gate* publication 353549578 (2019) Link: ResearchGate

**Explanation** – If there is 344 W/m2 of all-sky longwave radiation downwelling onto the surface of the earth/ocean from cloud tops and bottoms as well as the base of the stratosphere, why does it not enter the surface of a roof-mounted passive solar collector? There is not a trace of it because the lower atmosphere is opaque to all thermal infrared outside the spectral windows spanning 4.5 to 5.5 microns and 8 to 13 microns. The spectral-window radiation is nonstop day and night and pursuant to the first and second laws of thermodynamics goes upward only.

**Exhibit J-8** (following) – **The definitive evidence provided by measuring the efficiency of solar hot water heaters using voluntary consensus standards.**

The Department of Energy works with the American National Standards Institute (ANSI) and the International Standards organization (ISO) to develop voluntary consensus standards (VCS) to measure the efficiency of all categories of solar energy collectors. The standards include the following most-current updates and leave no question that all categories of solar-energy-capture and conversion including passive solar water heaters rely entirely on incident shortwave radiation and receive no incremental thermal energy from hypothetical downwelling longwave radiation from GHGs: (1) ANSI 2015 ICC 901/SRCC 100 2015 Solar Thermal Collector Standard; (2) ISO 9806: 2017 which certifies various types of radiometers. The routine testing and related engineering calculations that is done/performed to test the efficiency of solar collectors pursuant to DOE guidelines and VCS definitively disproves the GHGT. Though the standard calls for measuring upwelling and downwelling longwave in certain cases, only the net upwelling longwave is factored in which represents the spectral windows.

**Explanation** – If the hypothetical GHG feedback effect emanating primarily from water vapor located high up in the troposphere can raise the temperature of the Ocean by 18 degrees C with a 1.5-fold increase in atmospheric CO2 since 1860 causing dramatic increases in the heat content of the Ocean as well as widespread sea-ice and glacial retreat, why can't optimally designed solar hot water heaters capture a lick of the extra heat energy. There is no downwelling longwave. Discussion of downwelling longwave radiation was rare in reference books until the GHGT was advanced as stemming from an energy imbalance.

## EXHIBIT K

**Empirical evidence that Ozone Depleting Substances (ODS) do not destroy environmentally significant amounts of Antarctic lower stratospheric ozone in the spring and summer but rather increase the EPP effect.**

Referring back to **Exhibit D-2 (Hegglin et al., 2021)**, it shows lower stratospheric NOx levels within the latitude range 30-60 deg S and N as monthly means for 2005-10. As indicated in the same figure, the NOx is created by the clockwork photolytic-aided decomposition of HNO3. In both hemispheres, NOx has risen to about 8-9 ppbv in Sept SH/Apr NH approximately evenly split between NO and NO2. By the end of Nov SH/May NH mixing ratios are leveling off at a summertime peak of about 11 ppbv. As shown below in figs 11 and 12 from **Larin 2013**, the measured and modeled reaction rates of HOx in the lower stratosphere at this same latitude interval is significantly higher than NOx. This same figure shows chlorine and bromine free radicals playing a minor role in the late winter after which they are barely detectable in the low parts per trillion (pptv) range due to their kinetically favored reactions with NOx and HOx and conversion to more stable reservoir species HCL and ClONO2. Where is the evidence that ODS have created the Antarctic Ozone Hole in Oct/Nov/Dec? There is none.

Titchner et al., 2021

**Exhibit K-1** – **Fig 23** (above) **from Tritchner et al, 2021 regard polar stratospheric cloud distribution**. Recreating the caption verbatim – "*Equivalent latitude/potential temperature cross sections of 2006–2018 average, monthly zonal mean of (top row) CALIOP Antarctic PSC occurrence frequency, (row 2) cloud-free MLS HNO3, (row 3) cloud-free MLS H2O, (fourth row) MERRA-2 temperature, and (fifth row) T–TNAT. Heavy dashed curves denote mean location of the vortex edge. Adapted from Pitts et al.(2018).*" **Ref**: **Tritchner et al., 2021**: "*Polar Stratospheric Clouds: Satellite Observations, Processes, and Role in Ozone Depletion*," *Reviews of Geophysics*, 59(2) (2021). Link: Polar Stratospheric Clouds: Satellite Observations, Processes, and Role in Ozone Depletion - Tritchner - 2021 - Reviews of Geophysics - Wiley Online Library

**Explanation** – The top row in combination with the fourth and fifth reveals that highly elevated PSC/NAT exist in the Antarctic lower stratosphere only within the inner vortex during the course of the frigid-cold winter (Jun/Jul/Aug) with just trace levels in Sept. The second row in combination with the fourth and fifth reveals the lower stratospheric HNO3 has reached peak levels of in excess of 10 ppbv in May due to the transitions from HO and NO2 as stratospheric temperatures fall, HNO3 begins disappearing from the inner vortex during Jun as it transitions to NAD and NAT (freezes). The freezing in the inner vortex is complete by the end of Jul and continues through Sept. Despite the freezing, during mid-winter (Jun/Jul) the HNO3 remains at peak levels of 10 ppmv, just inside, along and just outside the perimeter of the vortex and in Aug and Sept is transitioning (photolytically decomposing) back to OH and NO2. Based on concentration contours, the HNO3 inside the vortex appears to be migrating through the permitter to the outside. There is no indication of downward migration through the tropopause during winter. The third row shows the presence of elevated water vapor within the vortex at about 8 ppmv which has to be in crystalline form constituting cirrus clouds that are attracting and weakly binding HNO3 and presumably ozone.

This figure provides no evidence of significant lower stratospheric ozone depletion by halogenated ODS. Instead, it is showing the depletion is due to clockwork photolytic HNO3 decomposition into OH and NO2 on a mole-to-mole ratio. The figure reveals that the Antarctic lower stratosphere south of 60 deg S has the highest levels of NOy and NOx on Earth during spring and early summer (late Sept through Nov); it is not denitrified as ludicrously claimed in the paper. It is, in fact, dechlorinated. Climate scientists want to believe that the ClONO2 and HCL formed in Sept photolytically restores the ClO in the spring. The data presented in the exhibit, however, is showing rising levels of HOx and NOx commencing in Sept and peaking in Dec as ClO transitions to HCL and ClONO2 and with the latter transitioning to HCL in Oct.

**Exhibit K-2** (below) – **Fig 36 (below) from Tritchner et al, 2021 showing southern polar vortex chemical abundances as of Sept 15, 2008**. Recreating the caption verbatim – " *Chemical conditions in the ozone layer over Antarctica during the formation of the ozone hole derived from satellite measurements. Maps show polar orthographic projections near 18 km altitude for late winter (September). For details see text. From Figure 7–3 of the "WMO/UNEP 20 Questions and*

*Answers*" (WMO 2018)."

**Explanation** – Fig 36 from Tritchner et al., 2021 shows ClO distribution in Antarctic mid-Sept, 2008 with ozone depletion near its dataset high. The ClO distribution is restricted to the inner vortex at which time there is a complete absence of direct-beam shortwave irradiance. It shows HNO3 is at its peak concentrations except when it is in its frozen state (NAD/NAT) due to the temperature falling below minus 74 deg C. Since there are mountains of empirical data showing that the frozen NAT transitions in clockwork fashion to HNO3 during Aug and Sept and then to OH and NO2 with the return of sunlight in Sept through Nov, this figure confirms that the massive springtime ozone depletion commencing in late Sept 2008 and continuing through Nov is due to photocatalytic destruction by HOx and NOx in the presence of ordinary cirrus clouds as well as PSC early on. The strong ozone depletion in early to mid-Sept is occurring with the sun still barely below the horizon and results in very little incremental **Chappuis band irradiance** until late Sept for that

reason. The increases from late Sept through Nov are massive, especially during Oct.

**Exhibit K-3** (above)– **Fig 41 from Tritchner et al., 2021 showing season evolution of chlorine reservoir species in Antarctic spring**. Recreating the caption verbatim – "*Seasonal evolution of chlorine reservoir species in the lower stratosphere inside the Antarctic vortex. Panels show vortex-core averages (>75°S) on the 500 K isentrope for (a) HCl and (b) ClO NO2 for different model simulations and satellite measurements. Green lines: observations by MLS and MIPAS. Red lines: CLaMS Lagrangian trajectory model. Blue lines: SD-WACCM global Eulerian model simulations with horizontal resolution of 1.2 deg. Magenta lines: TOMCAT/SLIMCAT chemical transport model with horizontal resolution of 1.2 deg. Adapted from Grooβ et al., (2018).*"

**Explanation** – The actual empirical data (in green) plotted in Fig 41 from Tritchner et.al., 2021 reveals that ClO present within the Antarctic polar vertex in the darkness of polar winter has completely transitioned to its reservoir species HCL and ClONO2 before the end of Sept and that the ClONO2 in the presence of OH and sunlight transitions to NO2, O2 and HCL by mid-Nov. Knowing from Tritchner fig 36 that the ClO distribution in

Antarctic Sept is restricted to the inner vortex where there is no daylight until late Sept, this figure provides no evidence of significant lower stratospheric ozone depletion by ClO/ODS.



**Exhibit K-4 – Figs 11 and 12 from Larin 2013 showing NOx and HOx radicals dominating Halogen radicals in the rates in June of destroying stratospheric ozone at 50 deg N**: Recreating the captions verbatim – **Fig. 11** "*Rates of ozone depletion in Ox, HOx, NOx, ClOx and BrOx cycles in the stratosphere for model conditions of June 2020 at 50 deg N.*" **Fig. 12** "*Relative contribution of main cycles into ozone depletion in the stratosphere for model conditions as in Figure 11.*" **Ref**: **Larin 2013**: "On the chain length and rate of ozone depletion in the main stratospheric cycles," *Atmospheric and Climate Sciences*, 3(1) (2013). Link: On the Chain Length and Rate of Ozone Depletion in the Main Stratospheric Cycles (scirp.org)

**Explanation** – The two Larin figs are the output of a two-dimensional numeric model called SOCRATES. The plots were pre-validated in the paper referenced below. They show that the bromine and chlorine cycles are playing a minor role in the mid to lower stratospheric ozone depletion between 15 and 40 km AMSL in subarctic summer collectively accounting for about 15%. The Ox cycle is the Chapman cycle of ozone formation in reverse. The HOx cycle dominates the NOx at 15-22 km.



**Exhibit K-5** (above) – **Figs 1 and 2 from Cohen et al., 1994 showing that the HOx radical dominate the rate of lower stratospheric ozone depletion at 15-60 deg N latitude in May 1993 (late spring)**. Recreating the captions near verbatim – **Fig. 1** "*Measured [in the lower stratosphere at 15-20 km from air craft at 15-60 deg N in May 1993] (dots) and modeled (lines) OH/HO2 vs latitude.*" **Fig. 2** "*Measured (circles) and modeled OH/HO2 (solid lines) vs. simultaneously measured O3. The dotted line (...) is a calculation of the ratio using JPL'92 rates and measurements of O3, NO, C1O, and BrO Dashed lines (---) are calculations at JPL'92 1 sigma error limits for the rate of OH+O3. Solid lines are the same for HO2+O3.*" **Ref**: **Cohen et al., 1994**: "*Are models of catalytic removal of O3 by HOx accurate? Constraints from in situ measurements of the OH to HO2 ratio,*" *Geophysical Research Letters*, 21(23) (1994). Link: Are models of catalytic removal of O3 by HOx accurate Constraints from in situ measurements of the OH to HO2 ratio (caltech.edu)

**Explanation** – From the measurements and modeling, the authors determined that the HOx cycle dominated ozone destruction in the lower stratosphere. **Quoting from the introduction**: "*Throughout this region of the atmosphere, the measurements show that HOx (HOx=OH+HO2+H) catalysis . . . constituted 30-50% of the total odd-oxygen loss. They further concluded that the reactions between halogen radicals and HOx that created reservoir species amendable to photolysis, produced just as much or more HOx and NOx as free chlorine and bromine, putting the contribution of HOx to O3 loss in the lower stratosphere well over 50%.*"

Given that the chlorine and bromine catalytic cycles of ozone depletion are dependent on the presence of NAT, the reactions are aptly considered to be induced by EPP and GS-Max conditions.



**Exhibit K-6 – Fig 1 from Fahey et al., 2000 showing NOx radicals dominate the rate of Arctic lower stratospheric ozone depletion in spring and summer** . Recreating the caption verbatim – "*Observational data and results of the photochemical box model calculations as a function of northern latitude for the three phases of POLARIS. The total destruction rate is offset by the production rate to obtain the net destruction rate. Data are averages of sampled air parcels found in 5-deg latitude bins for ambient pressures between 50 and 80 hPa (18 to 20 km). The number of flights and 100 data points included in each phase are, respectively, 9 [flights] and 600 [data points]; 4 and 590; 6 and 530. More than one-half of the data points are obtained between 60N and 70N latitude in each phase. The lines in panels (D-F) are the calculated 1-day (thick-dashed) and 5-day (thin-dashed) solar exposure (SE) factors. Panels (D-F) represent the fractional contribution of the destruction processes in Table 2 to the total destruction rates. Panels (G-I) show the calculated daytime average mixing ratio of key radical species as used in the box model. Panels (J-L) show average observed ozone and NOy. The vertical bars show the sample variance in each latitude bin for the respective parameters. Ozone values are expressed as parts per million by volume (ppmv).*" **Ref**: **Fahey (NOAA) et al., 2000**: "*Ozone destruction and production rates between spring and autumn in the Arctic stratosphere,*" *Geophysical Research Letters*, 27(17) (2000). Link: Ozone destruction and production rates between spring and autumn in the Arctic stratosphere (wiley.com)

**Explanation** – Fig 1 from **Fahey et al. 2000** (NOAA) says it all and is based on hard

scientific data as well as modeling. I presume the destruction rates are relative to baseline 1979/80. The upper panel (A/B/C) shows 15% ozone depletion for high northern latitude (50-90 deg N) in Arctic spring (mid-Apr to mid-May) and another 10% in summer (late Jun to early Jul) with no significant change in autumn (mid-Sept). The black is ozone production partially offsetting the decreases. The second panel color contours (D/E/F) shows NOx (white) contributing 40-60% to the ozone destruction, HOx (beige) 10-40% and ClO/BrO (grey) about 10%. The solar exposure (SE1/SE5) dashed lines are showing that the highest levels of ozone depletion occur at high solar zenith angles with the sun low in the sky. The third panel (G/H/I) shows NO2 concentrations at 0.5 to1.4 ppbv dominating ClO/BrO and OH concentrations in pptv. The fourth panel (J/K/L) shows the stratospheric ozone concentrations in ppmv and NOy concentration in ppbv closely tracking each other. They are increasing with latitude in the spring and remaining steady thereafter. The NOy is predominately NOx during spring and early summer and begins transitioning to HNO3 starting in late summer/early fall.

**Exhibit K-7** (below) – **Four illustrations from Bernath et al., 2020 (below)**, **showing the vertical and horizontal distribution and trends of HCL, ClO, ClONO2 and HNO3 from 2004-2020 as measure by the ACE satellite mission**. **Ref: Bernath et al.(US/Canada), 2020**: "*Sixteen years trends in atmospheric trace gas from orbit*," *Journal of Quantitative Spectroscopy and Radiative Transfer*, 253 (2020). Link: https://www.sciencedirect.com/science/article/abs/pii/S0022407320302958

**Exhibit H-7a/b** (above) – **Figs 16 and 17 from Bernath et al., 2020 for ClONO2 and**

**ClO**. Recreating the captions verbatim – **Fig 16**: "*Altitude-latitude distribution for chlorine nitrate, ClONO2 (left), and trends from ACEFTS (right). The ACE-FTS VMR trend values are the average of data from 60°S to 60°N latitude and 25.5 to 32.5 km in altitude.*" **Fig 17**: Chlorine monoxide (ClO) altitude-latitude distribution (left), and trends from ACE-FTS (right). "*The ACE-FTS VMR trend values are the average of data from 90°S to 60°S latitude and 16.5 to 25.5 km in altitude.*"

**Exhibit K-7c** (above) – **Fig 18 from Bernath et al., 2020 for HCL**. Recreating the caption verbatim – "*Hydrochloric acid (HCl) altitude-latitude distribution (left), and trends from ACE-FTS (right). The ACE-FTS VMR trend values are the average of data from 60°S to 60°S latitude and 28.5 to 48.5 km in altitude.*"



**Exhibit K-7d** (above)– **Fig 38 from Bernath et al., 2020**. Recreating the caption verbatim – "*Nitric acid (HNO3) altitude-latitude distribution (left), and VMR trends from ACE-FTS (right). The ACE-FTS VMR values are the average of data from 30°N to 60°N latitude and 18.5 to 28.5 km in altitude.*"

**Explanation** – Collectively the four **Bernath et al., 2020** illustrations are showing significant decreasing trends in the reservoir species resulting from the reaction of ClO with OH and NO2 radicals with a corresponding increasing trend in HNO3, at least in the NH. This is highly significant because it suggests that ozone-depleting NO2 and OH formation in spring is being slowed/diminished in sequestering ClO. It is also a sign that the Montreal Protocol is reducing ODS. Because there is less sequestering of ClO and BrO by HNO3, it is increasing the ozone-depleting effects of its photolytic decomposition. This potentially explains the out-of-phase high levels of stratospheric ozone depletion in both polar zones since 2020. Since ozone depletion wards off ice ages, Kelleher considers this beneficial, and, if sufficient proven out, would argue the ODS regulations should remain in effect.

## EXHIBIT L

**Factual evidence that lower stratospheric ozone depletion and resulting increases in <u>Chappuis band irradiance</u> caused all warming trends commencing in 1972 in the Northern Hemisphere**.

**Exhibit L-1 - Fig 1 from Rieder et al., 2010 showing stratospheric ozone depletion accelerating commencing in the early 1970s** – Recreating the caption verbatim – "*Annual averages and 11-year running mean of total ozone over Arosa, Switzerland 1927–2008. Note: dotted line for annual averages marks period with large fractions of missing data before 1932*." **Ref**: **Rieder et al., (Switzerland) 2010**: "*Extreme events in total ozone over Arosa – Part 1: Application of extreme value theory*," *Atmospheric Chemistry and Physics*, 10 (2010). **Link**: ResearchGate

**Explanation** – Arosa, Switzerland is located in the Alps at about 46 deg N latitude correlating with Portland, Oregon and Bangor, Maine. It has the longest continuous record of TCO measurements in the world. The main purpose of this illustration is to show the downward trend in lower stratospheric ozone commenced in 1972 in both the NH and SH in the aftermath of the gargantuan Aug 1972 solar proton event. The 30-DU reduction between 1972 at 330 DU and 1994-97 at about 310 amounts to about 10. The following ACE program website, however, shows the Arosa data for just Mar. As measured by NASA's Advanced Composition Explorer mission (ACE), the reduction is 40 DU from a baseline of 350 DU which is 12%. The satellite covers a broader area. Link: http://www.ace.uwaterloo.ca/ozonemonitoring.php



**Exhibit L-2 – Fig 10 from Rieder et al., 2010 showing a correlation between ozone depletion and solar activity**. Recreating the Caption verbatim – "*Annual evolution of fractions of extreme events in low (ELOs – light blue area) and high (EHOs – dark blue area) total ozone and not extreme days (NEOs – white area). GTO is an abbreviation for Grouped Total Ozone Observations. Colored circles show global modes distinguished by the following indices: ENSO (light blue), NAO (orange), volcanic eruptions of Gunung Agung, El Chichon and Mt. Pinatubo (purple), polar vortex ozone loss (grey) and increasing/decreasing long-term development of ODS (black). Grey vertical bar denotes to a large fraction of missing data in 1929–1932. For references of atmospheric indices and other atmospheric quantities used see Part 2.*"

**Explanation** – The author are correlating extremely high (EHO) and low (ELO) TCO with periods of extremely high and low solar activity in addition to ODS, North Atlantic Oscillations (NAO) and volcanic activity. For the light blue, note the peaks and rises commencing in the early 1970s, 1980s, 1990s and 2000s followed by lulls consistent with levels of activity in 11-year solar cycles 17 through 23.

EPA Climate Change Indicators website, 2023

# Climate Change Indicators: Length of Growing Season

This indicator measures the length of the growing season in the contiguous 48 states.

**Figure 1.** Length of Growing Season in the Contiguous 48 States, 1895–2020

**Exhibit L-3 – Fig 1 from the updated EPA Climate Change Indicator website: Health and Society**. **Ref**: **Kunkel 2021 showing the onset of GS Max conditions in the USA**: "*Temporal variations in frost-free season in the United States: 1895–2000,*" *Geophysical. Research. Letters* 31(L03201) (2021). Link: www.epa.gov/climate-indicators/climate-change-indicators-length-growing-season

**Explanation** – The growing season calculation is complex. It is much easier to explain the trend by discussing first and last frost dates as done for the next two exhibits. Suffice it to say that there are dramatic increases commencing in 1910 and 1972 with a leveling off in the 1940s and a declining trend in the 1950s and 1960s. This trend line suggests that GS-Max conditions commenced in 1910 rather than the late 1930s. This means that to get a true baseline for the increases in 1910 and 1972 we need to use proxy data for the mid-1850s just prior to the epic Carrington solar proton event. This can be done by modifying the Naval Research lab reference spectrum to correlate the Ap index with stratospheric total column ozone levels instead of spectral irradiance in the visible and near infrared



**Exhibit L 4** (above) – **Fig 4 from the updated EPA Climate Change Indicators website: Health and Society showing the onset of GS Max conditions in the USA**. Reproducing the title verbatim: "*Timing of Last Spring Frost and First Fall Frost in the Contiguous 48 States, 1895–2020.*" **Ref**: **Kunkel 2021**: "*Temporal variations in frost-free season in the United States: 1895–2000.*" *Geophysical Research Letters*, 31(L03201) (2021).

**Explanation** – As explained by the above authors, this plot is based on temperatures readings that have long been recorded all over the country by or on behalf of farmers. It is collected by pushing the probe 4-6 inches below the ground surface (2 inches for seeds). The growing season is lengthening in the temperate zones because the frost point is no longer being reached due to warmer temperatures in late fall and early spring. It goes without saying that the first few hours of sunlight are always the coldest each day and the last few are the second coldest so this is the time of day that the first frost is formed. The effect on frost point applies to accelerated melting of snow and ice.



NOAA NCEI website, 2023 (Oregon)

Observed and Projected Temperature Change

Oregon

Observations
Modeled Historical
Lower Emissions
Higher Emissions

Temperature Change (°F)

12.5
10.0
7.5
5.0
2.5
0.0
-2.5

1900 1925 1950 1975 2000 2025 2050 2075 2100

Higher Emissions

Lower Emissions

**Exhibit L-5 – Screenshot from the following NOAA website titled "Observed and projected temperature change (in the state of Oregon)**. Here NOAA is blaming greenhouse gas emissions for an increasing trend of 2 deg F from 1910 to 1945 with a fallback of about 1 deg and leveling off until 1970 and then another increasing trend of about 2 deg F to through 2022. Link: https://statesummaries.ncics.org/chapter/or/

EPA Climate Change Indicators website, 2023
Change in length of growing season (days):
-20 -10 0 10 20 30 40 50

**Exhibit L 6** (above) – **Fig 4 from the updated EPA Climate Change Indicators website: Health and Society showing warming trends are highest on the west coast**. Reproducing the title verbatim: "*Change in the length of growing season (days).*" **Ref**: **Kunkel 2021**.

**Explanation** – Here we can easily see that the increase in length of the growing season is highest along the west coast, particularly AZ and CA where the increase is about 50 days compared to the late 1800s. This is because the west Coast has such a mild/temperate climate due to trade wind patterns compared to the east coast and mid-west and requires less incremental heating to keep the frost at bay. Comparing the monthly average temperatures at Portland, Oregon at 46 deg N latitude to Bangor, Maine at about 45 deg latitude shows this very clearly. For Mar, Oregon is about 10 deg warmer and for Nov Oregon is about 7 deg warmer.

FIRST AND LAST FROSTS

**Exhibit L-7** (above) – **Fig 1 titled "*First and Last Frosts*."** **Ref**: **Miller 2020**: "*What is the*

*first frost date where you live?* **Handyman website 2023,** originally published on *Birds and Blooms*, Sept 2020**.** **Link:** https://www.familyhandyman.com/article/find-first-and-last-frost-dates/

**Explanation** – This illustration is telling us that the first frost over most of coastal WA, coastal OR, CA and the southern half AZ currently begins primarily in Dec and the last occurs primarily in Feb. It is also telling us before global warming trends started the first frost was forming in Nov and the last was occurring in Mar.

**Cloud Cover on Monday 11 May at 10am AKDT**

Arrows show the wind direction Monday 11 May at 10am

**Exhibit L-8** – **Reproduction of online meteorological map of Alaska for May 11, 2020, showing the winds that temper the temperatures along the coasts of Oregon and Washington (weather-forcast.com, 2020)**. This link is no longer working.

**Explanation** - This map is derived from satellite imagery and shows the extent of cloud cover and wind direction typical of mid-May. Because dense clouds scatter significant percentages of incident sunlight, the impacts of ozone depletion on surface solar irradiance in the UVA and visible bands at high latitudes over open ocean are highest for areas of clear

sky. The Gulf of Alaska is completely free of ice and absorbs nearly all the incremental **Chappuis band irradiance** that reaches the surface.

**Exhibit L-9** (following) – **Link to a NASA video titled Sea-surface temperature anomaly time line: 1982-2017**. Link: https://climate.nasa.gov/climate_resources/185/sea-surface-temperature-anomaly-timeline-1982-2017/ *Recreating the caption verbatim – "This visualization captures sea surface temperature anomalies around the world from 1982 to 2017, along with a corresponding time plot graph that represents average equatorial sea surface temperatures in the Pacific Ocean from about the International Date Line to the coast of South America. Highlighted in the timeline are the El Niño years in which sea surface temperature anomalies peaked: 1982-1983, 1997-1998, and 2015-2016."*

**Explanation** – Note that the winds and currents are almost always pushing warm air and warmed surface water along the coasts of Washington, Oregon and California and that lags tend to come at the ends of each decade during periods of low solar activity. Meteorologists attribute the oscillating cycles including el nino and la nina currents to stratospheric wind patterns associated with the seasonal polar vortexes which in turn correlate with the seasonal effects of the polar auroral rims.

**Exhibit L-10 – Kelleher summary table – Incremental Chappuis band Irradiance for 60 deg N based on Ozone Watch trend charts using SPCTRAL 2 and LH 74 fig 6**

| Month (sunlit hrs) | Baseline O3 1980-83 DU SZA air mass | O3 mid 1990s DU | Diff % O3 optical density | **Chappuis absorption** at high SZA W/m2 | Increased **Chappuis irradiance** W/m2 4 hrs per day |
|---|---|---|---|---|---|
| Jan (6.2) | 400<br>81.8/84.4/88.5<br>7.1/10/13<br>8.6/11.5 | 350 | 12.5<br>3.4/4.6 | 90.1/121.9 | 11.3/15.2<br>Avg 13.3 |
| Feb (8.5) | 440<br>77.7/82.6/88.6<br>4.7/7.7/12.5<br>6.2/10.1 | 370 | 15.9<br>2.7/4.4 | 71.6/116.6 | 11.4/18.5<br>Avg 14.9 |
| Mar (11.4) | 460<br>74.0/84.9/88.5<br>3.7/10/12.5<br>6.85/11.25 | 400 | 13.0<br>3.2/5.2 | 84.8/135.2 | 11.0/17.6<br>Avg 14.3 |

| | | | | | |
|---|---|---|---|---|---|
| Apr (14.3) | 450<br>73.7/84.9/88.5<br>3.6/10/12.5<br>6.8/11.25 | 390 | 13.3<br>3.1/5.1 | 79.5/135.1 | 10.6/18.0<br>Avg 14.3 |
| May (16.6) | 410<br>74.8/81.9/88.3<br>3.8/7.2/12.5<br>5.5/9.9 | 380 | 7.3<br>2.3/4.1 | 61.0/108.7 | 4.5/7.9<br>Avg 6.0 |
| Jun (18.3) | 370<br>77.1/83.5/89.0<br>4.5//8.9/13.0<br>6.7/11.0 | 340 | 8.1<br>2.3/3.7 | 61.0/98.1 | 4.9/7.9<br>Avg 6.4 |
| Jul (17.4) | 330<br>76.0/82.8/88.7<br>4.1/8.0/12.5<br>6.1/10.25 | 315 | 4.5<br>1.3/3.2 | 34.5/84.8 | 1.5/3.8<br>Avg 2.7 |
| Aug | 312 | 290 | 7.1 | | |
| Sept | 300 | 290 | 3.3 | | |
| Oct | 300 | 290 | 3.3 | | |
| Nov | 325 | 310 | 4.9 | | |
| Dec | 350 | 330 | 5.7 | | |

**Explanation** – Except in continuous daylight, starting or finishing with an angle of 88-89 deg which is just before sunrise it takes three solar zenith angle and air mass readings an hour apart to get the averages for the first two hours after sunrise and before sunset. The ozone depletion in Jul through Dec is relatively small but still significant in heating the ocean. Clearly, the main effect is in Arctic winter and spring where the baseline TCO is high and the sun remains low in the sky. The depletion is also significant in the summer months of May and Jun but only in the early morning and late afternoon when air temperatures are coldest. This timing has a highly significant effect on the initial formation and thawing of frost, snow and ice. It extends the melt season as well as the growing season. The TCO values for 30-60 deg N are lower, but the percent depletion is about the same.

The levels of depletion above Washington State and as far south as about 45 deg are impacted at about the same level in spring. This means there is a lot of addition warming in the first three hours of sunlight also preventing frost formation in Mar. There is much less stratospheric ozone over these area in the fall.

Lower stratospheric ozone depletion easily explains all global warming trends that commenced or accelerated in 1972 which is all of them. The rises in sea level, $CO_2$, $CH_4$ and $N_2O$ commenced with the epic Carrington SPE in 1859 and accelerated in 1972 and the early 1990s.

**Bekki and Lefevre, 2009**

**Exhibit L-11** (above) – **Fig 7 from Bekki and Lefevre, 2009 showing the vertical profile of ozone partial pressure/ppmv in the polar zones:** "*Stratospheric ozone: history and concepts and interactions with climate*." Recreating the caption verbatim: "*Evolution of the vertical profile of ozone partial pressure (mPa) measured by ozonesonde in October above the South Pole and March at the Arctic station of Sodankyla 67 deg N*." **Link:** https://www.epj-conferences.org/articles/epjconf/pdf/2009/01/epjconf1010.pdf

**Explanation** - This figure is provided to show the following in view of the fact that it is lower stratospheric ozone depletion that results in linear increases in visible radiance/global warming. (1) In the Antarctic the peak ozone levels occur about 17 km AMSL and the vast majority is in the lower stratosphere at 12 to < 25 km AMSL. (2) In the Arctic the peak is at 20 km AMSK but the vast majority is still between 12 to < 25 km AMSL. In both cases there is very little if any ozone depletion in the lower half of

the middle stratosphere which is generally considered to span 25-35 km AMSL.

**Sofieva et al., 2023**

**Exhibit L-12** (above) – **Figure 3 from Sofieva et al, 2023 (Finland):** "*Updated merged SAGE-CCI-OMPS+ dataset for the evaluation of ozone trends in the stratosphere*." **Recreating the caption verbatim:** "*Ozone seasonal cycle for latitudes 40–60 deg S (a, d, g), 20 deg S–20 deg N (b, e, h) and 40–60 deg N (c, f, i), for altitudes 45 km (a–c), 30 km (d–f) and 20 km (g–i). Error bars are 2σ uncertainties according to Eq. (5). Dashed lines indicate corrected seasonal cycle for SAGE II and OMPS, see text for explanation. The seasonal cycles in the indicated zones are computed as the mean of seasonal cycles in 10 deg latitude bands.*" Link: https://acp.copernicus.org/articles/17/12533/2017/acp-17-12533-2017.pdf

**Explanation** – The plots show monthly average TCO covering the period 1984 to 2017. The purpose of this illustration is to show the extent of lower stratospheric ozone depletion in the 40-60 deg bands (panels (g) (h) (i) without the effects of recovery in the mid and upper stratosphere where there is relatively little ozone or Chappuis band absorption. Southern Hemisphere: peak depletion of the column ozone in the lower stratosphere in summer is at 3.75 cm relative to the winter max of 5 cm and the difference is 1.25 cm (25%). Northern Hemisphere: peak depletion of the column ozone in the lower stratosphere in summer is at 4 cm relative to the winter max of 5.75 cm and the difference is 1.75 cm (30%). The point is that to calculate the linear increase in incremental shortwave visible radiation stemming from lower stratospheric ozone depletion in the NH, one needs to restrict the column width to 10-25 km. The increases in the Arctic mid-to-upper stratosphere average 0.6 cm and are likely primarily due to SSWEs creating ozone from atomic oxygen precipitation rather than reductions in ODS. This explains why the NASA Ozone Watch site for the Northern Hemisphere has been rejected by a neutral fact finder and is of no use to the EPA or this Court. It shows very little depletion at 40-60 deg.